UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-71479-jrs |
| | : | |
| QUENTIN ALEXANDER STEPHENS, | : | |
| | : | CHAPTER 11 |
| DEBTOR. | : | |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Pursuant to Bankruptcy Rule 9010(b), the undersigned hereby enters his appearance in the above-captioned case as counsel for the United States Trustee for Region 21.

Respectfully submitted,

/s/
JAMES H. MORAWETZ
Georgia Bar No. 521900
Trial Attorney

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
Tel: (404) 331-4437
Email: jim.h.morawetz@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I certify that I am over the age of 18 and that on this date I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will cause electronic notification of such filing to be sent, *inter alia*, to the following:

Howard P. Slomka, Esq.
Slipakoff & Slomka, PC
Suite 200
1069 Spring Street, NW
Atlanta, GA 30309
Email: shawn@slomkalawfirm.com

      This the   16th   day of June, 2017.

                                                  /s/
                                        JAMES H. MORAWETZ
                                        Trial Attorney