# UNITED STATES BANKRUPTCY COURT

NORTHERN        **DISTRICT OF**  GEORGIA

ATLANTA        **DIVISION**

IN RE:  QUENTIN ALEXANDER STEPHENS    }    **CASE NUMBER:**
}
}        16-71479-JRS
}
}    **JUDGE**
}
**DEBTOR.**    }    **CHAPTER 11**

---

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM**    9/1/2017    **TO**    9/30/2017

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:  10/18/2017

_____
Attorney for Debtor

Debtor's Address
and Phone Number:
   3294 KYLEE DAWN CIRCLE
   LAWRENCEVILLE, GA 30045

Tel.  (404)606-9871

Attorney's Address
and Phone Number:
   2859 Paces Ferry Rd, SE
   Suite 1700
   Atlanta, GA 30339
Bar No.  652875
Tel. (404)800-4001

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website. http://www.usdoj.gov/ust/r21/reg_info.htm.
1)    Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | < 23.89 > | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 13,365.20 | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **TOTAL RECEIPTS** | 13,365.20 | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | 695.00 | |
| Gifts | | |
| Household Expenses/Food/Clothing | 2056.68 | |
| Household Repairs & Maintenance | 802.00 | |
| Insurance | 613.65 | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | 568.53 | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | | |
| Vehicle Expenses | 1887.06 | |
| Vehicle Secured Payment(s) | 4230.00 | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| | | |
| | | |
| | | |
| **Total Household Disbursements** | 10,852.92 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | 2,541.17 | |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **Total Business Receipts** | | |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | |
| Other (attach schedule) | | |
| | | |
| **Total Business Disbursements** | | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | | |

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. | Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. | Are any post-petition payroll taxes past due? | | ✓ |
| 7. | Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. | Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. | Are any post-petition real estate taxes past due? | | ✓ |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. | Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. | Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY     and          CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Axion Bank | | | |
| Account Number: | ▓▓▓▓4967 | | | |
| Purpose of Account (Business/Personal) | DIP | | | |
| Type of Account (e.g. checking) | Checking | | | |
| | | | | |
| 1. Balance per Bank Statement | 2512.28 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | 2512.28 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | N/A | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

# QUENTIN A STEPHENS

## LIFEGREEN CHECKING *4967

| POSTED BALANCE | PENDING | AVAILABLE BALANCE | TOTAL OFFERS | EARNED REWARDS |
|---|---|---|---|---|
| $1,478.79 | -$1,050.11 | $428.68 | 18 | $0.00 |

View More Details

How do I earn cash back?

## Transaction History

Search for Transactions

Advanced Search

Find posted transactions using any or all of the following options:

Close X

Types:  All ▼

Amount Range:  Any amount ▼

Check Numbers:  All ▼

Date Range:  Most recent ▼

From: 09/17/2017  📅  To:

10/17/2017  📅

Search    Reset

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 10/13/2017 | Debit | COLLECTIONS DPT DDAACTIVE | -$43.46 | $3,355.80 |

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| **10/13/2017** | **Electronic Credit** | SONS AUTO HOLDIN DIRECT PAY | $1,707.71 | $3,399.26 |
| **10/13/2017** | **Deposit** | DEPOSIT | $795.00 | **$1,691.55** |
| 10/11/2017 | Debit | MOBILE TRANSACTION FEE | -$10.50 | $896.55 |
| 10/11/2017 | Card Purchase | RACETRAC072 9285 | -$8.70 | $907.05 |
| **10/11/2017** | **Credit** | MOBILE DEPOSIT-AVAIL IMMEDIATE | $700.00 | **$915.75** |
| 10/10/2017 | Debit | HMF HMFUSA.com | -$1,375.00 | $215.75 |
| 10/10/2017 | Card Purchase | GOOGLE *Wallet 9285 | -$50.00 | $1,590.75 |
| 10/10/2017 | Card Purchase | GOOGLE *Wallet 9285 | -$165.00 | $1,640.75 |
| 10/10/2017 | Card Purchase | RACETRAC072 0 9285 | -$17.40 | $1,805.75 |
| 10/6/2017 | Card Purchase | BURGER KING #98 9285 | -$14.71 | $1,823.15 |
| 10/6/2017 | Card Purchase | GEZZOS SURF AND 9285 | -$21.45 | $1,837.86 |
| **10/6/2017** | **Electronic Credit** | SONS AUTO HOLDIN DIRECT PAY | $1,707.71 | **$1,859.31** |
| 10/5/2017 | Card Purchase | RACETRAC072 9285 | -$43.51 | $151.60 |
| 10/5/2017 | Card Purchase | QUIKTRIP 9285 | -$13.79 | $195.11 |
| 10/5/2017 | Card Purchase | CHEVRON/CHAMBL 9285 | -$10.97 | $208.90 |
| 10/4/2017 | Card Purchase | QUIKTRIP 9285 | -$12.20 | $219.87 |

Details & History - View Account Details & History - Regions Online Banking

10/17/2017

| Date | Type | | Description | Amount | Balance |
|---|---|---|---|---|---|
| 10/4/2017 | Card Purchase | | GOOGLE *Wallet 9285 | -$225.00 | $232.07 |
| 10/4/2017 | Card Purchase | | USA*SNACK SODA 9285 | -$1.40 | $457.07 |
| 10/4/2017 | Card Purchase | | GOOGLE *Wallet 9285 | -$1,000.00 | $458.47 |
| 10/4/2017 | Card Purchase | | ZAXBY S #10201 9285 | -$6.95 | $1,458.47 |
| 10/4/2017 | Card Purchase | | TWISTED TACO - 9285 | -$86.59 | $1,465.42 |
| 10/3/2017 | Card Purchase | | CANOE 9285 | -$276.43 | $1,552.01 |
| 10/3/2017 | Card Purchase | | USA*SNACK SODA 9285 | -$1.00 | $1,828.44 |
| 10/2/2017 | Card Purchase | | QUIKTRIP 9285 | -$41.59 | $1,829.44 |
| 10/2/2017 | Card Purchase | | USA*SNACK SODA 9285 | -$1.10 | $1,871.03 |
| 10/2/2017 | Card Purchase | | DISH NETWORK-ON 9285 | -$167.83 | $1,872.13 |
| 10/2/2017 | Card Purchase | | USA*SNACK SODA 9285 | -$2.20 | $2,039.96 |
| 9/29/2017 | Card Purchase | | USA*SNACK SODA 9285 | -$2.00 | $2,042.16 |
| 9/29/2017 | Card Purchase | | GOOGLE *Wallet 9285 | -$350.00 | $2,044.16 |
| 9/29/2017 | Card Purchase | | DD/BR #302851 Q 9285 | -$2.75 | $2,394.16 |
| 9/29/2017 | Card Purchase | | DUNKIN #354612 9285 | -$16.61 | $2,396.91 |
| | *New Offer!* | | Earn 5% Cash Back! | | See Details |
| 9/29/2017 | Card Purchase | | CHICK-FIL-A #00 9285 | -$3.96 | $2,413.52 |

10/17/2017

Details & History - View Account Details & History - Regions Online Banking

| Date | Type | | Amount | Balance |
|---|---|---|---|---|
| **9/29/2017** | **Electronic Credit** | SONS AUTO HOLDIN DIRECT PAY | $2,113.69 | $2,417.48 |
| 9/28/2017 | Overdraft Fee | NSF OD FEE | -$36.00 | $303.79 |
| 9/28/2017 | Debit | COUNTRY MUTUAL INSURANCE. | -$613.65 | $339.79 |
| 9/28/2017 | Card Purchase | LIKE PHO 9285 | -$32.45 | $953.44 |
| 9/28/2017 | Card Purchase | CHEVRON 0207762 9285 | -$25.09 | $985.89 |
| 9/28/2017 | Card Purchase | USA*SNACK SODA 9285 | -$1.00 | $1,010.98 |
| 9/28/2017 | Card Purchase | USA*SNACK SODA 9285 | -$1.00 | $1,011.98 |
| 9/27/2017 | Card Purchase | RACETRAC055 9285 | -$25.06 | $1,012.98 |
| 9/27/2017 | Card Purchase | CHICK-FIL-A #00 9285 | -$8.83 | $1,038.04 |
| 9/25/2017 | Payment | SANTANDER CONSUM ONLINE PMT | -$1,000.00 | $1,046.87 |
| 9/25/2017 | Payment | US BANK LOAN ONLINE PMT | -$480.00 | $2,046.87 |
| 9/25/2017 | Card Purchase | 4035 JNN SNELLV 9285 | -$42.22 | $2,526.87 |
| 9/25/2017 | Card Purchase | QT 804 0 9285 | -$7.65 | $2,569.09 |
| 9/25/2017 | Card Purchase | VN Pho 9285 | -$44.29 | $2,576.74 |
| 9/25/2017 | Card Purchase | J2 EFAX SERVIC 9285 | -$12.95 | $2,621.03 |
| 9/25/2017 | Card Purchase | GOOGLE *Wallet 9285 | -$550.00 | $2,633.98 |

4/7

Details & History - View Account Details & History - Regions Online Banking

10/17/2017

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 9/25/2017 | Card Purchase | USA*SNACK SODA 9285 | -$2.10 | $3,183.98 |
| 9/22/2017 | Card Purchase | VN Pho 9285 | -$53.24 | $3,186.08 |
| 9/22/2017 | Card Purchase | VERIZON WRLS 73 9285 | -$96.29 | $3,239.32 |
| **9/22/2017** | **Electronic Credit** | **SONS AUTO HOLDIN DIRECT PAY** | **$2,113.70** | **$3,335.61** |
| 9/21/2017 | Card Purchase | USA*SNACK SODA 9285 | -$2.10 | $1,221.91 |
| 9/20/2017 | Card Purchase | VZWRLSS*ETM SGA 9285 | -$115.34 | $1,224.01 |
| 9/19/2017 | Card Purchase | MCDONALD S F382 9285 | -$10.79 | $1,339.35 |
| 9/19/2017 | Card Purchase | EL TACO VELOZ I 9285 | -$44.94 | $1,350.14 |
| 9/18/2017 | Card Purchase | CRACKER BARREL 9285 | -$33.46 | $1,395.08 |
| 9/18/2017 | Card Purchase | QUIKTRIP 9285 | -$47.60 | $1,428.54 |
| 9/15/2017 | Non-Sufficient Funds Fee | PAID OVERDRAFT ITEM FEE | -$108.00 | $1,476.14 |
| 9/15/2017 | Card Purchase | GOOGLE *Wallet 9285 | -$450.00 | $1,584.14 |
| 9/15/2017 | Card Purchase | USA*SNACK SODA 9285 | -$1.10 | $2,034.14 |
| **9/15/2017** | **Electronic Credit** | **SONS AUTO HOLDIN DIRECT PAY** | **$2,113.69** | **$2,035.24** |
| 9/14/2017 | Card Purchase | USA*SNACK SODA 9285 | -$2.20 | -$78.45 |
| 9/14/2017 | Card Purchase | QT 820 0 9285 | -$68.71 | -$76.25 |

5/7

10/17/2017

Details & History - View Account Details & History - Regions Online Banking

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 9/14/2017 | Card Purchase | QT 820 0 9285 | -$0.08 | -$7.54 |
| 9/13/2017 | Overdraft Fee | NSF OD FEE | -$72.00 | -$7.46 |
| 9/13/2017 | Card Purchase | DUNKIN #352489 9285 | -$10.46 | $64.54 |
| 9/13/2017 | Card Purchase | BEVERAGE SUPERS 9285 | -$9.53 | $75.00 |
| 9/12/2017 | Card Purchase | KINGSTON 30 9285 | -$8.44 | $84.53 |
| 9/12/2017 | Card Purchase | KINGSTON 30 9285 | -$86.80 | $92.97 |
| 9/11/2017 | Debit | HMF HMFUSA.com | -$1,375.00 | $179.77 |
| 9/11/2017 | Card Purchase | GOOGLE *Wallet 9285 | -$145.00 | $1,554.77 |
| 9/11/2017 | Card Purchase | GOOGLE *Wallet 9285 | -$200.00 | $1,699.77 |
| 9/11/2017 | Card Purchase | GOOGLE *Wallet 9285 | -$1,000.00 | $1,899.77 |
| 9/11/2017 | Card Purchase | VN Pho 9285 | -$112.46 | $2,899.77 |
| 9/11/2017 | Card Purchase | DUNKIN #352489 9285 | -$7.18 | $3,012.23 |
| 9/11/2017 | Card Purchase | OLD HICKORY HOU 9285 | -$12.24 | $3,019.41 |
| 9/8/2017 | Card Purchase | DUNKIN #354612 9285 | -$17.32 | $3,031.65 |
| **9/8/2017** | **Electronic Credit** | **SONS AUTO HOLDIN DIRECT PAY** | **$2,113.70** | **$3,048.97** |
| 9/7/2017 | Card Purchase | PIE FIVE PIZZA 9285 | -$11.22 | $935.27 |

6/7

10/17/2017

Details & History - View Account Details & History - Regions Online Banking

| | Type | | | Balance |
|---|---|---|---|---|
| 9/7/2017 | Card Purchase | PAYYOURTIX.COM 9285 | -$218.00 | $946.49 |
| 9/7/2017 | Card Purchase | QT 804 0 9285 | -$6.27 | $1,164.49 |