**IT IS ORDERED as set forth below:**



**Date: December 6, 2017**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-71479-JRS |
| | ) | |
| QUENTIN ALEXANDER STEPHENS, | ) | CHAPTER 11 |
| | ) | |
| Debtor(s). | ) | JUDGE SACCA |
| | ) | |

ORDER AND NOTICE OF STATUS CONFERENCE

　　PLEASE TAKE NOTICE that the Court will hold a status conference in the above styled bankruptcy case.

　　The status conference will be held in Courtroom **1404**, United States Courthouse, Richard Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, GA, at **1:30 P.M.** on the **9th** day of **January, 2018**.

**END OF ORDER**

**Quentin Alexander Stephens**
3294 Kylee Dawn Circle
Lawrenceville, GA 30045


**Howard P. Slomka**
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339


**Thomas Wayne Dworschak**
Office of U.S. Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303