# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: QUENTIN ALEXANDER STEPHENS  }  CASE NUMBER:
}       16-71479-JRS
}
}  JUDGE
}
DEBTOR.  }  CHAPTER 11

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM 11-1-2017 TO 11-30-2017

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 11-17-2017

Attorney for Debtor

Debtor's Address
and Phone Number:
3294 KYLEE DAWN CIRCLE
LAWRENCEVILLE, GA 30045

Tel. (404)606-9871

Attorney's Address
and Phone Number:
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339
Bar No. 652875
Tel. (404)800-4001

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website. http://www.usdoj.gov/ust/r21/reg_info.htm.
1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Quentin A. Sted |
|---|---|
| Case Number: | 16-71479     16-71479 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this rept.

| | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $2126.74 | |
| CASH- Beginning of Month (Business) | | |
| Total Household Receipts | $15890.22 | |
| Total Business Receipts | | |
| Total Receipts | $18,016.96 | |
| Total Household Disbursements | $15,251.99 | |
| Total Business Disbursements | | |
| Total Disbursements | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | $2774.98 | |
| CASH- End of Month (Individual) | $2774.98 | |
| CASH- End of Month (Business) | | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | | |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This  12  day of  DEC  20 17

Debtor's Signature

Monthly Operating Report - Indivdual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month Nov | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | $2126.74 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 15890.22 | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| **TOTAL RECEIPTS** | $18,016.96 | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | $500.00 | |
| Household Expenses/Food/Clothing | $2022.57 | |
| Household Repairs & Maintenance | $641.01 | |
| Insurance | $971.44 | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | $1025.00 | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | $2236.79 | |
| Tuition/Education | $2000.00 | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $1336.78 | |
| Vehicle Expenses | $528.00 | |
| Vehicle Secured Payment(s) | $3350.50 | |
| U. S. Trustee Quarterly Fees | $650.00 | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| | | |
| **Total Household Disbursements** | 15251.99 | |
| | | |
| CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2) | $2774.98 | |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** |  |  |
|  |  |  |
| **BUSINESS CASH RECEIPTS** |  |  |
| Cash Sales |  |  |
| Account Receivable Collection |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Rental Income |  |  |
| Sale of Business Assets (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
|  |  |  |
| **Total Business Receipts** |  |  |
|  |  |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) |  |  |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) |  |  |
| Taxes - Payroll |  |  |
| Taxes - Sales |  |  |
| Taxes Other (attach schedule) |  |  |
| Contract Labor (Subcontractors) |  |  |
| Inventory Purchases |  |  |
| Secured/Lease Payments (Business) |  |  |
| Utilities (Business) |  |  |
| Insurance |  |  |
| Vehicle Expenses |  |  |
| Travel & Entertainment |  |  |
| Repairs and Maintenance |  |  |
| Supplies |  |  |
| Charitable Contributions/Gifts |  |  |
| Purchase of Fixed Assets |  |  |
| Advertising |  |  |
| Bank Charges |  |  |
| Other (attach schedule) |  |  |
|  |  |  |
| **Total Business Disbursements** |  |  |
|  |  |  |
| CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2) |  |  |

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. | Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. | Are any post-petition payroll taxes past due? | | ✓ |
| 7. | Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. | Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. | Are any post-petition real estate taxes past due? | | ✓ |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. | Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. | Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |
| Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____ |

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Region Bank | | | |
| Account Number: | 0253264967 | | | |
| Purpose of Account (Business/Personal) | OP | | | |
| Type of Account (e.g. checking) | Checking | | | |
| 1. Balance per Bank Statement | 2774.98 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | 2774.98 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | N/A | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3A

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Personal) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | TOTAL $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3B

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | TOTAL |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3C

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 4

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus: Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\* Attach explanation of any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| State & Local Taxes | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 5

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| Accounts Payable Beginning Balance* | | | |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |

12/17/2017 — Details & History - View Account Details & History - Regions Online Banking

# QUENTIN A STEPHENS

## LIFEGREEN CHECKING *4967

| POSTED BALANCE | PENDING | AVAILABLE BALANCE | TOTAL OFFERS | EARNED REWARDS |
|---|---|---|---|---|
| $3,139.63 | -$240.94 | $2,948.69 | 21 | $0.00 |

## Transaction History

### Search for Transactions

Find posted transactions using any or all of the following options:   Close X

Date Range.
Custom range — From: 11/5/2017   To: 12/5/2017

Types.
All

Amount Range.
Any amount

Check Numbers:
All

Search   Reset

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 12/5/2017 | Card Purchase | USA*SNACK SODA 9285 | -$1.10 | $2,774.98 |
| 12/4/2017 | Card Purchase | SALLY BEAUTY # 9285 | -$22.76 | $2,776.08 |
| 12/4/2017 | Card Purchase | DISH NETWORK-ON 9285 | -$167.83 | $2,798.84 |
| New Offer! | Earn $75 Cash Back! | | | See Details |
| 12/4/2017 | Card Purchase | PIZZA HUT #3115 9285 | -$141.48 | $2,966.67 |
| 12/4/2017 | Card Purchase | GOOGLE *Wallet 9285 | -$1,400.00 | $3,108.15 |
| 12/1/2017 | Card Purchase | USA*SNACK SODA 9285 | -$1.10 | $4,508.15 |
| 12/1/2017 | Card Purchase | USA*SNACK SODA 9285 | -$0.70 | $4,509.25 |
| 12/1/2017 | Electronic Credit | SONS AUTO HOLDIN DIRECT PAY | $2,291.30 | $4,509.95 |
| 11/30/2017 | Card Purchase | DUNKIN #331152 9285 | -$6.23 | $2,218.65 |
| 11/30/2017 | Card Purchase | SUBWAY 0 9285 | -$15.64 | $2,224.88 |
| 11/30/2017 | Card Purchase | BURGER KING #98 9285 | -$10.58 | $2,240.52 |
| 11/29/2017 | Payment | SANTANDER CONSUM ONLINE PMT | -$1,075.00 | $2,251.10 |

12/17/2017 — Details & History - View Account Details & History - Regions Online Banking

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 11/29/2017 | Card Purchase | DD/BR #302851 Q 9285 | -$2.53 | $3,326.10 |
| New Offer! | Earn 5% Cash Back! | | | See Details |
| 11/29/2017 | Card Purchase | USA*SNACK SODA 9285 | -$2.10 | $3,328.63 |
| 11/28/2017 | Debit | COUNTRY MUTUAL INSURANCE. | -$326.22 | $3,330.73 |
| 11/28/2017 | Card Purchase | J & B CLEANERS. 9285 | -$200.00 | $3,656.95 |
| 11/28/2017 | Card Purchase | EL TACO VELOZ I 9285 | -$109.30 | $3,856.95 |
| 11/28/2017 | Credit | MOBILE DEPOSIT-STANDARD MOBILE | $865.38 | $3,966.25 |
| 11/27/2017 | Card Purchase | PIZZA HUT #3115 9285 | -$188.55 | $3,100.87 |
| 11/27/2017 | Card Purchase | VZWRLSS*IVR VE 9285 | -$308.08 | $3,289.42 |
| 11/27/2017 | Card Purchase | GOOGLE *Wallet 9285 | -$500.00 | $3,597.50 |
| 11/27/2017 | Card Purchase | USA*SNACK SODA 9285 | -$1.10 | $4,097.50 |
| 11/24/2017 | Fee | OTHER BANK ATM WITHDRAWAL FEE | -$2.50 | $4,098.60 |
| 11/24/2017 | ATM Debit | FIDELITY BANK 1375 HWY 20 W | -$503.50 | $4,101.10 |
| 11/24/2017 | Card Purchase | J2 EFAX SERVIC 9285 | -$12.95 | $4,604.60 |
| 11/24/2017 | Card Purchase | SOUTHSIDE CHICA 9285 | -$114.47 | $4,617.55 |
| 11/24/2017 | Card Purchase | GOOGLE *Wallet 9285 | -$25.00 | $4,732.02 |
| 11/22/2017 | Card Purchase | GOOGLE *Wallet 9285 | -$300.00 | $4,757.02 |
| 11/22/2017 | Electronic Credit | SONS AUTO HOLDIN DIRECT PAY | $2,291.31 | $5,057.02 |
| 11/22/2017 | Electronic Credit | SONS AUTO HOLDIN DIRECT PAY | $93.62 | $2,765.71 |
| 11/20/2017 | Debit | HMF HMFUSA.com | -$1,500.00 | $2,672.09 |
| 11/20/2017 | Debit | HMF HMFUSA.com | -$800.00 | $4,172.09 |
| 11/20/2017 | Card Purchase | GOOGLE *Wallet 9285 | -$300.00 | $4,972.09 |
| 11/20/2017 | Card Purchase | GOOGLE *Wallet 9285 | -$220.00 | $5,272.09 |
| 11/20/2017 | Card Purchase | GOOGLE *Wallet 9285 | -$165.00 | $5,492.09 |
| 11/20/2017 | Card Purchase | GOOGLE *Wallet 9285 | -$220.00 | $5,657.09 |
| 11/20/2017 | Card Purchase | EXXONMOBIL 4 9285 | -$9.60 | $5,877.09 |
| 11/17/2017 | Card Purchase | LA PARRILLA #11 9285 | -$115.01 | $5,886.69 |
| 11/17/2017 | Card Purchase | GOOGLE *Wallet 9285 | -$28.00 | $6,001.70 |
| 11/17/2017 | Electronic Credit | SONS AUTO HOLDIN DIRECT PAY | $1,617.16 | $6,029.70 |
| 11/16/2017 | Card Purchase | WENDYS #46 9285 | -$13.57 | $4,412.54 |

12/17/2017 — Details & History - View Account Details & History - Regions Online Banking

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 11/16/2017 | Check | CHECK #2052 | -$650.00 | $4,426.11 |
| 11/15/2017 | Card Purchase | LOS CHARROS MEX 9285 | -$36.25 | $5,076.11 |
| 11/15/2017 | Card Purchase | GOOGLE *Wallet 9285 | -$2,000.00 | $5,112.36 |
| 11/15/2017 | Card Purchase | QT 770 0 9285 | -$0.95 | $7,112.36 |
| 11/15/2017 | Card Purchase | GOOGLE *Wallet 9285 | -$220.00 | $7,113.31 |
| 11/14/2017 | Debit | WIRE TRANSFER | -$15.00 | $7,333.31 |
| 11/14/2017 | Card Purchase | COOK OUT SNELLV 9285 | -$12.49 | $7,348.31 |
| 11/14/2017 | Card Purchase | MCDONALD S F338 9285 | -$5.23 | $7,360.80 |
| 11/14/2017 | Credit | **WIRE TRANSFER** | **$5,000.00** | $7,366.03 |
| 11/13/2017 | Card Purchase | QUIK TRIP CORP 9285 | -$20.09 | $2,366.03 |
| 11/13/2017 | Card Purchase | AT HOME STORE 9285 | -$418.28 | $2,386.12 |
| 11/13/2017 | Card Purchase | QUIK TRIP CORP 9285 | -$20.00 | $2,804.40 |
| 11/13/2017 | Card Purchase | J & J LIQUOR 9285 | -$111.26 | $2,824.40 |
| 11/13/2017 | Card Purchase | GOOGLE *Wallet 9285 | -$250.00 | $2,935.66 |
| 11/13/2017 | Card Purchase | GOOGLE *Wallet 9285 | -$180.00 | $3,185.66 |
| 11/13/2017 | Card Purchase | CCS*COUNTRY INS 9285 | -$644.92 | $3,365.66 |
| 11/13/2017 | Check | CHECK #995012 | -$175.00 | $4,010.58 |
| 11/10/2017 | Card Purchase | WALDENS RESTAUR 9285 | -$34.25 | $4,185.58 |
| 11/10/2017 | Electronic Credit | **SONS AUTO HOLDIN DIRECT PAY** | **$2,023.74** | $4,219.83 |
| 11/10/2017 | Electronic Credit | **SONS AUTO HOLDIN DIRECT PAY** | **$1,707.71** | $2,196.09 |
| 11/9/2017 | Fee | OVERNITE CHK PMT OVERNTFEE | -$14.95 | $488.38 |
| 11/9/2017 | Card Purchase | PUBLIX SUPER M 9285 | -$12.80 | $503.33 |
| 11/9/2017 | Card Purchase | SHELL Service 9285 | -$25.08 | $516.13 |
| 11/9/2017 | Card Purchase | SOUTHSIDE CHICA 9285 | -$31.01 | $541.21 |
| 11/9/2017 | Card Purchase | PANERA BREAD #2 9285 | -$11.96 | $572.22 |
| 11/9/2017 | Card Purchase | GOOGLE *Wallet 9285 | -$200.00 | $584.18 |
| 11/9/2017 | Card Purchase | USA*SNACK SODA 9285 | -$2.10 | $784.18 |
| 11/9/2017 | Card Purchase | CHEVRON 0201845 9285 | -$15.02 | $786.28 |
| 11/8/2017 | Card Purchase | THE HOME DEPOT 9285 | -$47.73 | $801.30 |
| 11/6/2017 | Card Purchase | SHELL Service 9285 | -$21.02 | $849.03 |

12/17/2017 — Details & History - View Account Details & History - Regions Online Banking

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 11/6/2017 | Card Purchase | J & J LIQUOR 9285 | -$87.71 | $870.05 |
| 11/6/2017 | Card Purchase | QUIK TRIP CORP 9285 | -$35.99 | $957.76 |
| 11/6/2017 | Card Purchase | PANERA BREAD #2 9285 | -$46.48 | $993.75 |
| 11/6/2017 | Card Purchase | DUNKIN #352489 9285 | -$8.24 | $1,040.23 |
| 11/6/2017 | Card Purchase | GOOGLE *Wallet 9285 | -$1,025.00 | $1,048.47 |
| 11/6/2017 | Card Purchase | BEVERAGE SUPERS 9285 | -$97.48 | $2,073.47 |

| | |
|---|---|
| QUENTIN A STEPHENS<br>DIP ACCT<br>1910 Clack Rd<br>Madison, GA 30650<br>404-606-9871 | 2052<br>64-107/611 |

Date: 11-9-17

PAY TO THE ORDER OF: U.S. Trustee    $ 650.00

Six hundred and fifty dollars ___ DOLLARS

REGIONS

FOR  #321-16-71475

⑆061101375⑆ ⟦⟧8496 7⑈ 2052

>0410-3601-7<
US TREAS DG-ECP
20171116

12/17/2017                                                                          Check Image

| | |
|---|---|
| Account: 12345 QUENTIN STEPHENS  PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER | $175.00 |

Please Direct Any Questions To      7074/2611

Online Bill Payment Processing Center      0000995012
(800) 245-2508

QUENTIN A STEPHENS
3204 KYLEE DAWN CIR
LAWRENCEVILLE, GA 30045-2760

REGIONS BANK

November 09, 2017

MEMO: repair to house

Pay ONE HUNDRED SEVENTY FIVE AND 00/100                                       DOLLARS

$  *******175.00

TO          VETERAN ELECTRIC
THE         1870 PINEHURST VIEW DR                              Void After 180 DAYS.
ORDER       GRAYSON, GA 30017-7911                              Signature On File
OF                                                              This check has been authorized
                                                                by your depositor

⑈995012⑈ ⑆261170740⑆ ⋯⋯4967⑈  80

173235320

Navy FCU FCU
(Snellville, GA)
1695 Scenic Highway
30078
12/13/17-09:49:00
0746
<<<<<956074974>>>>>

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION

Veteran Electric

1/1