**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-71479-JRS |
| | ) | |
| QUENTIN ALEXANDER STEPHENS | ) | |
| | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

================================================================

**MOTION TO ESTABLISH BAR DATE**

COMES NOW, QUENTIN ALEXANDER STEPHENS, Debtor in the above-styled action, by and through its legal counsel and moves this Court to establish a March 5, 2017 as the Bar Date by which all proofs of claims shall be filed with the Court.

Dated this 3rd day of January, 2018.

/s/
Howard Slomka
GA Bar #652875
Slipakoff and Slomka PC
2859 Paces Ferry Rd, SW, Suite 1700
Atlanta, GA 30339
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-71479-JRS |
| | ) | |
| QUENTIN ALEXANDER STEPHENS | ) | |
| | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

=================================================================

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Motion to Establish Bar Date, in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

SEE ATTACHED LIST FOR CREDITORS

Dated this 3rd day of January, 2018.

/s/
Howard Slomka
GA Bar #652875
Slipakoff and Slomka PC
2859 Paces Ferry Rd, SW, Suite 1700
Atlanta, GA 30339
Attorney for Debtor

```
                                American InfoSource LP as agent for      (p)BB AND T
                                Verizon                                  PO BOX 1847
                                PO Box 248838                            WILSON NC 27894-1847
                                Oklahoma City, OK  73124-8838


Bank of America Business Card   (p)BANK OF AMERICA                       Patti H. Bass
PO Box 15710                    PO BOX 982238                            Bass & Associates, PC
Wilmington, DE 19886-5710       EL PASO TX 79998-2238                    Suite 200
                                                                         3936 E. Ft. Lowell Road
                                                                         Tucson, AZ 85712-1083


Bby/cbna                        Branch B&t                               CAVALRY SPV I, LLC
50 Northwest Point Road         Po Box 2306                              Bass & Associates, P.C.
Elk Grove Village, IL 60007-1032 Wilson, NC 27894-2306                   3936 E. Ft. Lowell Road, Suite #200
                                                                         Tucson, AZ 85712-1083


Cap1/saks                       (p)CAPITAL ONE                           Cavalry SPV I, LLC
3455 Highway 80 W               PO BOX 30285                             500 Summit Lake Drive, Ste 400
Jackson, MS 39209-7202          SALT LAKE CITY UT 84130-0285             Valhalla, NY 10595-1340


Chase Card                      Discover Bank                            Discover Fin Svcs Llc
Po Box 15298                    Discover Products Inc                    Po Box 15316
Wilmington, DE 19850-5298       PO Box 3025                              Wilmington, DE 19850-5316
                                New Albany, OH  43054-3025


(p)US BANK                      Emory Eastside Medical Center            Fifth Third Bank
PO BOX 5229                     Resurgent Capital Services               5050 Kingsley Dr
CINCINNATI OH 45201-5229        PO Box 1927                              Cincinnati, OH 45227-1115
                                Greenville, SC 29602-1927


Fifth Third Bank                (p)GEORGIA DEPARTMENT OF REVENUE         Internal Revenue Service
PO Box 9013                     COMPLIANCE DIVISION                      P. O. Box 7346
Addison,TX 75001-9013           ARCS BANKRUPTCY                          Philadelphia, PA 19101-7346
                                1800 CENTURY BLVD NE SUITE 9100
                                ATLANTA GA 30345-3202


Internal Revenue Service        Maria C. Joyner                          Medicredit, Inc
401 West Peachtree Street, NW   Nancy J. Whaley                          P.O. Box 1629
Stop 334-D Room 400             Standing Chapter 13 Trustee              Maryland Heights, MO 63043-0629
Atlanta, GA 30308-3510          303 Peachtree Center Avenue, NE
                                Suite 120 - Suntrust Garden Offices
                                Atlanta, GA 30303-1216


Membersfirst Credit Un          Midland Credit Management, Inc. As Agent James H. Morawetz
Po Box 33189                    For Midland Funding LLC                  Office of U.S. Trustee
Decatur, GA 30033-0189          PO Box 2011                              362 Richard Russell Bldg.
                                Warren MI 48090-2011                     75 Ted Turner Drive, SW
                                                                         Atlanta, GA 30303-3330


Navy Federal Credit Union       Navy Federal Credit Union                Bryce R Noel
P.O. Box 3000                   PO Box 3700                              Aldridge Pite, LLP
Merrifield, VA 22119-3000       Merrifield, VA 22119-3700                3575 Piedmont Road, NE, Suite 500
                                                                         Fifteen Piedmont Center
                                                                         Atlanta, GA 30305-1527
```

| | | |
|---|---|---|
| Ocwen Loan Servicing L<br>1661 Worthington Rd<br>West Palm Beach, FL 33409-6493 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Elizabeth H. Parrott<br>Weinstein & Riley PS<br>P. O. Box 23408<br>Nashville, TN 37202-3408 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Joshua M. Ryden<br>Aldridge Pite, LLP<br>Fifteen Piedmont Center<br>3575 Piedmont Rd NE Suite 500<br>Atlanta, GA 30305-1636 | Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 |
| Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Overlook III - Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339-6213 | Quentin Alexander Stephens<br>3294 Kylee Dawn Circle<br>Lawrenceville, GA 30045-2760 | SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 |
| Suntrust Bank<br>Po Box 980<br>Newport News, VA 23607-0980 | Syncb/hhgreg<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Syncb/mens W<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/toysrusdc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank<br>Bankruptcy Dept.<br>PO Box 965060<br>Orlando, FL 32896-5060 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Target Card Services<br>3901 West 53rd Street<br>Sioux Falls, SD 57106-4221 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 |
| U.S. Bank National Association<br>co Ocwen Loan Servicing, LLC<br>Attn Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | USAA Federal Savings Bank<br>c/o Weinstein & Riley, PS<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121-3132 | USAA Federal Savings Bank<br>c/o Weinstein & Riley, P.S.<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121-3132 |
| USAA Savings Bank<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | United Guaranty Residential In<br>230 North Elm Street<br>7th Floor<br>Greensboro, NC 27401-2438 | Usaa Federal Savings B<br>Po Box 47504<br>San Antonio, TX 78265 |
| Usaa Savings Bank<br>10750 Mc Dermott<br>San Antonio, TX 78288-1600 | WELLS FARGO BANK, N.A.<br>MAC F8235-02F<br>PO BOX 10438<br>DES MOINES, IA 50306-0438 | WElls Fargo<br>800 Walnut Street<br>Des Moines, IA 50309-3891 |
| Wells Fargo Bank<br>PO Box 5058 Mac P6053-021<br>Portland, OR 97208-5058 | Wells Fargo Bank, N.A.<br>PO Box 10438<br>Des Moines,   IA    50306-0438 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |

```
Wells Fargo Bank, NA - Wells Fargo Auto Fina    WellsFargo Financial          Wfdillards
435 FORD ROAD, SUITE 300                        Po Box 14517                  Po Box 14517
ST. LOUIS PARK, MN 55426-4938                   Des Moines, IA 50306-3517     Des Moines, IA 50306-3517


Wff Auto
Po Box 29704
Phoenix, AZ 85038-9704
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BB&T Bankruptcy                 Bankamerica                      Capital One Bank Usa N
PO Box 1847                     Po Box 982238                    15000 Capital One Dr
Wilson, NC  27894               El Paso, TX 79998                Richmond, VA 23238
bankruptcy@bbandt.com
866-813-1624


Elan Financial Service          Georgia Department of Revenue    Portfolio Recovery Associates, LLC
Po Box 108                      Bankruptcy Division              POB 41067
Saint Louis, MO 63166           Post Office Box 161108           Norfolk VA 23541
                                Atlanta, GA 30321


(d)U.S. Bank NA
dba Elan Financial Services
Bankruptcy Department
PO Box 108
St. Louis MO 63166-0108
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Cavalry Spv I, LLC                  (d)Membersfirst Credit Un       (u)Ocwen Loan Servicing, LLC
Bass & Associates, P.C.                Pob 33189
3936 E. Ft. Lowell Road, Suite #200    Decatur, GA 30033-0189
Tucson, AZ 85712-1083


End of Label Matrix
Mailable recipients    63
Bypassed recipients     3
Total                  66
```