# UNITED STATES BANKRUPTCY COURT
### Northern DISTRICT OF Georgia
### Atlanta DIVISION

IN RE: } CASE NUMBER: 16-71479
}
}
} JUDGE
}
DEBTOR. } CHAPTER 11

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM** 1-6-18 **TO** 2-5-18

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: Feb. 20, 2018

_Howard P. Slimka_
Attorney for Debtor

Debtor's Address
and Phone Number:
3254 Kylee Dew LN
Cawath GA 3004
Tel. (404) 606-9871

Attorney's Address
and Phone Number:
Howard P Slimka
2550 Paces Ferry Rd
Suite 1710 Atlanta GA 30339
Bar No. 652875
Tel. 404-800-4001

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee.
Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm.
1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Quinah A Stephens |
|---|---|
| Case Number: | 16-71479 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 2859.64 |  |
| CASH- Beginning of Month (Business) |  |  |
|  |  |  |
| Total Household Receipts | 9424.79 |  |
| Total Business Receipts |  |  |
| Total Receipts | 9424.79 |  |
|  |  |  |
| Total Household Disbursements |  |  |
| Total Business Disbursements |  |  |
| Total Disbursements |  |  |
|  |  |  |
| NET CASH FLOW (Total Receipts minus Total Disbursements) |  |  |
|  |  |  |
| CASH- End of Month (Individual) |  |  |
| CASH- End of Month (Business) |  |  |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) |  |  |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) |  |  |
|  |  |  |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION |  |  |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _____ day of _____ 20____.

_____
Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | $ 28.59.04 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 9424.79 | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **TOTAL RECEIPTS** | 12283.83 | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | 2066.18 | |
| Household Repairs & Maintenance | | |
| Insurance | 599.73 | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | 435.00 | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | 1648.40 | |
| Tuition/Education | 1975.00 | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 1984.22 | |
| Vehicle Expenses | 144.85 | |
| Vehicle Secured Payment(s) | 2447.89 | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | 144.00 | |
| Other (attach schedule) | | |
| | | |
| | | |
| | | |
| **Total Household Disbursements** | $ 11,345.27 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | $ 938.56 | |

Monthly Operating Report - Individual

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **Total Business Receipts** | | |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | |
| Other (attach schedule) | | |
| | | |
| **Total Business Disbursements** | | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | | |

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. Are any post-petition payroll taxes past due? | | ✓ |
| 7. Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. Are any post-petition real estate taxes past due? | | ✓ |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |
| | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Region Bank | | | |
| Account Number: | 0253264967 | | | |
| Purpose of Account (Business/Personal) | DIP | | | |
| Type of Account (e.g. checking) | Checky | | | |
| 1. Balance per Bank Statement | 938.54 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | 938.54 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | N/A | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**      **ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Personal) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3B

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | TOTAL |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3C

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | TOTAL $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 4

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus: Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\* Attach explanation of any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| State & Local Taxes | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 5

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
|  | Month | Month | Month |
|  |  |  |  |
| Accounts Payable Beginning Balance* |  |  |  |
| Plus: New Indebtedness During the Month |  |  |  |
| Less: Amount Paid on Acct. Payables in Month |  |  |  |
| Adjustments or WriteOffs** |  |  |  |
| Accounts Payable Ending Balance |  |  |  |

* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
**Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
|  |  |  |  |

*** List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

# QUENTIN A STEPHENS
## LIFEGREEN CHECKING *4967

| POSTED BALANCE | PENDING | AVAILABLE BALANCE | TOTAL OFFERS | EARNED REWARDS |
|---|---|---|---|---|
| $2,650.62 | -$145.19 | $2,505.43 | 23 | $0.00 |

## Transaction History

Close X

### Search for Transactions

Find posted transactions using any or all of the following options:

**Date Range:**
Custom range

From: 1/6/2018    To: 2/5/2018

**Types:**
All ▼

**Amount Range:**
Any amount

**Check Numbers:**
All

Search    Reset

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|

Details & History - View Account Details & History - Regions Online Banking

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 2/5/2018 | Card Purchase | GOOGLE *Wallet 9285 | -$165.00 | $686.43 |
| 2/5/2018 | Card Purchase | GOOGLE *Wallet 9285 | -$435.00 | $851.43 |
| 2/5/2018 | Card Purchase | MESQUITE MEXICA 9285 | -$51.68 | $1,286.43 |
| 2/5/2018 | Card Purchase | GOOGLE *Wallet 9285 | -$1,000.00 | $1,338.11 |
| 2/5/2018 | Card Purchase | DUAL AUTOMOTIVE 9285 | -$64.76 | $2,338.11 |
| *New Offer!* | Earn 10% Cash Back! | | | See Details |
| 2/5/2018 | Card Purchase | QT 789 0 9285 | -$5.34 | $2,402.87 |
| 2/5/2018 | Card Purchase | WAFFLE HOUSE 17 9285 | -$36.92 | $2,408.21 |
| 2/2/2018 | Card Purchase | J & J LIQUOR 9285 | -$85.58 | $2,445.13 |
| 2/2/2018 | Electronic Credit | **SONS BAVARIAN LL DIRECT PAY** | **$2,436.70** | $2,530.71 |
| 1/30/2018 | Overdraft Fee | NSF OD FEE | -$36.00 | $94.01 |
| 1/30/2018 | Debit | COUNTRY MUTUAL INSURANCE. | -$324.73 | $130.01 |
| 1/30/2018 | Card Purchase | SHELL OIL 57540 9285 | -$48.87 | $454.74 |
| 1/29/2018 | Card Purchase | GOOGLE *Wallet 9285 | -$250.00 | $503.61 |
| 1/29/2018 | Card Purchase | GOOGLE *Wallet 9285 | -$100.00 | $753.61 |
| 1/29/2018 | Card Purchase | BEVERAGE SUPERS 9285 | -$111.27 | $853.61 |
| 1/29/2018 | Card Purchase | CORNER CAFE 9285 | -$20.80 | $964.88 |

Details & History - View Account Details & History - Regions Online Banking

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 1/29/2018 | Card Purchase | SUSHI NAMI SUWA 9285 | -$163.24 | $985.68 |
| 1/29/2018 | Card Purchase | GOOGLE *Wallet 9285 | -$175.00 | $1,148.92 |
| 1/29/2018 | Card Purchase | GOOGLE *Wallet 9285 | -$170.00 | $1,323.92 |
| 1/29/2018 | Card Purchase | GOOGLE *Wallet 9285 | -$1,875.00 | $1,493.92 |
| 1/26/2018 | Card Purchase | MCDONALD S F803 9285 | -$7.41 | $3,368.92 |
| 1/26/2018 | Card Purchase | BEVERAGE SUPERS 9285 | -$64.63 | $3,376.33 |
| 1/26/2018 | Electronic Credit | SONS BAVARIAN LL DIRECT PAY | $2,436.71 | $3,440.96 |
| 1/25/2018 | Card Purchase | PAYPAL *NIECY C 9285 | -$120.60 | $1,004.25 |
| 1/25/2018 | Card Purchase | QT 795 0 9285 | -$9.55 | $1,124.85 |
| 1/24/2018 | Card Purchase | QUIKTRIP 9285 | -$46.89 | $1,134.40 |
| 1/24/2018 | Card Purchase | J2 EFAX SERVIC 9285 | -$12.95 | $1,181.29 |
| 1/23/2018 | Card Purchase | CHEVRON 0380184 9285 | -$2.58 | $1,194.24 |
| 1/23/2018 | Card Purchase | KFC G135073 9285 | -$8.46 | $1,196.82 |
| 1/23/2018 | Card Purchase | USA*SNACK SODA 9285 | -$2.40 | $1,205.28 |
| 1/22/2018 | Card Purchase | NEW YORK PRIME 9285 | -$347.40 | $1,207.68 |
| 1/22/2018 | Card Purchase | GOOGLE *Wallet 9285 | -$170.00 | $1,555.08 |

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 1/22/2018 | Card Purchase | USA*SNACK SODA 9285 | -$2.10 | $1,725.08 |
| 1/22/2018 | Card Purchase | VZWRLSS*IVR VE 9285 | -$300.00 | $1,727.18 |
| 1/19/2018 | Card Purchase | QUIK TRIP CORP 9285 | -$49.04 | $2,027.18 |
| 1/19/2018 | Electronic Credit | SONS AUTO HOLDIN DIRECT PAY | $2,291.32 | $2,076.22 |
| 1/17/2018 | Overdraft Fee | NSF OD FEE | -$72.00 | -$215.10 |
| 1/17/2018 | Card Purchase | USA*SNACK SODA 9285 | -$1.80 | -$143.10 |
| 1/17/2018 | Card Purchase | USA*SNACK SODA 9285 | -$0.70 | -$141.30 |
| 1/16/2018 | Overdraft Fee | NSF OD FEE | -$36.00 | -$140.60 |
| 1/16/2018 | Debit | HMF HMFUSA.com | -$775.00 | -$104.60 |
| 1/16/2018 | Card Purchase | MCDONALD S M480 9285 | -$31.31 | $670.40 |
| 1/16/2018 | Card Purchase | USA*SNACK SODA 9285 | -$1.20 | $701.71 |
| 1/16/2018 | Card Purchase | USA*SNACK SODA 9285 | -$0.70 | $702.91 |
| 1/16/2018 | Card Purchase | GOOGLE *Wallet 9285 | -$220.00 | $703.61 |
| 1/16/2018 | Card Purchase | GOOGLE *Wallet 9285 | -$1,000.00 | $923.61 |
| 1/16/2018 | Card Purchase | PEPES MEXICAN B 9285 | -$214.43 | $1,923.61 |
| 1/16/2018 | Card Purchase | QEBAPTORE 9285 | -$30.09 | $2,138.04 |

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 1/16/2018 | Card Purchase | DUNKIN #355296 9285 | -$6.51 | $2,168.13 |
| 1/16/2018 | Card Purchase | GOOGLE *Wallet 9285 | -$170.00 | $2,174.64 |
| 1/12/2018 | Electronic Credit | SONS AUTO HOLDIN DIRECT PAY | $2,235.06 | $2,344.64 |
| 1/11/2018 | Card Purchase | EL TACO VELOZ I 9285 | -$101.86 | $109.58 |
| 1/11/2018 | Electronic Credit | GOOGLE *Wallet 4829 | $25.00 | $211.44 |
| 1/10/2018 | Card Purchase | USA*SNACK SODA 9285 | -$1.00 | $186.44 |
| 1/10/2018 | Card Purchase | USA*SNACK SODA 9285 | -$2.10 | $187.44 |
| 1/10/2018 | Card Purchase | GOOGLE *Wallet 9285 | -$25.00 | $189.54 |
| 1/10/2018 | Card Purchase | GOOGLE *Wallet 9285 | -$250.00 | $214.54 |
| 1/10/2018 | Card Purchase | IPPOLITOS ITALI 9285 | -$157.00 | $464.54 |
| 1/9/2018 | Debit | HMF HMFUSA.com | -$1,300.00 | $621.54 |
| 1/9/2018 | Debit | 360 SHEFFIELD FI TRANS PMT | -$372.89 | $1,921.54 |
| 1/9/2018 | Card Purchase | GOOGLE *Wallet 9285 | -$25.00 | $2,294.43 |
| 1/9/2018 | Card Purchase | GOOGLE *Wallet 9285 | -$25.00 | $2,319.43 |
| 1/9/2018 | Card Purchase | QT 794 0 9285 | -$16.22 | $2,344.43 |
| 1/8/2018 | Card Purchase | JERSEY MIKE S S 9285 | -$25.00 | $2,360.65 |

Details & History - View Account Details & History - Regions Online Banking

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 1/8/2018 | Card Purchase | ITALIAN OVEN ST 9285 | -$87.52 | $2,385.65 |

# Check Detail

Name: STEPHENS, QUENTIN  Emp# 425  Batch 209180  Check Date 02/09/18
Dept # B0  Class SALARIED  Period Weekly  Period Ending 02/03/18
Earned Vac:  Hol:  PTO:  Check No. 164637

| Description | Hour | Base Rate | Total Amt | Description | Amount |
|---|---|---|---|---|---|
| BASE | 40.00 | | 3461.53 | DENTAL | 20.85 |
| | | | | SUPP LIF INS | 8.47 |
| | | | | LONG-TERM DIS | 6.79 |
| **Direct Dep** | | | 2436.69 | | |
| Chk# XXXX4967 | | | | | |

| | Gross Pay | Fed. Tax | Fica/Medc | State Tax | Ded. Total | Other Tax | Net Pay |
|---|---|---|---|---|---|---|---|
| Curr | 3461.53 | 545.71 | 263.22 | 179.80 | 36.10 | | 2436.69 |
| YTD | 10384.59 | 1637.13 | 789.63 | 539.40 | | | |

# Check Detail

Name: **STEPHENS, QUENTIN**   Emp# **425**  Batch **216180**  Check Date **02/16**
Dept # **BO** Class **SALARIED**   Period **Weekly**   Period Ending **02/10**
Earned Vac:    Hol:    PTO:    Check No. **16474**

| Description | Hour | Base Rate | Total Amt | | Description | Amount |
|---|---|---|---|---|---|---|
| BASE | 40.00 | | 3461.53 | | DENTAL | 20.85 |
| | | | | | SUPP LIF INS | 8.47 |
| | | | | | LONG-TERM DIS | 6.79 |

**Direct Dep**
Chk#-XXXXX4967    2436.70

| | Gross Pay | Fed. Tax | Fica/Medc | State Tax | Ded. Total | Other Tax | Net Pay |
|---|---|---|---|---|---|---|---|
| Curr | 3461.53 | 545.71 | 263.21 | 179.80 | 36.11 | | 2436.70 |
| YTD | 13846.12 | 2182.84 | 1052.84 | 719.20 | | | 2436.70 |