# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| IN RE: | } | CASE NUMBER: |
| --- | --- | --- |
| | } | 16-71479 |
| QUENTIN ALEXANDER STEPHENS | } | |
| | } | JUDGE |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM** 1-Feb-18 **TO** 28-Feb-18

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 3/20/2018

/s/ Howard P. Slomka
Attorney for Debtor

Debtor's Address
and Phone Number:
3294 Kyle Dawn Circle
Lawrenceville, GA 30045

Tel. (404)606-9871

Attorney's Address
and Phone Number:
Slipakoff & Slomka, PC
2059 Paces Ferry Rd SE Suite 1700
Atlanta, GA 30339
Bar No. ___ 652875
Tel. _____ 404-800-4017

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.justice.gov/ust/r20/index.htm
1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Quenta Stapl |
|---|---|
| Case Number: | 16-71479 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report

|  | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 938.56 |  |
| CASH- Beginning of Month (Business) |  |  |
| Total Household Receipts | 16,865.35 |  |
| Total Business Receipts |  |  |
| Total Receipts |  |  |
| Total Household Disbursements | 14,149.41 |  |
| Total Business Disbursements |  |  |
| Total Disbursements |  |  |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | $2,715.94 |  |
| CASH- End of Month (Individual) | $3,654.50 |  |
| CASH- End of Month (Business) |  |  |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) |  |  |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) |  |  |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION |  |  |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This ___20___ day of ___3___ 20_18_

_____
Debtor's Signature

Monthly Operating Report - Individual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 938.56 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | $16,855.35 | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **TOTAL RECEIPTS** | $16,855.35 | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | $608.34 | |
| Gifts | | |
| Household Expenses/Food/Clothing | $1905.07 | |
| Household Repairs & Maintenance | $500.00 | |
| Insurance | $987.24 | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | $2322.68 | |
| Tuition/Education | $2250.10 | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $650.59 | |
| Vehicle Expenses | $3175.00 | |
| Vehicle Secured Payment(s) | $627.50 | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| | | |
| **Total Household Disbursements** | $14,149.41 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | $3,654.50 | |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** |  |  |
|  |  |  |
| **BUSINESS CASH RECEIPTS** |  |  |
| Cash Sales |  |  |
| Account Receivable Collection |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Rental Income |  |  |
| Sale of Business Assets (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
|  |  |  |
| **Total Business Receipts** |  |  |
|  |  |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) |  |  |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) |  |  |
| Taxes - Payroll |  |  |
| Taxes - Sales |  |  |
| Taxes Other (attach schedule) |  |  |
| Contract Labor (Subcontractors) |  |  |
| Inventory Purchases |  |  |
| Secured/Lease Payments (Business) |  |  |
| Utilities (Business) |  |  |
| Insurance |  |  |
| Vehicle Expenses |  |  |
| Travel & Entertainment |  |  |
| Repairs and Maintenance |  |  |
| Supplies |  |  |
| Charitable Contributions/Gifts |  |  |
| Purchase of Fixed Assets |  |  |
| Advertising |  |  |
| Bank Charges |  |  |
| Other (attach schedule) |  |  |
|  |  |  |
| **Total Business Disbursements** |  |  |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) |  |  |

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. Are any post-petition payroll taxes past due? | | ✓ |
| 7. Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. Are any post-petition real estate taxes past due? | | ✓ |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | | |
| | | | | | |
| | | | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: April 30, 2018

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Region Bank | | | |
| Account Number: | 0255264967 | | | |
| Purpose of Account (Business/Personal) | DIP | | | |
| Type of Account (e.g. checking) | Checking | | | |
| 1. Balance per Bank Statement | 438.56 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | 4323.06 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | N/A | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

3/19/2018

Details & History - View Account Details & History - Regions Online Banking

# QUENTIN A STEPHENS

## LIFEGREEN CHECKING *4967

| POSTED BALANCE | PENDING | AVAILABLE BALANCE | TOTAL OFFERS | EARNED REWARDS |
|---|---|---|---|---|
| $5,161.04 | -$1,998.05 | $3,162.99 | 20 | $0.00 |

## Transaction History

### Search for Transactions

Find posted transactions using any or all of the following options:

Date Range:

Custom range ▶

From: 2/6/2018    To: 3/5/2018

16,865.35

Close X

Types:
All

Amount Range:
Any amount

Check Numbers:
All

Search    Reset

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|

https://onlinebanking.regions.com/accounts/details

1/7

3/19/2018

Details & History - View Account Details & History - Regions Online Banking

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 3/5/2018 | Card Purchase | CHEESECAKE MALL 9285 | -$193.43 | $3,220.05 |
| 3/5/2018 | Card Purchase | CHEVRON 0208087 9285 | -$35.89 | $3,413.48 |
| 3/5/2018 | Card Purchase | LA PARRILLA #11 9285 | -$161.20 | $3,449.37 |
| New Offer! | Earn 10% Cash Back! | | | See Details |
| 3/5/2018 | Card Purchase | QUIK TRIP CORP 9285 | -$20.04 | $3,610.57 |
| 3/5/2018 | Card Purchase | UNION CITY 9285 | -$11.54 | $3,630.61 |
| 3/5/2018 | Card Purchase | GOOGLE *Pay 9285 | -$700.00 | $3,642.15 |
| 3/5/2018 | Card Purchase | GOOGLE *Pay 9285 | -$1,250.00 | $4,342.15 |
| 3/5/2018 | Card Purchase | QT 820 0 9285 | -$2.98 | $5,592.15 |
| 3/5/2018 | Card Purchase | USA*SNACK SODA 9285 | -$1.20 | $5,595.13 |
| 3/5/2018 | Card Purchase | GOOGLE *Pay 9285 | -$300.00 | $5,596.33 |
| 3/5/2018 | Electronic Credit | PAYPAL*Stephens 4829  (william) flow | $999.75 | $5,896.33 |
| 3/2/2018 | Debit | MOBILE TRANSACTION FEE | -$23.35 | $4,896.58 |
| 3/2/2018 | Electronic Credit | SONS BAVARIAN LL DIRECT PAY | $2,304.76 | $4,919.93 |
| 3/2/2018 | Credit | MOBILE DEPOSIT-AVAIL IMMEDIATE | $583.70 | $2,615.17 |
| 3/2/2018 | Deposit | DEPOSIT | $400.00 | $2,031.47 |
| 3/1/2018 | Fee | OTHER BANK ATM WITHDRAWAL FEE | -$2.50 | $1,631.47 |

https://onlinebanking.regions.com/accounts/details

2/7

3/19/2018

Details & History - View Account Details & History - Regions Online Banking

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 3/1/2018 | ATM Debit | Wells Fargo Ba QUIKTRIP-2400 | -$662.50 | $1,633.97 |
| 3/1/2018 | Card Purchase | RACEWAY6827 9285 | -$23.90 | $2,296.47 |
| 3/1/2018 | Debit | COUNTRY MUTUAL INSURANCE. | -$324.74 | $2,320.37 |
| 3/1/2018 | Card Purchase | QUIK TRIP CORP 9285 | -$8.13 | $2,645.11 |
| 3/1/2018 | Card Purchase | USA*SNACK SODA 9285 | -$1.80 | $2,653.24 |
| 3/1/2018 | Card Purchase | SQC*SQUARE CASH 9285 | -$600.00 | $2,655.04 |
| 2/28/2018 | Debit | PAYPAL VERIFYBANK | -$0.20 | $3,255.04 |
| 2/28/2018 | Card Purchase | USA*SNACK SODA 9285 | -$1.20 | $3,255.24 |
| 2/28/2018 | Electronic Credit | PAYPAL*Stephens 4829 | $1,999.75 | $3,256.44 |
| 2/28/2018 | Electronic Credit | PAYPAL VERIFYBANK | $0.11 | $1,256.69 |
| 2/28/2018 | Electronic Credit | PAYPAL VERIFYBANK | $0.09 | $1,256.58 |
| 2/27/2018 | Card Purchase | CHEVRON/NEXT L 9285 | -$38.84 | $1,256.49 |
| 2/27/2018 | Card Purchase | BEVERAGE SUPERS 9285 | -$67.81 | $1,295.33 |
| 2/27/2018 | Electronic Credit | THE FAIRMONT HO 3590 | $213.23 | $1,363.14 |
| 2/26/2018 | Payment | SANTANDER CONSUM ONLINE PMT | -$1,175.00 | $1,149.91 |
| 2/26/2018 | Card Purchase | UNCLE JACKS MEA 9285 | -$161.47 | $2,324.91 |

3/19/2018

Details & History - View Account Details & History - Regions Online Banking

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 2/26/2018 | Card Purchase | WAL-MART #3388 9285 | -$102.34 | $2,486.38 |
| 2/26/2018 | Card Purchase | PILOT #0420 9285 | -$2.05 | $2,588.72 |
| 2/26/2018 | Card Purchase | 57TH FIGHTER GR 9285 | -$193.36 | $2,590.77 |
| 2/26/2018 | Card Purchase | GOOGLE *Pay 9285 | -$220.00 | $2,784.13 |
| 2/26/2018 | Card Purchase | J2 EFAX SERVIC 9285 | -$12.95 | $3,004.13 |
| 2/26/2018 | Card Purchase | GOOGLE *Pay 9285 | -$250.00 | $3,017.08 |
| 2/26/2018 | Card Purchase | GOOGLE *Pay 9285 | -$120.00 | $3,267.08 |
| 2/26/2018 | Card Purchase | GOOGLE *Pay 9285 | -$220.00 | $3,387.08 |
| 2/26/2018 | Electronic Credit | **GOOGLE *Pay 4829**  *Jeff room chrg* | **$220.00** | $3,607.08 |
| 2/23/2018 | Card Purchase | THE FAIRMONT HO 9285 | -$213.23 | $3,387.08 |
| 2/23/2018 | Electronic Credit | **SONS BAVARIAN LL DIRECT PAY** | **$2,339.18** | $3,600.31 |
| 2/22/2018 | Debit | MOBILE TRANSACTION FEE | -$3.00 | $1,261.13 |
| 2/22/2018 | Card Purchase | HTTP //WWW.GOGO 9285 | -$6.50 | $1,264.13 |
| 2/22/2018 | Card Purchase | SONNY BRYANS E1 9285 | -$51.73 | $1,270.63 |
| 2/22/2018 | Card Purchase | DELTA AIR Bag 9285 | -$25.00 | $1,322.36 |
| 2/22/2018 | Card Purchase | THE FAIRMONT HO 9285 | -$218.43 | $1,347.36 |

3/19/2018

Details & History - View Account Details & History - Regions Online Banking

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 2/22/2018 | Credit | **MOBILE DEPOSIT-AVAIL TONIGHT** | **$431.39** | $1,565.79 |
| 2/21/2018 | Fee | OTHER BANK ATM WITHDRAWAL FEE | -$2.50 | $1,134.40 |
| 2/21/2018 | ATM Debit | BANK OF AMERIC *FOREST PARK | -$503.00 | $1,136.90 |
| 2/21/2018 | Card Purchase | DAKOTAS RESTAUR 9285 | -$355.27 | $1,639.90 |
| 2/21/2018 | Check | CHECK #2054 | -$500.00 | $1,995.17 |
| 2/20/2018 | Card Purchase | RACETRAC110 9285 | -$10.26 | $2,495.17 |
| 2/20/2018 | Card Purchase | DELTA AIR Bag 9285 | -$25.00 | $2,505.43 |
| 2/20/2018 | Card Purchase | MCDONALD S F382 9285 | -$6.14 | $2,530.43 |
| 2/20/2018 | Card Purchase | STARSHIP - 19 - 9285 | -$54.05 | $2,536.57 |
| 2/20/2018 | Card Purchase | GOOGLE *Wallet 9285 | -$60.00 | $2,590.62 |
| 2/16/2018 | Card Purchase | GOOGLE *Wallet 9285 | -$120.00 | $2,650.62 |
| 2/16/2018 | Electronic Credit | **SONS BAVARIAN LL DIRECT PAY** | **$2,436.70** | $2,770.62 |
| 2/15/2018 | ATM Debit | Regions Snellville | -$200.00 | $333.92 |
| 2/14/2018 | Fee | OTHER BANK ATM WITHDRAWAL FEE | -$2.50 | $533.92 |
| 2/14/2018 | ATM Debit | NEWTON FEDERAL 3175 HWY 278 | -$803.00 | $536.42 |
| 2/14/2018 | Debit | HMF HMFUSA.com | -$750.00 | $1,339.42 |

3/19/2018

Details & History - View Account Details & History - Regions Online Banking

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 2/14/2018 | Card Purchase | U-HAUL MOVING & 9285 | -$79.95 | $2,089.42 |
| 2/13/2018 | Card Purchase | RACETRAC110 9285 | -$43.61 | $2,169.37 |
| 2/13/2018 | Debit | 360 SHEFFIELD FI TRANS PMT | -$372.89 | $2,212.98 |
| 2/12/2018 | Card Purchase | SQC*SQUARE CASH 9285 | -$1,000.00 | $2,585.87 |
| 2/12/2018 | Card Purchase | SQ *SHOESHINE E 9285 | -$32.20 | $3,585.87 |
| 2/12/2018 | Card Purchase | USA*SNACK SODA 9285 | -$1.80 | $3,618.07 |
| 2/12/2018 | Card Purchase | GOOGLE *Wallet 9285 | -$50.00 | $3,619.87 |
| 2/12/2018 | Card Purchase | RACETRAC110 0 9285 | -$0.96 | $3,669.87 |
| 2/12/2018 | Card Purchase | USA*SNACK SODA 9285 | -$1.20 | $3,670.83 |
| 2/12/2018 | Card Purchase | BOJANGLES 957 9285 | -$7.99 | $3,672.03 |
| 2/12/2018 | Electronic Credit | SQC*VISA MONEY 4829 | $2,000.00 | $3,680.02 |
| 2/9/2018 | Card Purchase | QUIKTRIP 9285 | -$43.85 | $1,680.02 |
| 2/9/2018 | Electronic Credit | SONS BAVARIAN LL DIRECT PAY | $2,436.69 | $1,723.87 |
| 2/8/2018 | Overdraft Fee | NSF OD FEE | -$36.00 | -$712.82 |
| 2/8/2018 | Card Purchase | DISH NETWORK-ON 9285 | -$141.83 | -$676.82 |
| 2/8/2018 | Electronic Credit | GOOGLE *VISA MO 4829 | $500.00 | -$534.99 |

3/19/2018

Details & History - View Account Details & History - Regions Online Banking

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 2/7/2018 | Overdraft Fee | NSF OD FEE | -$36.00 | -$1,034.99 |
| 2/7/2018 | Debit | HMF HMFUSA.com | -$1,400.00 | -$998.99 |
| 2/7/2018 | Card Purchase | VZWRLSS*IVR VE 9285 | -$100.00 | $401.01 |

