# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16 – 71479 - JRS |
| | : | |
| QUENTIN ALEXANDER STEPHENS, | : | |
| | : | |
| | : | CHAPTER 11 |
| | : | |
| DEBTOR. | : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Pursuant to Bankruptcy Rule 9010(b), the undersigned hereby enters his appearance as counsel for Daniel M. McDermott, United States Trustee, Region 21, in the above-captioned case.

                                              Respectfully submitted,

                                              DANIEL M. MCDERMOTT
                                              UNITED STATES TRUSTEE
                                              REGION 21

                                              */s   David S. Weidenbaum*
                                              DAVID S. WEIDENBAUM
                                              Georgia Bar No. 745892
                                              Trial Attorney

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404.331.4437
david.s.weidenbaum@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE was this day sent by electronic mail to the following:

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339
hs@myatllaw.com

      This the 10th day of April, 2018.

                                                  */s  David S. Weidenbaum*
                                                  DAVID S. WEIDENBAUM