# UNITED STATES BANKRUPTCY COURT

### NORTHERN    DISTRICT OF    GEORGIA

### ATLANTA    DIVISION

IN RE:    Quentin Alexander Styles  }    CASE NUMBER:  16-71479-JRS
                                      }
                                      }
                                      }    JUDGE
                                      }
DEBTOR.                               }    CHAPTER 11

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM    MAY 1, 2018    TO    MAY 31, 2018

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:  June 15, 2018                  /s/ Howard P. Slomka
                                       Attorney for Debtor

Debtor's Address                       Attorney's Address
and Phone Number:                      and Phone Number:
  3294 KYLEE DAWN CIRCLE                 2859 Paces Ferry Rd.
  LAWRENCEVILLE, GA 30045                Suite 1700, Atlanta, Georgia 30339

                                       Bar No.  652875
Tel.  404-606-9871                     Tel.  678-732-0001

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Quen Arfic |
|---|---|
| Case Number: | 16-71479-JRS |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this repc.

| | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $ 7067.83 | |
| CASH- Beginning of Month (Business) | | |
| | | |
| Total Household Receipts | $ 9912.88 | |
| Total Business Receipts | | |
| Total Receipts | $ 9912.88 | |
| | | |
| Total Household Disbursements | $ 11008.21 | |
| Total Business Disbursements | | |
| Total Disbursements | $ 11008.21 | |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | $ 5972.50 | |
| | | |
| CASH- End of Month (Individual) | $ 5972.50 | |
| CASH- End of Month (Business) | | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | | |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This __15th__ day of __June__ ____20_18_ .

_____
Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 7067.83 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 9912.88 | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **TOTAL RECEIPTS** | $ 16,900.71 | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | $ 220.00 | |
| Gifts | | |
| Household Expenses/Food/Clothing | 2060.27 | |
| Household Repairs & Maintenance | | |
| Insurance | $ 1189.64 | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | $ 2448.05 | |
| Tuition/Education | 1350.00 | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 1090.25 | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | $ 2650.00 | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| | | |
| | | |
| | | |
| **Total Household Disbursements** | $ 11,008.21 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | $ 5972.50 | |

Monthly Operating Report - Individual

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **Total Business Receipts** | | |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | |
| Other (attach schedule) | | |
| | | |
| **Total Business Disbursements** | | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | | |

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. | Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. | Are any post-petition payroll taxes past due? | | ✓ |
| 7. | Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. | Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. | Are any post-petition real estate taxes past due? | | ✓ |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. | Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. | Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Regio Bank | | | |
| Account Number: | 0253264967 | | | |
| Purpose of Account (Business/Personal) | DIP | | | |
| Type of Account (e.g. checking) | Check | | | |
| | | | | |
| 1. Balance per Bank Statement | $ 7067.83 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | $ 9912.33 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | $ 5972.50 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |
| | | | | |

Note:  Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 3A**

### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Personal) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3B**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 3C**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**                    **ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus:  Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\*  Attach explanation of  any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | | |
| **Total Post-Petition Taxes** | | |

\*   The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT - INDIVIDUAL**                                     **ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| Accounts Payable Beginning Balance* | | | |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

6/15/2018

Details & History - View Account Details & History - Regions Online Banking

# QUENTIN A STEPHENS
# LIFEGREEN CHECKING *4967

| POSTED BALANCE | PENDING | AVAILABLE BALANCE | TOTAL OFFERS | EARNED REWARDS |
|---|---|---|---|---|
| $5,483.86 | $1,301.01 | $6,784.87 | 20 | $0.00 |

## Transaction History

### Search for Transactions

Find posted transactions using any or all of the following options:

Date Range:

Custom range

From:
5/1/2018

To:
5/31/2018

Types:
All  ▼

Amount Range:
Any amount

Check Numbers:
All

Search      Reset

Close X

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|

1/5

Details & History - View Account Details & History - Regions Online Banking

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 5/31/2018 | Debit | HMF HMFUSA.com | -$725.00 | $3,353.15 |
| 5/30/2018 | Debit | COUNTRY MUTUAL INSURANCE. | -$334.74 | $4,078.15 |
| 5/30/2018 | Card Purchase | RACETRAC110 9285 | -$60.42 | $4,402.89 |
| 5/30/2018 | Card Purchase | GOOGLE *Pay 9285 | -$225.00 | $4,453.31 |
| 5/30/2018 | Card Purchase | GOOGLE *Pay 9285 | -$300.00 | $4,678.31 |
| 5/29/2018 | Card Purchase | WHOLEFDS DUL 1 9285 | -$518.16 | $4,978.31 |
| 5/29/2018 | Card Purchase | RACETRAC110 9285 | -$7.71 | $5,496.47 |
| 5/29/2018 | Card Purchase | GOOGLE *Pay 9285 | -$145.00 | $5,554.18 |
| 5/25/2018 | Electronic Credit | SONS BAVARIAN LL DIRECT PAY | $2,329.01 | $5,699.18 |
| 5/24/2018 | Card Purchase | GOOGLE *Pay 9285 | -$220.00 | $3,370.17 |
| 5/24/2018 | Card Purchase | VERIZON WRL MY 9285 | -$200.00 | $3,590.17 |
| 5/24/2018 | Card Purchase | J2 EFAX SERVIC 9285 | -$12.95 | $3,790.17 |
| 5/23/2018 | Card Purchase | SQC*SQUARE CASH 9285 | -$388.00 | $3,803.12 |
| 5/22/2018 | Card Purchase | USA*SNACK SODA 9285 | -$0.90 | $4,191.12 |
| 5/21/2018 | Card Purchase | SALEM SPIRITS 9285 | -$95.84 | $4,192.02 |
| 5/21/2018 | Debit | HMF HMFUSA.com | -$1,000.00 | $4,287.86 |

6/15/2018

Details & History - View Account Details & History - Regions Online Banking

| Date | Type | Description | Amount | Balance |
|------|------|-------------|--------|---------|
| 5/21/2018 | Debit | PAYPAL TRANSFER | -$300.00 | $5,687.86 |
| 5/21/2018 | Card Purchase | MELLOW MUSHROOM 9285 | -$173.98 | $5,987.86 |
| **New Offer!** | Earn 5% Cash Back! | | | See Details |
| 5/21/2018 | Card Purchase | GOOGLE *Pay 9285 | -$102.00 | $7,042.53 |
| 5/21/2018 | Card Purchase | RACETRAC110 9285 | -$41.41 | $7,001.12 |
| 5/21/2018 | Card Purchase | SQC*SQUARE CASH 9285 | -$500.00 | $6,501.12 |
| 5/21/2018 | Card Purchase | POLO/RL GROVE 9285 | -$339.28 | $6,161.84 |
| 5/17/2018 | Card Purchase | THE UPS STORE 9285 | -$185.00 | $4,815.51 |
| 5/17/2018 | Card Purchase | GOOGLE *Pay 9285 | -$88.00 | $5,010.51 |
| 5/16/2018 | Card Purchase | GOOGLE *Pay 9285 | -$220.00 | $5,137.56 |
| 5/16/2018 | Card Purchase | USA*SNACK SODA 9285 | -$0.90 | $5,136.66 |
| 5/16/2018 | Card Purchase | RACETRAC110 9285 | -$38.15 | $5,098.51 |
| 5/18/2018 | Electronic Credit | SONS BAVARIAN LL DIRECT PAY | $2,329.02 | $7,144.53 |
| 5/15/2018 | Card Purchase | CHEVRON/NEXT L 9285 | -$10.65 | $5,357.56 |
| 5/15/2018 | Card Purchase | USA*SNACK SODA 9285 | -$2.00 | $5,368.21 |
| 5/15/2018 | Card Purchase | USA*SNACK SODA 9285 | -$0.60 | $5,370.21 |
| 5/14/2018 | Card Purchase | CHEVRON/NEXT L 9285 | -$11.14 | $5,370.81 |

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 5/14/2018 | Card Purchase | KROGER #4 400 9285 | -$8.04 | $5,383.95 |
| 5/14/2018 | Card Purchase | PUBLIX SUPER M 9285 | -$61.69 | $5,392.39 |
| 5/11/2018 | Card Purchase | QUIKTRIP 9285 | -$33.93 | $5,457.08 |
| 5/11/2018 | Card Purchase | SQC*SQUARE CASH 9285 | -$575.00 | $5,497.01 |
| 5/11/2018 | Card Purchase | GOOGLE *Pay 9285 | -$50.00 | $6,072.01 |
| 5/11/2018 | Card Purchase | GOOGLE *Pay 9285 | -$20.00 | $6,122.01 |
| 5/11/2018 | Electronic Credit | **SONS BAVARIAN LL DIRECT PAY** | **$2,329.01** | $6,342.01 |
| 5/10/2018 | Card Purchase | PORSCHE EXPERIE 9285 | -$270.00 | $4,013.00 |
| 5/10/2018 | Card Purchase | GOOGLE *Pay 9285 | -$320.00 | $4,283.00 |
| 5/9/2018 | Debit | MOBILE TRANSACTION FEE | -$3.00 | $4,603.00 |
| 5/9/2018 | Card Purchase | RACETRAC110 9285 | -$42.92 | $4,606.00 |
| 5/9/2018 | Card Purchase | CCS*COUNTRY INS 9285 | -$685.90 | $4,648.92 |
| 5/9/2018 | Credit | **MOBILE DEPOSIT-AVAIL TONIGHT** | **$596.82** | $5,338.82 |
| 5/8/2018 | Card Purchase | SQC*SQUARE CASH 9285 | -$500.00 | $4,742.00 |
| 5/8/2018 | Card Purchase | BEVERAGE SUPERS 9285 | -$169.58 | $5,242.00 |
| 5/8/2018 | Card Purchase | CHILI S MCDONOU 9285 | -$68.54 | $5,411.58 |

6/15/2018

Details & History - View Account Details & History - Regions Online Banking

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 5/7/2018 | Card Purchase | RACETRAC110 9285 | -$33.27 | $5,480.12 |
| 5/7/2018 | Card Purchase | QT 820 0 9285 | -$10.60 | $5,515.39 |
| 5/4/2018 | Card Purchase | QUIK TRIP CORP 9285 | -$13.93 | $5,525.99 |
| 5/4/2018 | Debit | DISCOVER PHONE PAY | -$175.00 | $5,539.92 |
| 5/4/2018 | Card Purchase | 4039 JNN MCDONO 9285 | -$5.75 | $5,714.92 |
| 5/4/2018 | Card Purchase | GOOGLE *Pay 9285 | -$1,350.00 | $5,780.67 |
| 5/4/2018 | Electronic Credit | **SONS BAVARIAN LL DIRECT PAY** | **$2,329.02** | $7,130.67 |
| 5/3/2018 | Card Purchase | DISH NETWORK-ON 9285 | -$149.83 | $4,801.65 |

6/15/2018

Check Image

QUENTIN A STEPHENS
DIP ACCT
1910 Clack Rd
Madison, GA 30650
404-606-9871

2060
64-137/611

PAY TO THE
ORDER OF

United Stat Depts. or Treal US Ted    $ 650.00

Six hundred fifty    DOLLARS

REGIONS

FOR  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 9

⑆061101375⑆ 0253264967⑈ 2060

>0410-3601-7<
US TREAS DG-ECP

2060
DATE  05-15-09

for deposit only