# UNITED STATES BANKRUPTCY COURT

NORTHERN **DISTRICT OF** GEORGIA

ATLANTA **DIVISION**

IN RE:

*Quonh A Stephens*

DEBTOR.

}
}
}
}
}
}

**CASE NUMBER:**
16-71479-JRS

**JUDGE**

**CHAPTER 11**

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD

FROM    6-1-18    TO    6-30-18

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:    07/16/2018

/s/ Howard P. Slomka, Esq.
_____
Attorney for Debtor

Debtor's Address
and Phone Number:
3294 Kylee Dawn Circle
Lawrenceville, Georgia 30045

Tel. 404-606-9871

Attorney's Address
and Phone Number:
Howard P. Slomka, Esq.
2859 Paces Ferry Rd. Ste 1700
Atlanta, Georgia. 30339
Bar No. 652875
Tel. 678-732-0001

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Quentin A Stephens |
|---|---|
| Case Number: | 16-71479-JRS |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this repc.

| | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 5972.50 | |
| CASH- Beginning of Month (Business) | | |
| | | |
| Total Household Receipts | 18061.58 | |
| Total Business Receipts | | |
| Total Receipts | | |
| | | |
| Total Household Disbursements | 16000.12 | |
| Total Business Disbursements | | |
| Total Disbursements | | |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 8033.96 | |
| | | |
| CASH- End of Month (Individual) | 8033.96 | |
| CASH- End of Month (Business) | | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | | |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This __12__ day of __July__ 20__18__.

_____
Debtor's Signature

Monthly Operating Report - Individual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 5972.50 |  |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business | 18061 |  |
| Wages from Other Sources (attach list to this report) |  |  |
| Interest or Dividend Income |  |  |
| Alimony or Child Support |  |  |
| Social Security/Pension/Retirement |  |  |
| Sale of Household Assets (attach list to this report) |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
|  |  |  |
| **TOTAL RECEIPTS** |  |  |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments |  |  |
| Charitable Contributions | 25-53 |  |
| Gifts |  |  |
| Household Expenses/Food/Clothing | $1777.47 |  |
| Household Repairs & Maintenance | $1400.~ |  |
| Insurance | $  1306.37 |  |
| IRA Contribution |  |  |
| Lease/Rent Payments |  |  |
| Medical/Dental Payments |  |  |
| Mortgage Payment(s) |  |  |
| Other Secured Payments |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Real Estate |  |  |
| Taxes Other (attach schedule) |  |  |
| Travel & Entertainment | $2405.97 |  |
| Tuition/Education | $1275-~ |  |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 1328-~ |  |
| Vehicle Expenses | 945.78 |  |
| Vehicle Secured Payment(s) | $4395.~ |  |
| U. S. Trustee Quarterly Fees | $ 650.~ |  |
| Professional Fees (Legal, Accounting) | $ 611-~ |  |
| Other (attach schedule) |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Household Disbursements** | $16,000.12 |  |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | $ 8,033.96 |  |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **Total Business Receipts** | | |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | |
| Other (attach schedule) | | |
| | | |
| **Total Business Disbursements** | | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | | |

Monthly Operating Report - Individual

MONTHLY OPERATING REPORT –
INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. | Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. | Are any post-petition payroll taxes past due? | | ✓ |
| 7. | Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. | Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. | Are any post-petition real estate taxes past due? | | ✓ |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. | Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. | Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY   and   CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Regira Bank | | | |
| Account Number: | 025326 4967 | | | |
| Purpose of Account (Business/Personal) | DiP | | | |
| Type of Account (e.g. checking) | Check | | | |
| | | | | |
| 1.  Balance per Bank Statement | 8033.96 | | | |
| 2.  ADD:  Deposits not credited (attach list to this report) | | | | |
| 3.  SUBTRACT:  Outstanding Checks (attach list) | | | | |
| 4.  Other Reconciling Items (attach list to this report) | | | | |
| 5.  Month End Balance (Must Agree with Books) | 8033.96 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |
| | | | | |

Note:  Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| | |
|---|---|
| Name of Bank | |
| Account Number | |
| Purpose of Account (Personal) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |
| |

**MONTHLY OPERATING REPORT –
INDIVIDUAL**

**ATTACHMENT NO. 3B**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**ATTACHMENT NO. 3C**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus:  Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

* **Attach explanation of  any adjustment or writeoff.**

** **The "current month" of these two lines must equal.**

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | | |
| **Total Post-Petition Taxes** | | |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

** Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT – INDIVIDUAL**

**ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | Month | Month | Month |
|---|---|---|---|
| Accounts Payable Beginning Balance* | | | |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]\*\*\* | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 6/29/2018 | Check | CHECK #2067 | -$441.63 | $7,493.80 |
| 6/29/2018 | Electronic Credit | SONS BAVARIAN LL DIRECT PAY | $2,329.01 | $7,935.43 |
| 6/28/2018 | Debit | COUNTRY MUTUAL INSURANCE. | -$324.74 | $5,606.42 |
| 6/27/2018 | Card Purchase | VERIZON WRL MY 4243 | -$300.00 | $5,931.16 |
| 6/27/2018 | Credit | **MOBILE DEPOSIT-AVAIL TONIGHT** | **$745.26** | $6,231.16 |
| 6/26/2018 | Payment | SANTANDER CONSUM ONLINE PMT | -$1,100.00 | $5,485.90 |
| 6/26/2018 | Debit | 360 SHEFFIELD FI TRANS PMT | -$372.89 | $6,585.90 |
| 6/25/2018 | Card Purchase | RACETRAC110 4243 | -$42.40 | $6,958.79 |
| 6/25/2018 | Debit | HMF HMFUSA.com | -$750.00 | $7,001.19 |
| 6/25/2018 | Debit | PAYPAL TRANSFER | -$400.00 | $7,751.19 |
| 6/25/2018 | Debit | PAYPAL TRANSFER | -$400.00 | $8,151.19 |
| 6/25/2018 | Card Purchase | FRESH MKT-068 4243 | -$306.67 | $8,551.19 |
| *New Offer!* | Earn 10% Cash Back! | | | See Details |
| 6/25/2018 | Card Purchase | BEVERAGE SUPER 4243 | -$3.30 | $8,857.86 |
| 6/25/2018 | Card Purchase | GOOGLE *Pay 4243 | -$45.00 | $8,881.16 |
| 6/25/2018 | Check | CHECK #2066 | -$1,000.00 | $9,346.16 |
| 6/22/2018 | Card Purchase | QUIKTRIP 4243 | -$41.55 | $10,346.16 |

Case 16-71479-jrs   Doc 56   Filed 07/16/18   Entered 07/16/18 14:21:48   Desc Main
Document    Page 13 of 37

| Date | Type | Description | Amount | Balance |
|------|------|-------------|--------|---------|
| 6/22/2018 | Card Purchase | GOOGLE *Pay 4243 | -$880.00 | $10,391.71 |
| 6/22/2018 | Electronic Credit | SONS BAVARIAN LL DIRECT PAY | $2,329.02 | $11,271.71 |
| 6/21/2018 | Debit | HMF HMFUSA.com | -$1,300.00 | $8,942.69 |
| 6/21/2018 | Credit | MOBILE DEPOSIT-AVAIL TONIGHT | $1,000.00 | $10,242.69 |
| 6/20/2018 | Card Purchase | GOOGLE *Pay 4243 | -$600.00 | $9,242.69 |
| 6/20/2018 | Electronic Credit | GOOGLE *VISA MO 4829 | $2,000.00 | $9,842.69 |
| 6/18/2018 | Card Purchase | RACETRAC110 4243 | -$37.81 | $7,842.69 |
| 6/18/2018 | Card Purchase | QUIK TRIP CORP 4243 | -$16.14 | $7,880.50 |
| 6/18/2018 | Card Purchase | KROGER CO 4550 4243 | -$17.50 | $7,926.64 |
| 6/18/2018 | Card Purchase | SQC*SQUARE CASH 4243 | -$400.00 | $8,124.14 |
| 6/18/2018 | Card Purchase | GOOGLE *Pay 4243 | -$225.00 | $8,524.14 |
| 6/18/2018 | Card Purchase | GOOGLE *Pay 4243 | -$158.00 | $8,749.14 |
| 6/18/2018 | Credit | MOBILE DEPOSIT-STANDARD MOBILE | $699.05 | $8,907.14 |
| 6/18/2018 | Credit | MOBILE DEPOSIT-STANDARD MOBILE | $415.22 | $8,208.09 |
| 6/18/2018 | Electronic Credit | GOOGLE *Pay 4829 | $225.00 | $7,792.87 |
| 6/15/2018 | Card Purchase | GOOGLE *Pay 4243 | -$25.00 | $7,567.87 |

https://onlinebanking.regions.com/accounts/details/1

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 6/15/2018 | Card Purchase | GOOGLE *Pay 4243 | -$250.00 | $7,592.87 |
| 6/15/2018 | Electronic Credit | SONS BAVARIAN LL DIRECT PAY | $2,329.01 | $7,812.87 |
| 6/13/2018 | Card Purchase | QUIKTRIP 4243 | -$47.47 | $5,483.86 |
| 6/12/2018 | Check | CHECK #2060 | -$652.00 | $5,531.33 |
| 6/12/2018 | Credit | MOBILE DEPOSIT-STANDARD MOBILE | $300.00 | $6,181.33 |
| 6/12/2018 | Credit | MOBILE DEPOSIT-STANDARD MOBILE | $250.00 | $5,881.33 |
| 6/11/2018 | Card Purchase | SQC*SQUARE CASH 4243 | -$650.00 | $5,631.33 |
| 6/11/2018 | Check | CHECK #0 | -$1,200.00 | $6,281.33 |
| 6/8/2018 | Electronic Credit | SONS BAVARIAN LL DIRECT PAY | $2,329.01 | $7,481.33 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,152.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,147.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,142.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,137.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,132.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,127.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,122.32 |

| Date | Type | Description | Amount | Balance |
|------|------|-------------|--------|---------|
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,557.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,552.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,547.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,542.32 |
| 6/6/2018 | Debit | WIRE TRANSFER | $1.00 | $4,541.32 |
| 6/6/2018 | Card Purchase | BP#1717602CK 2 9285 | –$2.05 | $4,556.32 |
| 6/6/2018 | Credit | WIRE TRANSFER | $2,500.00 | $4,558.37 |
| 6/5/2018 | Debit | 360 SHEFFIELD FI TRANS PMT | –$1.20 | $2,058.37 |
| 6/5/2018 | Card Purchase | USA*SNACK SODA 9285 | –$1.20 | $2,431.26 |
| 6/5/2018 | Check | CHECK #2064 | –$50.00 | $2,432.46 |
| 6/5/2018 | Check | CHECK #2059 | –$500.00 | $2,932.46 |
| 6/4/2018 | Card Purchase | RACETRAC110 9285 | –$48.35 | $3,432.46 |
| 6/4/2018 | Card Purchase | SQC*MOGAN FREEM 9285 | –$5.00 | $3,480.81 |
| 6/4/2018 | Card Purchase | SQC*MOGAN FREEM 9285 | –$5.00 | $3,485.81 |
| 6/4/2018 | Card Purchase | SQC*MOGAN FREEM 9285 | –$5.00 | $3,490.81 |
| 6/4/2018 | Card Purchase | SQC*MOGAN FREEM 9285 | –$5.00 | $3,495.81 |

7/14/2018

Details & History - View Account Details & History - Regions Online Banking

| Date | Type | Description | Amount | Balance |
|------|------|-------------|--------|---------|
| 6/4/2018 | Card Purchase | SQC*MOGAN FREEM 9285 | -$5.00 | $3,500.81 |
| 6/4/2018 | Card Purchase | SQC*MOGAN FREEM 9285 | -$5.00 | $3,505.81 |
| 6/4/2018 | Card Purchase | SQC*MOGAN FREEM 9285 | -$5.00 | $3,510.81 |
| 6/4/2018 | Card Purchase | SQC*MOGAN FREEM 9285 | -$5.00 | $3,515.81 |
| 6/4/2018 | Card Purchase | SQC*MOGAN FREEM 9285 | -$5.00 | $3,520.81 |
| 6/4/2018 | Card Purchase | SQC*TODD 9285 | -$5.00 | $3,525.81 |
| 6/4/2018 | Card Purchase | SQC*TODD 9285 | -$5.00 | $3,530.81 |
| 6/4/2018 | Card Purchase | SQC*MOGAN FREEM 9285 | -$5.00 | $3,535.81 |
| 6/4/2018 | Card Purchase | SQC*TODD 9285 | -$5.00 | $3,540.81 |
| 6/4/2018 | Card Purchase | SQC*MOGAN FREEM 9285 | -$5.00 | $3,545.81 |
| 6/4/2018 | Card Purchase | SQC*MOGAN FREEM 9285 | -$5.00 | $3,550.81 |
| 6/4/2018 | Card Purchase | SQC*MOGAN FREEM 9285 | -$5.00 | $3,555.81 |
| 6/4/2018 | Card Purchase | SQC*TODD 9285 | -$5.00 | $3,560.81 |
| 6/4/2018 | Card Purchase | SQC*TODD 9285 | -$5.00 | $3,565.81 |
| 6/4/2018 | Card Purchase | SQC*TODD 9285 | -$5.00 | $3,570.81 |
| 6/4/2018 | Card Purchase | SQC*TODD 9285 | -$5.00 | $3,575.81 |

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 6/4/2018 | Card Purchase | SQC*TODD 9285 | -$5.00 | $3,580.81 |
| 6/4/2018 | Card Purchase | SQC*DAMON WHITE 9285 | -$5.00 | $3,585.81 |
| 6/4/2018 | Card Purchase | SQC*TODD 9285 | -$5.00 | $3,590.81 |
| 6/4/2018 | Card Purchase | SQC*TODD 9285 | -$5.00 | $3,595.81 |
| 6/4/2018 | Card Purchase | SQC*DAMON WHITE 9285 | -$5.00 | $3,600.81 |
| 6/4/2018 | Card Purchase | SQC*TODD 9285 | -$5.00 | $3,605.81 |
| 6/4/2018 | Card Purchase | SQC*DAMON WHITE 9285 | -$5.00 | $3,610.81 |
| 6/4/2018 | Card Purchase | SQC*DAMON WHITE 9285 | -$5.00 | $3,615.81 |
| 6/4/2018 | Card Purchase | SQC*TODD 9285 | -$5.00 | $3,620.81 |
| 6/4/2018 | Card Purchase | SQC*DAMON WHITE 9285 | -$5.00 | $3,625.81 |
| 6/4/2018 | Card Purchase | SQC*DAMON WHITE 9285 | -$5.00 | $3,630.81 |
| 6/4/2018 | Card Purchase | SQC*DAMON WHITE 9285 | -$5.00 | $3,635.81 |
| 6/4/2018 | Card Purchase | SQC*BEAUTIFUL 9285 | -$5.00 | $3,640.81 |
| 6/4/2018 | Card Purchase | SQC*DAVID 9285 | -$5.00 | $3,645.81 |
| 6/4/2018 | Card Purchase | SQC*DAMON WHITE 9285 | -$5.00 | $3,650.81 |
| 6/4/2018 | Card Purchase | SQC*DAVID 9285 | -$5.00 | $3,655.81 |

7/14/2018

Details & History - View Account Details & History - Regions Online Banking

| Date | Type | Description | Amount | Balance |
|------|------|-------------|--------|---------|
| 6/4/2018 | Card Purchase | SQC*BEAUTIFUL | -$5.00 | $3,660.81 |
| 6/4/2018 | Card Purchase | SQC*DAMON WHITE 9285 | -$5.00 | $3,665.81 |
| 6/4/2018 | Card Purchase | SQC*BEAUTIFUL 9285 | -$5.00 | $3,670.81 |
| 6/4/2018 | Card Purchase | SQC*DAVID 9285 | -$5.00 | $3,675.81 |
| 6/4/2018 | Card Purchase | SQC*SARAH JAJW 9285 | -$5.00 | $3,680.81 |
| 6/4/2018 | Card Purchase | SQC*DAMON WHITE 9285 | -$5.00 | $3,685.81 |
| 6/4/2018 | Card Purchase | SQC*SARAH JAJW 9285 | -$5.00 | $3,690.81 |
| 6/4/2018 | Card Purchase | SQC*DAVID 9285 | -$5.00 | $3,695.81 |
| 6/4/2018 | Card Purchase | SQC*DAMON WHITE 9285 | -$5.00 | $3,700.81 |
| 6/4/2018 | Card Purchase | SQC*BEAUTIFUL 9285 | -$5.00 | $3,705.81 |
| 6/4/2018 | Card Purchase | SQC*LOVE LORY 9285 | -$5.00 | $3,710.81 |
| 6/4/2018 | Card Purchase | SQC*LOVE LORY 9285 | -$5.00 | $3,715.81 |
| 6/4/2018 | Card Purchase | SQC*BEAUTIFUL 9285 | -$5.00 | $3,720.81 |
| 6/4/2018 | Card Purchase | SQC*DAVID 9285 | -$5.00 | $3,725.81 |
| 6/4/2018 | Card Purchase | SQC*SARAH JAJW 9285 | -$5.00 | $3,730.81 |
| 6/4/2018 | Card Purchase | SQC*DAMON WHITE 9285 | -$5.00 | $3,735.81 |

| Date | Type | Description | Amount | Balance |
|------|------|-------------|--------|---------|
| 6/4/2018 | Card Purchase | SQC*DAMON WHITE 9285 | -$5.00 | $3,740.81 |
| 6/4/2018 | Card Purchase | SQC*DAVID 9285 | -$5.00 | $3,745.81 |
| 6/4/2018 | Card Purchase | SQC*LOVE LORY 9285 | -$5.00 | $3,750.81 |
| 6/4/2018 | Card Purchase | SQC*BEAUTIFUL 9285 | -$5.00 | $3,755.81 |
| 6/4/2018 | Card Purchase | SQC*SARAH JAJW 9285 | -$5.00 | $3,760.81 |
| 6/4/2018 | Card Purchase | SQC*SARAH JAJW 9285 | -$5.00 | $3,765.81 |
| 6/4/2018 | Card Purchase | SQC*BEAUTIFUL 9285 | -$5.00 | $3,770.81 |
| 6/4/2018 | Card Purchase | SQC*DAVID 9285 | -$5.00 | $3,775.81 |
| 6/4/2018 | Card Purchase | SQC*LOVE LORY 9285 | -$5.00 | $3,780.81 |
| 6/4/2018 | Card Purchase | SQC*LOVE LORY 9285 | -$5.00 | $3,785.81 |
| 6/4/2018 | Card Purchase | SQC*DAVID 9285 | -$5.00 | $3,790.81 |
| 6/4/2018 | Card Purchase | SQC*BEAUTIFUL 9285 | -$5.00 | $3,795.81 |
| 6/4/2018 | Card Purchase | SQC*SARAH JAJW 9285 | -$5.00 | $3,800.81 |
| 6/4/2018 | Card Purchase | SQC*SARAH JAJW 9285 | -$5.00 | $3,805.81 |
| 6/4/2018 | Card Purchase | SQC*BEAUTIFUL 9285 | -$5.00 | $3,810.81 |
| 6/4/2018 | Card Purchase | SQC*LOVE LORY 9285 | -$5.00 | $3,815.81 |

7/14/2018

Details & History - View Account Details & History - Regions Online Banking

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 6/4/2018 | Card Purchase | SQC*DAVID 9285 | –$5.00 | $3,820.81 |
| 6/4/2018 | Card Purchase | SQC*DAVID 9285 | –$5.00 | $3,825.81 |
| 6/4/2018 | Card Purchase | SQC*LOVE LORY 9285 | –$5.00 | $3,830.81 |
| 6/4/2018 | Card Purchase | SQC*BEAUTIFUL 9285 | –$5.00 | $3,835.81 |
| 6/4/2018 | Card Purchase | SQC*BEAUTIFUL 9285 | –$5.00 | $3,840.81 |
| 6/4/2018 | Card Purchase | SQC*LOVE LORY 9285 | –$5.00 | $3,845.81 |
| 6/4/2018 | Card Purchase | SQC*LOVE LORY 9285 | –$5.00 | $3,850.81 |
| 6/4/2018 | Card Purchase | SQC*DAVID 9285 | –$5.00 | $3,855.81 |
| 6/4/2018 | Card Purchase | SQC*DAVID 9285 | –$5.00 | $3,860.81 |
| 6/4/2018 | Card Purchase | SQC*LOVE LORY 9285 | –$5.00 | $3,865.81 |
| 6/4/2018 | Card Purchase | SQC*BEAUTIFUL 9285 | –$5.00 | $3,870.81 |
| 6/4/2018 | Card Purchase | SQC*LOVE LORY 9285 | –$5.00 | $3,875.81 |
| 6/4/2018 | Card Purchase | SQC*BEAUTIFUL 9285 | –$5.00 | $3,880.81 |
| 6/4/2018 | Card Purchase | SQC*DAVID 9285 | –$5.00 | $3,885.81 |
| 6/4/2018 | Card Purchase | SQC*LOVE LORY 9285 | –$5.00 | $3,890.81 |
| 6/4/2018 | Card Purchase | SQC*LINDA CORD 9285 | –$5.00 | $3,895.81 |
| 6/4/2018 | Card Purchase | SQC*ANDREA SLAT 9285 | –$5.00 | |

7/14/2018

Details & History - View Account Details & History - Regions Online Banking

| Date | Type | Description | Amount | Balance |
|------|------|-------------|--------|---------|
| 6/4/2018 | Card Purchase | SQC*LINDA CORD 9285 | -$5.00 | $3,900.81 |
| 6/4/2018 | Card Purchase | SQC*LOVE LORY 9285 | -$5.00 | $3,905.81 |
| 6/4/2018 | Card Purchase | SQC*LINDA CORD 9285 | -$5.00 | $3,910.81 |
| 6/4/2018 | Card Purchase | SQC*ANDREA SLAT 9285 | -$5.00 | $3,915.81 |
| 6/4/2018 | Card Purchase | SQC*LOVE LORY 9285 | -$5.00 | $3,920.81 |
| 6/4/2018 | Card Purchase | SQC*LINDA CORD 9285 | -$5.00 | $3,925.81 |
| 6/4/2018 | Card Purchase | SQC*TOM JERRY 9285 | -$5.00 | $3,930.81 |
| 6/4/2018 | Card Purchase | SQC*ANDREA SLAT 9285 | -$5.00 | $3,935.81 |
| 6/4/2018 | Card Purchase | SQC*LINDA CORD 9285 | -$5.00 | $3,940.81 |
| 6/4/2018 | Card Purchase | SQC*ANDREA SLAT 9285 | -$5.00 | $3,945.81 |
| 6/4/2018 | Card Purchase | SQC*TOM JERRY 9285 | -$5.00 | $3,950.81 |
| 6/4/2018 | Card Purchase | SQC*TOM JERRY 9285 | -$5.00 | $3,955.81 |
| 6/4/2018 | Card Purchase | SQC*ANDREA SLAT 9285 | -$5.00 | $3,960.81 |
| 6/4/2018 | Card Purchase | SQC*LINDA CORD 9285 | -$5.00 | $3,965.81 |
| 6/4/2018 | Card Purchase | SQC*TOM JERRY 9285 | -$5.00 | $3,970.81 |
| 6/4/2018 | Card Purchase | SQC*LINDA CORD 9285 | -$5.00 | $3,975.81 |

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 6/4/2018 | Card Purchase | SQC*ANDREA SLAT 9285 | -$5.00 | $3,980.81 |
| 6/4/2018 | Card Purchase | SQC*TOM JERRY 9285 | -$5.00 | $3,985.81 |
| 6/4/2018 | Card Purchase | SQC*ANDREA SLAT 9285 | -$5.00 | $3,990.81 |
| 6/4/2018 | Card Purchase | SQC*LINDA CORD 9285 | -$5.00 | $3,995.81 |
| 6/4/2018 | Card Purchase | SQC*NINO SEASON 9285 | -$5.00 | $4,000.81 |
| 6/4/2018 | Card Purchase | SQC*ANDREA SLAT 9285 | -$5.00 | $4,005.81 |
| 6/4/2018 | Card Purchase | SQC*NINO SEASON 9285 | -$5.00 | $4,010.81 |
| 6/4/2018 | Card Purchase | SQC*LINDA CORD 9285 | -$5.00 | $4,015.81 |
| 6/4/2018 | Card Purchase | SQC*NINO SEASON 9285 | -$5.00 | $4,020.81 |
| 6/4/2018 | Card Purchase | SQC*ANDREA SLAT 9285 | -$5.00 | $4,025.81 |
| 6/4/2018 | Card Purchase | SQC*ANDREA SLAT 9285 | -$5.00 | $4,030.81 |
| 6/4/2018 | Card Purchase | SQC*LINDA CORD 9285 | -$5.00 | $4,035.81 |
| 6/4/2018 | Card Purchase | SQC*NINO SEASON 9285 | -$5.00 | $4,040.81 |
| 6/4/2018 | Card Purchase | SQC*NINO SEASON 9285 | -$5.00 | $4,045.81 |
| 6/4/2018 | Card Purchase | SQC*NINO SEASON 9285 | -$5.00 | $4,050.81 |
| 6/4/2018 | Card Purchase | SQC*NINO SEASON 9285 | -$5.00 | $4,055.81 |

7/14/2018

Details & History - View Account Details & History - Regions Online Banking

| Date | Type | Description | Amount | Balance |
|------|------|-------------|--------|---------|
| 6/4/2018 | Card Purchase | GOOGLE *Pay 9285 | -$140.00 | $4,060.81 |
| 6/4/2018 | Card Purchase | SQC*NINO SEASON 9285 | -$5.00 | $4,200.81 |
| 6/4/2018 | Card Purchase | SQC*NINO SEASON 9285 | -$5.00 | $4,205.81 |
| 6/4/2018 | Card Purchase | SQC*NINO SEASON 9285 | -$5.00 | $4,210.81 |
| 6/4/2018 | Card Purchase | SQC*LINDA CORD 9285 | -$5.00 | $4,215.81 |
| 6/4/2018 | Card Purchase | SQC*NINO SEASON 9285 | -$5.00 | $4,220.81 |
| 6/4/2018 | Card Purchase | SQC*NINO SEASON 9285 | -$5.00 | $4,225.81 |
| 6/4/2018 | Card Purchase | SQC*NINO SEASON 9285 | -$1.00 | $4,230.81 |
| 6/4/2018 | Card Purchase | GOOGLE *Pay 9285 | -$1,275.00 | $4,231.81 |
| 6/4/2018 | Card Purchase | QUIK TRIP CORP 9285 | -$25.53 | $5,506.81 |



QUENTIN A STEPHENS
DIP ACCT
1910 Clack Rd
Madison, GA 30650
404-606-9871

REGIONS

2059
64-137/611

PAY TO THE ORDER OF

DATE    5. 28-18

$ 500.∞

DOLLARS

FOR  Land Scape

7/14/2018

Check Image

QUENTIN A STEPHENS
DIP ACCT
1910 Chalk Rd
Madison, GA 30650
404-606-9871

2064
64-137/611

PAY TO THE
ORDER OF

DATE 6/8/18

$ 500.00

DOLLARS

REGIONS

FOR

⑈061101375⑈ 025326496741⑈02084

0391798250 06042018 CP575221 >0611006064

DEPOSIT HERE IF MOBILE DEPOSIT

1/2

MC1142 (Rev 11/13)  e xraxxn
REGIONS
(FOR INTERNAL USE ONLY)

Checking Withdrawal

NON-NEGOTIABLE

DATE 6-9-18

$ 1200.00

_____ DOLLARS

Transfer / Payment To:

Account Type _____ Account Number

Print Name

Signature

Withdrawal Account Number

Regions Bank >062000019<

⑈5000⑈000 5⑈

20180611026361104816 02  1123

7/14/2018

Check Image



QUENTIN A STEPHENS
DIP ACCT
1910 Clack Rd
Madison, GA 30650
404-606-9871

2060

64-137/611

PAY TO THE
ORDER OF

United State Dept. of Just us Trel    $ 650.00

DATE    05-15-09

DOLLARS

REGIONS

FOR    221-16-7/9-8

⑆061101375⑆ 0253284987⑈ 2060

>0410-3601-7<
US TREAS DG-ECP
30100611

1/1



7/14/2018

Check Image

QUENTIN A STEPHENS
DIP ACCT
1910 Clark Rd
Madison, GA 30650
404-606-9871

2067
64-137/611

PAY TO THE
ORDER OF Country Financial Life Ins Co

June 25, 2018
DATE

Four hundred Forty One 63/100

$ 441.63
DOLLARS

REGIONS

FOR 003.2.2018

⑆061101375⑆  025326498⑈0 2067

CKL5012
032145717O

COUNTRY LIFE INS CO 723021666
OR NAMED PAYEE
COMMERCE BANK KC MO
>10100019<
06292018

7/14/2018

Check Image

| Date | Type | Description | Amount | Balance |
|------|------|-------------|--------|---------|
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,117.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,112.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,107.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,102.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,097.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,092.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,087.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,082.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,077.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,072.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,067.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,062.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,057.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,052.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,047.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,042.32 |

| Date | Type | Description | Amount | Balance |
|------|------|-------------|--------|---------|
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,037.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,032.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,027.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,022.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,017.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,012.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,007.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $5,002.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,997.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,992.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,987.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,982.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,977.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,972.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,967.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,962.32 |

| Date | Type | Description | Amount | Balance |
|------|------|-------------|--------|---------|
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,957.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,952.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,947.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,942.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,937.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,932.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,927.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,922.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,917.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,912.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,907.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,902.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,897.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,892.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,887.32 |
| 6/7/2018 | Electronic Credit | REG E CLAIM CORRECTION | $5.00 | $4,882.32 |

| Date | Type | Description | Amount | Balance |
|------|------|-------------|--------|---------|
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,877.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,872.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,867.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,862.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,857.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,852.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,847.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,842.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,837.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,832.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,827.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,822.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,817.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,812.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,807.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,802.32 |

| Date | Type | Description | Amount | Balance |
|------|------|-------------|--------|---------|
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,797.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,792.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,787.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,782.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,777.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,772.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,767.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,762.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,757.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,752.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,747.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,742.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,737.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,732.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,727.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,722.32 |

Details & History - View Account Details & History - Regions Online Banking

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,717.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,712.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,707.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,702.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,697.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,692.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,687.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,682.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,677.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,672.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,667.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,662.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,657.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,652.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,647.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,642.32 |

7/14/2018

Details & History - View Account Details & History - Regions Online Banking

| Date | Type | Description | Amount | Balance |
|------|------|-------------|--------|---------|
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,637.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,632.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,627.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,622.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,617.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,612.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,607.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,602.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,597.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,592.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,587.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,582.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,577.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,572.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,567.32 |
| 6/7/2018 | Electronic Credit | **REG E CLAIM CORRECTION** | $5.00 | $4,562.32 |