# UNITED STATES BANKRUPTCY COURT

__NORTHERN__ **DISTRICT OF** __GEORGIA__

__ATLANTA__ **DIVISION**

| | | |
|---|---|---|
| **IN RE:** QUENTIN ALEXANDER STEPHENS | } | **CASE NUMBER:** |
| | } | 16-71479-JRS |
| | } | |
| | } | **JUDGE** |
| | } | |
| **DEBTOR.** | } | **CHAPTER 11** |

---

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM** _5-14-19_ **TO** _6-19-19_

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: _____

Howard P. Slomka, Esq.
_____
Attorney for Debtor

Debtor's Address
and Phone Number:
_3294 KYLEE DAWN CIRCLE_
_LAWRENCEVILLE, GA 30045_
_____

Tel. _(404)606-9871_

Attorney's Address
and Phone Number:
_1069 SPRING STREET_
_2ND FLOOR_
_ATLANTA, GA 30309_
Bar No. _652875_
Tel. _(678)732-0001_

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm.
1)    Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | 16 - 71479- JRS |
|---|---|
| Case Number: | Guendn STEAL |

Note:  The information requested below is a summary of the information reported the various Schedules and Attachments  contained within this repc.

| | Month | Cumulative Total |
|---|---|---|
| **CASH- Beginning of Month (Household)** | 83 30.04 | |
| **CASH- Beginning of Month (Business)** | | |
| | | |
| **Total Household Receipts** | 11,821.14 | |
| **Total Business Receipts** | | |
| **Total Receipts** | 11,821.14 | |
| | | |
| **Total Household Disbursements** | 14,999.56 | |
| **Total Business Disbursements** | | |
| **Total Disbursements** | 14,999.56 | |
| | | |
| NET CASH FLOW  (Total Receipts minus Total Disbursements) | 5151.62 | |
| | | |
| **CASH- End of Month (Individual)** | 5151.62 | |
| **CASH- End of Month (Business)** | | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS (From Above)** | | |
| **Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw)** | | |
| **DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION** | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This ___MAY___ day of ____9____ 20_9_ .     _____
                                                              Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 8330.04 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 11,821.14 | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | - | |
| | | |
| **TOTAL RECEIPTS** | 20,151.18 | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | 7211.09 | |
| Charitable Contributions | 300.00 | |
| Gifts | | |
| Household Expenses/Food/Clothing | 1241.61 | |
| Household Repairs & Maintenance | 400.00 | |
| Insurance | 675.31 | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | 1233.54 | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 1481.05 | |
| Vehicle Expenses | 805.00 | |
| Vehicle Secured Payment(s) | 1000.00 | |
| U. S. Trustee Quarterly Fees | 651.96 | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| | | |
| | | |
| **Total Household Disbursements** | 14,999.56 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | 5,151.62 | |

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. Are any post-petition payroll taxes past due? | | ✓ |
| 7. Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. Are any post-petition real estate taxes past due? | | ✓ |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY    and    CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT - INDIVIDUAL

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Regna Ban | | | |
| Account Number: | 025532649967 | | | |
| Purpose of Account (Business/Personal) | DIP | | | |
| Type of Account (e.g. checking) | Chck | | | |
| | | | | |
| 1.  Balance per Bank Statement | 8530.04 | | | |
| 2.  ADD:  Deposits not credited (attach list to this report) | 11 821.14 | | | |
| 3.  SUBTRACT:  Outstanding Checks (attach list) | 14,999.56 | | | |
| 4.  Other Reconciling Items (attach list to this report) | | | | |
| 5.  Month End Balance (Must Agree with Books) | 5151.64 | | | |
| TOTAL OF ALL ACCOUNTS | | | $ | |
| | | | | |

Note:  Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3B**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |
| |

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3C**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |
| |

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus:  Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\* **Attach explanation of  any adjustment or writeoff.**

\*\* **The "current month" of these two lines must equal.**

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | | |
| **Total Post-Petition Taxes** | | |

\*   The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\*  Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| Accounts Payable Beginning Balance* | | | |
| Plus:  New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

\*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

 **REGIONS**

Regions Bank
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

| | |
|---|---|
| **ACCOUNT #** | **0253264967** |
| | 060 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 1 of 4 |

## LIFEGREEN CHECKING
May 18, 2019 through June 17, 2019

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $5,102.52 | Minimum Balance | $2,275 |
| Deposits & Credits | $11,821.14 + | Average Balance | $4,712 |
| Withdrawals | $5,997.60 − | | |
| Fees | $29.90 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $6,501.96 − | | |
| **Ending Balance** | **$4,394.20** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 05/24 | Sons Bavarian LI Direct Pay Stephens, Quen | 2,010.67 |
| 05/31 | Sons Bavarian LI Direct Pay Stephens, Quen | 2,010.67 |
| 06/03 | Card Credit Aic*allstate As  6300 800-268-5619 IL 60062    4243 | 28.91 |
| 06/03 | Zelle Credit From Michael Back Ref# 91520030724m | 800.00 |
| 06/07 | Sons Bavarian LI Direct Pay Stephens, Quen | 2,010.66 |
| 06/07 | Sons Bavarian LI Direct Pay Stephens, Quen | 2,949.56 |
| 06/14 | Sons Bavarian LI Direct Pay Stephens, Quen | 2,010.67 |
| | Total Deposits & Credits | $11,821.14 |

### WITHDRAWALS

| | | |
|---|---|---|
| 05/20 | Card Purchase Popeyes #12807  5814 Duluth      GA 30096    4243 | 11.09 |
| 05/20 | Card Purchase Popeyes #12807  5814 Duluth      GA 30096    4243 | 6.15 |
| 05/20 | Card Purchase 4022 Jnn Suwane  5812 Suwanee      GA 30024    4243 | 91.76 |
| 05/20 | PIN Purchase Honey Creek Di  5921 Conyers      GA      4243 | 37.09 |
| 05/21 | Card Purchase Vzwrlss*bill PA  4814 800-9220204  CA 95630    4243 | 317.04 |
| 05/21 | Card Purchase Chevron 0302529 5542 McDonough    GA 30253    4243 | 34.86 |
| 05/22 | Card Purchase J&j Liquor     5921 Stockbridge  GA 30281    4243 | 129.42 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**For new purchase or refinance mortgage information, contact your
Mortgage Loan Originator, Wanda P. Simmons, NMLS 169857, at (770)860-1578
or online at www.regionsmortgage.com/wandapsimmons.**

**For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for Home Equity loans call 1- 800-231-7493.**


**Thank You For Banking With Regions!**
2019 Regions Bank Member FDIC. All loans subject to credit approval.

# REGIONS

Regions Bank
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

**ACCOUNT #** **0253264967**

|  |  |
|---|---|
|  | 060 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 2 of 4 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 05/24 | Card Purchase Usa*snack Soda  5814 Union City  GA 30291   4243 | 1.20 |
| 05/24 | Card Purchase Gabinos Mexican  5812 Stockbridge  GA 30281   4243 | 47.92 |
| 05/28 | Card Purchase Qt 820      0 5542 McDonough   GA 30253   4243 | 35.38 |
| 05/28 | Card Purchase Wendy S 0343    5814 Stockbridge  GA 30281   4243 | 15.71 |
| 05/28 | Card Purchase Usa*snack Soda  5814 Union City  GA 30291   4243 | 1.80 |
| 05/28 | Card Purchase Sqc*cash App    4829 8774174551   CA 94103   4243 | 110.00 |
| 05/28 | Card Purchase Qt 820      0 5541 McDonough   GA 30253   4243 | 12.36 |
| 05/28 | Card Purchase Arizona S at ST  5812 Lithonia     GA 30038   4243 | 285.27 |
| 05/29 | Country Mutual  Insurance. Quintin Stephe | 225.31 |
| 06/03 | Card Purchase Arizona S at ST  5812 Lithonia     GA 30038   4243 | 52.08 |
| 06/03 | Card Purchase Google *Pay    4829 G.CO/Walleth# CA 94043   4243 | 325.00 |
| 06/03 | Recurring Card Transaction Experian* Credi  5968 479-3436237   CA 92629    4243 | 39.95 |
| 06/03 | PIN Purchase Publix Super M  5411 Suwanee    GA    4243 | 63.32 |
| 06/04 | Card Purchase WU *2177842551  4829 877-989-3268 CA 94107   4243 | 484.99 |
| 06/05 | Card Purchase Chick-Fil-A #01  5814 Fairborn    GA 30213   4243 | 49.00 |
| 06/06 | Card Purchase Zaxby S #35801  5814 Union City  GA 30290   4243 | 27.97 |
| 06/06 | Card Purchase Racetrac110  0 5541 Union City  GA 30291   4243 | 9.16 |
| 06/10 | Card Purchase Qt 842      0 5542 McDonough   GA 30253   4243 | 48.04 |
| 06/10 | Card Purchase Google *Pay    4829 G.CO/Walleth# CA 94043   4243 | 1,000.00 |
| 06/10 | Card Purchase Wendy S #9096   5814 Fairborn    GA 30213   4243 | 31.52 |
| 06/10 | Card Purchase Sqc*cash App    4829 8774174551   CA 94103   4243 | 499.00 |
| 06/10 | Paypal        Transfer Quentin Stephe 5sr22as5l2exa | 655.25 |
| 06/12 | Card Purchase Google*google S  5968 G.CO Helppay# CA 94043   4243 | 1.99 |
| 06/12 | PIN Purchase The Fresh Mark  5411 Suwanee    GA    4243 | 225.95 |
| 06/14 | Card Purchase Google *Pay    4829 G.CO/Walleth# CA 94043   4243 | 350.00 |
| 06/17 | Card Purchase Two Men and A T  4214 404-425-2544  GA 30318   4243 | 375.00 |
| 06/17 | Card Purchase Property Paymen  6513 805-6992040  CA 93117   4243 | 78.95 |
| 06/17 | Card Purchase Vzwrlss*bill PA  4814 800-9220204  CA 95630   4243 | 318.07 |
|  | Total Withdrawals | $5,997.60 |

## FEES

| Date | Description | Amount |
|---|---|---|
| 06/11 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| 06/12 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
|  | Total Fees | $29.90 |

|  | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 06/07 |  | 300.00 | 06/05 | 995047 | 500.00 |
| 05/20 | 2041 | 2,200.00 | 06/07 | 995048 | 1,900.00 |
| 06/05 | 995046 * | 500.00 | 06/13 | 995051 * | 450.00 |

# REGIONS

Regions Bank
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

**ACCOUNT #**     **0253264967**

|  |  |
|---|---|
|  | 060 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 3 of 4 |

## CHECKS (CONTINUED)

| Date | Check No. | Amount |
|---|---|---|
| 06/17 | 995054 * | 651.96 |

|  |  |
|---|---|
| Total Checks | $6,501.96 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/20 | 2,756.43 | 05/31 | 5,561.50 | 06/10 | 4,865.35 |
| 05/21 | 2,404.53 | 06/03 | 5,910.06 | 06/11 | 4,850.40 |
| 05/22 | 2,275.11 | 06/04 | 5,425.07 | 06/12 | 4,607.51 |
| 05/24 | 4,236.66 | 06/05 | 4,376.07 | 06/13 | 4,157.51 |
| 05/28 | 3,776.14 | 06/06 | 4,338.94 | 06/14 | 5,818.18 |
| 05/29 | 3,550.83 | 06/07 | 7,099.16 | 06/17 | 4,394.20 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for  further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |



| Account: | PAYMENT | PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER | $2,100.00 |

Please Direct Any Questions To

7074/2611

Online Bill Payment Processing Center    0000995052
(800) 243-7508

QUENTIN A STEPHENS
292 JONESBORO RD 359
MCDONOUGH, GA 30253 3725

REGIONS BANK

June 14, 2019

00918 6453439 000622 000922 00901 00001 00010

Pay TWO THOUSAND ONE HUNDRED AND 00/100 ——————————————————————————————— DOLLARS

$ ****2,100.00

TO
THE
ORDER
OF

DELICIA COWAN
1676 MILL ACRES DR SW
ATLANTA, GA 30311-3810

Void After 180 DAYS
Signature On File
This check has been authorized
by your depositor

0"99505 2"     "26 1 170740": 0253264962"    80

6/17/2019 - 19:09:56
MOBILE
GEORGIA UNITED CU
>261171309<

55123676 4

1/1

DOCUMENT CONTAINS COLORED BACKGROUND OR WHITE PAPER "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO PRINTING SIGNATURE LINE

| Account: PAYMENT | PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER | $400.00 |
| --- | --- | --- |

Please Direct Any Questions To

10742611

Online Bill Payment Processing Center
(800) 242-2580

0000995049

QUENTIN A STEPHENS
289 JONESBORO RD 559
MCDONOUGH, GA 30253-3725

REGIONS BANK

June 10, 2019

03706 6448461 612480 012480 09002/00007 617480

Pay FOUR HUNDRED AND 00/100 ·····················································

DOLLARS

$ ·······400.00

TO
THE
ORDER
OF

JOHNNY CRAIG
3326 BIG COLES WAY
LAWRENCEVILLE, GA 30045-2758

Void After 180 DAYS.
Signature On File
This check has been authorized
by your depositor

⑈995049⑈ ⑆261170740⑆ 025326496 7⑈ 80

521368422

035140511006172019 CP575221 ›05 100606‹

Check Image

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

Account:   3211671479                                                        $651.96

Please, Direct Any Questions To                                 7074/2011

Online Bill Payment Processing Center              0000995054
(800) 243-2509

QUENTIN A STEPHENS
298 JONESBORO RD 559-                                             June 12, 2019
MCDONOUGH, GA 30253-3725

REGIONS BANK

MEMO: QUENTIN STEPHENS 321.16-71479

Pay SIX HUNDRED FIFTY ONE AND 96/100 ·····························      DOLLARS

                                                                $ *******651.96

TO          U S TRUSTEE                              Void After  180 DAYS
THE         75 TED TURNER DR SW                      Signature On File
ORDER       ATLANTA, GA 30303-3343                   This check has been authorized
OF                                                   by your depositor.

⑆995054⑆ ⑆261170740⑆ 0253264967⑈   58

355671614

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RETAINED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

CHAPTER 11 QUARTERLY FEES

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT SIGNATURE

**PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER**

| Account: | 763865529 | | $450.00 |
|---|---|---|---|

7074/2811

Please Direct Any Questions To
Online Bill Payment Processing Center
(800) 242-3568

REGIONS BANK

**0000995051**

**June 11, 2019**

QUENTIN A STEPHENS
288 JONESBORO RD 559
MCDONOUGH, GA 30253-3725

MEMO: MAY 08

Pay FOUR HUNDRED FIFTY AND 00/100 ······························· **DOLLARS**

$ |*******450.00

TO
THE
ORDER
OF

ALLSTATE LIFE INSURANCE
1326 CONCORD RD SE
SMYRNA, GA 30080-5309

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

⑆995051⑆ ⑉264170740⑉ 0253264967⑈    80

FOR DEPOSIT ONLY
ALLSTATE INSURANCE CO
AGENT # 044273
WELLS FARGO BANK
4439537176

HUNTINGTON NATIONAL BANK
> 044115090 <
CENTRALIZED RETURNS
01891751907

UC1142 (Rev. 11/17)   w 90040

**REGIONS**
(FOR INTERNAL USE ONLY)

**Checking Withdrawal**

NON-NEGOTIABLE

DATE 6-7-19

$ 300.00

Three Hundred and ~~DOLLARS~~

Transfer / Payment To:

Account Type   Account Number
Posa mbinien

Print Name
Post n Bran

Signature

0 2 5 3 2 6 4 9 6 7
Withdrawal Account Number

⑆5000⑈0005⑆

20190607374063111998 04 0904

Regions Bank >062000019<

20190607374063111998 04 0904
Regions Bank >062000019<



56825716



DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER, "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO PRINT BORDER.

| Account: | DELICIA STEPHENS LEGAL FEES | $500.00 |

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

Please Direct Any Questions To    7074/2611

Online Bill Payment Processing Center    **0000995047**
(800) 243-2808

QUENTIN A STEPHENS
280 JONESBORO RD 359
MCDONOUGH, GA 30253-3725.

REGIONS BANK    **May 31, 2019**

10187 8412234 033927 033927 00001•00092 x33915

Pay FIVE HUNDRED AND 00/100 ————————————    **DOLLARS**

$ ••••••••500.00

TO
THE
ORDER
OF

ALEMBIK & ALEMBIK
3225 CUMBERLAND BLVD SE STE 510
ATLANTA, GA 30339-6396

Void After  180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

⑆995047⑆   ⑆261170740⑆ 0253264967⑆  ⑈⑈

519788305

8/17/2019

| Account: | DELICIA STEPHENS LEGAL FEES | | $500.00 |
|---|---|---|---|

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

Please Direct Any Questions To
7074/2611

QUENTIN A STEPHENS
200 JONESBORO RD 559
MCDONOUGH, GA 30253-3725

Online Bill Payment Processing Center
(800) 243-2600

0000995046

REGIONS BANK
02709 6384120 002721 002721 0000100001 102709

May 22, 2019

Pay FIVE HUNDRED AND 00/100 ................................................................

DOLLARS

$ *******500.00

TO
THE
ORDER
OF

ALEMBIK & ALEMBIK
3225 CUMBERLAND BLVD SE STE 510
ATLANTA, GA 30339-6396

Void After 180 DAYS.
**Signature On File**
This check has been authorized
by your depositor

⑈995046⑈   ⑆261170740⑆ 025326496?⑈   80

564082548

QUENTIN A STEPHENS
DIP ACCT
1910 Clack Rd
Madison, GA 30650
404-606-9871

2041
64-137/611

5-12-19
DATE

PAY TO THE
ORDER OF   Delicia Cown.                          $ 2200.⁰⁰

_____  DOLLARS

**REGIONS**

FOR   Child Suppl

⑈061101375⑈ 0253264967⑈02041

5/18/2019 - 17:56:39
MOBILE
GEORGIA UNITED CU
>261171309<