

**IT IS ORDERED as set forth below:**

**Date: November 18, 2019**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| QUENTIN ALEXANDER STEPHENS, ) | |
| ) | Case No. 16-71479-JRS |
| Debtor(s). ) | |
| ) | |

ORDER AND NOTICE OF STATUS CONFERENCE

The above styled bankruptcy case is before the Court.

PLEASE TAKE NOTICE that a status conference will be held in Courtroom **1404**, United States Courthouse, Richard Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, GA, at **2:00 P.M.** on the **3RD** day of **December, 2019**.

**END OF ORDER**

**Quentin Alexander Stephens**
289 Jonseboro Rd.
Suite 559
McDonough, GA 30253

**Howard P. Slomka**
Slipakoff & Slomka, PC
Suite 2100
3350 Riverwood Parkway
Atlanta, GA 30339

**David S. Weidenbaum**
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303