# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 16-71479-JRS |
| ) | |
| QUENTIN ALEXANDER STEPHENS ) | |
| ) | CHAPTER 11 |
| ) | |
| Debtor. ) | |

===================================================================

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that QUENTIN ALEXANDER STEPHENS has filed a Disclosure Statement on December 15, 2019 (Doc 104) and Chapter 11 Plan of Reorganization for Quentin Alexander Stephens (Doc 103) and related papers with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing to Approve Disclosure Statement and Confirmation of Chapter 11 Plan of Organization filed by Debtor in **Courtroom 1404**, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 at **01:30 P.M. on January 28, 2018.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Respectfully submitted, this 23rd day of December 2019.

Respectfully Submitted,
BUSCH, SLIPAKOFF, MILLS AND SLOMKA, LLC

By:   /s/  Howard P. Slomka, Esquire
Georgia Bar #652875
3350 Riverwood Parkway
Suite 2100
Atlanta, Georgia 30339
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-71479-JRS |
| | ) | |
| QUENTIN ALEXANDER STEPHENS | ) | |
| | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

=================================================================

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served a copy of the within and foregoing Notice of Hearing in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

    See creditor list on the following page.

    Dated this 23rd day of December 2019.

                      BUSCH, SLIPAKOFF, MILLS AND SLOMKA, LLC

                      By:  /s/ Howard P. Slomka, Esquire
                      Georgia Bar #652875
                      3350 Riverwood Parkway
                      Suite 2100
                      Atlanta, Georgia 30339
                      Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-3<br>Case 19-12150-whd<br>Northern District of Georgia<br>Newnan<br>Mon Dec 23 14:11:21 EST 2019 | Jonathan S. Adams<br>Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Alabama Dept. of Revenue<br>PO Box 2401<br>Montgomery, AL  36140-0001 |
| B. Brin Woolridge<br>Mann & Woolridge<br>PO Box 310<br>Newnan, GA 30264-0310 | City of Tallapoosa AL<br>25 East Alabama Street<br>Coosa, GA 30129 | Georgia Power<br>241 Ralph McGill Blvd<br>BIN 10102<br>Atlanta, GA 30308-3374 |
| Haralson County Tax Comm.<br>PO Box 330<br>Buchanan, GA 30113-0330 | Haralson Termite and Pest<br>PO Box 465<br>Rockmart, GA 30153-0465 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>2970 MARKET STREET<br>PHILADELPHIA, PA. 19104-5002 |
| Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | J. Nevin Smith<br>Smith Conerly LLP<br>402 Newnan Street<br>Carrolton, GA 30117-3111 | Nichols Cauley & Assoc.<br>363 Broad Street<br>Suite 201<br>Rome, GA 30161 |
| Norfolk Southern<br>2972 Parrott Avenue NW<br>Atlanta, GA 30318 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | R. Richard Sargent<br>c/o J. Jackson Harris<br>The Finley Firm<br>3535 Piedmont Road # 14-230<br>Atlanta, GA 30305-1616 |
| Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 | Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Suite 2100<br>3350 Riverwood Parkway<br>Atlanta, GA 30339-3363 | J. Nevin Smith<br>Smith Conerly LLP<br>402 Newnan Street<br>Carrollton, GA 30117-3111 |
| State of Alabama, Department of Revenue<br>Legal Division<br>P.O. Box 320001<br>Montgomery, AL 36132-0001 | Tallapoosa Renewable Green Energy, Inc.<br>264 Stoffel Drive<br>Tallapoosa, GA 30176-3637 | U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Walters Kluwer<br>28 Liberty Street<br>42d Floor<br>New York, NY 10005-1400 | David S. Weidenbaum<br>Office of the U.S. Trustee<br>362 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3330 |
| Wells Fargo Bank<br>PO Box 5445<br>Portland, OR  97228 | R. Brian Wooldridge<br>Mann & Wooldridge<br>PO Box 310<br>Newnan, GA 30264-0310 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Internal Revenue Service              (u)R. Richard Sargent              End of Label Matrix
PO Box 7346                                                                 Mailable recipients    25
2970 Market Street                                                          Bypassed recipients     2
Philadelphia, PA  19104-5002                                                Total                  27
```