**IT IS ORDERED as set forth below:**



Date: February 3, 2020

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-71479-JRS |
| | ) | |
| QUENTIN ALEXANDER STEPHENS | ) | |
| | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

======================================================================

**ORDER AND NOTICE APPROVING DISCLOSURE STATEMENT
AND
<u>SETTING DEADLINES FOR PLAN CONFIRMATION</u>**

The Debtor in Possession filed its Disclosure Statement dated December 15, 2019 (Doc. No. 104). The Debtor's counsel Howard P. Slomka, Esq. appeared at a hearing on January 28, 2020. United States Trustee was represented by David S. Weidenbaum, Esq. All other parties in interest have been served, but none filed any objection or made an appearance at the hearing.

Debtor's counsel expressed his intention to make several typographical changes to the Disclosure Statement, and to add the Miramonte Ridge Homeowners' Association to the list of unsecured creditors. Debtor has now filed its Amended Disclosure Statement as Docket Number 107. David S. Weidenbaum, Esq. having read and considered the Disclosure Statement and these proposed amendments verbally withdrew the United States Trustees' pending Motion to Dismiss (Doc. No. 99).

The Plan and the Disclosure Statement are available for review in the office of the Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 between 8:00 a.m. and 4:00 p.m. or online at http://ecf/ganb/uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users.). Alternatively, creditors may request a copy of the Plan and Disclosure statement by contacting Debtor's attorney:

> Howard P. Slomka, Esq.
> Attorney for Debtor
> Busch, Slipakoff, Mills & and Slomka P.C
> 3350 Riverwood Parkway, Suite 2100
> Atlanta, GA 30339
> hs@myatllaw.com
> (404) 800-4017

The Court, having considered the Disclosure Statement, and the proffer of counsel, and the absence of any objections is prepared to approve the Disclosure Statement and establish the deadlines below for the confirmation of the Plan.

**ORDERED and NOTICE IS HEREBY GIVEN** that:

A. The Amended and Restated Disclosure Statement filed by Debtor is approved.

B. March 5, 2020 is fixed as the last day for filing, on the ballot form attached to the Application, written acceptances or rejections of Debtor's Plan. All ballots must be filed with the

Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 and a copy mailed to Debtor's attorney.

C. February 29, 2020 is fixed as the last day for filing and serving written objections to the Disclosure Statement or to confirmation of the Plan. Any such written objection to the Disclosure Statement or to confirmation of Debtor's Plan must be filed with the Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 and a copy mailed to Debtor's attorney, Howard P. Slomka, Esq. 1069 Spring Street, NW, 2nd Floor Atlanta, GA 30309.

D. <u>A hearing will be held in in the United States Bankruptcy Court, Courtroom 1404, Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303 on</u> **March 10, 2020 at 1:30 p.m.** to consider confirmation of the Plan.

At least one day prior to the scheduled hearing on confirmation of the Plan, Debtor's attorney shall file a Summary of the Voting on the Plan of Reorganization indicating that all ballots cast have been tabulated and the resulting vote for each class designated in the Plan.

Debtor's counsel shall serve a copy of this Order on all interested parties and file a certificate of service on the docket.

*** END OF ORDER ***

Prepared and presented by:

_____/s/_____
Howard P. Slomka
Georgia Bar No. 652875
Busch Slipakoff Mills & Slomka LLC
3350 Riverwood Parkway. Suite 2100
Atlanta, GA 30339
hs@bsms.law
Tel. (404) 800-4017

Distribution List:

Howard P. Slomka
Attorney for Debtor
Busch Slipakoff Mills & Slomka LLC
3350 Riverwood Parkway. Suite 2100
Atlanta, GA 30339

**END OF DOCUMENT**