Stephen S

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 2 claim against the Debtor:

(Check one box only)

☒ ACCEPTS THE PLAN                    ☐ REJECTS THE PLAN

Dated: 2-17-20

Print or type name: Lisa Garbrandt
Signature: Lisa Garbrandt
Title (if corporation or partnership): Sr. Bankruptcy Specialist
Address: Discover Bank
PO Box 3025 New Albany OH 43054

RETURN THIS BALLOT TO:

**United States Bankruptcy Court for the Northern District of Georgia**
**Clerk of Bankruptcy Court**
**75 Ted Turner Drive, SW**
**Room 1340**
**Atlanta, GA 30303**         With email copy to: hs@bsms.law

**Or send to HS @BSMS.law with instructions for him to file on your behalf.**