**IT IS ORDERED as set forth below:**



Date: March 11, 2020

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO. 16-71479-JRS |
| ) | |
| QUENTIN ALEXANDER STEPHENS ) | |
| ) | CHAPTER 11 |
| ) | |
| Debtor. ) | |

====================================================================

**ORDER CONFIRMING CHAPTER 11 PLAN**

The Amended Plan under chapter 11 of the Bankruptcy Code (the "Plan") was filed by Debtor Quentin Stephens on February 4, 2020 (Doc. No. 109). This Court entered its Order and Notice on February 4, 2020 (Doc. No. 108) that approved the Disclosure Statement and set a Confirmation Hearing for March 10, 2020 for the Plan, as well as deadlines for objections, ballots and filing a certification of ballots.

At the hearing on March 10, 2020, the Court heard from Howard P. Slomka, Esq. representing Debtor, and from David S. Weidenbaum, Esq. for the United States Trustee. No creditors or parties in interest filed objections or appeared in opposition to the Plan, and Class 2, an impaired class consisting of unsecured creditors, has voted to accept the plan.

After due notice to all creditors, and having considered all matters of record, the Court finds that the requirements for confirmation set forth in 11 U.S.C. § 1129 have been satisfied, that United States Trustee stated that it had no objection to the confirmation of the Plan and the Plan should be confirmed. Accordingly,

IT IS ORDERED that the Plan is confirmed.

Debtor's counsel shall serve a copy of this Order on all interested parties and file a certificate of service on the docket.

*** END OF ORDER ***

Prepared and presented by:
\_\_\_\_\_/s/_____
Howard P. Slomka, Esq.
GA Bar 652875
Attorney for Debtor
Slipakoff and Slomka P.C
3350 Riverwood Pkwy, Suite 2100
Atlanta, GA 30339
hs@BSMS.law

Distribution List:

Howard P. Slomka, Esq.
Attorney for Debtor
Slipakoff and Slomka P.C
3350 Riverwood Pkwy, Suite 2100
Atlanta, GA 30339
hs@BSMS.law