**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | |
|---|---|
| In Re: Debtor(s) **Quentin Alexander Stephens** 289 Jonseboro Rd. Suite 559 McDonough, GA 30253  xxx–xx–4409 | Case No.: **16–71479–jrs** Chapter: **11** Judge: **James R. Sacca** |

## NOTICE OF CONFIRMATION OF CHAPTER 11 PLAN

**NOTICE IS HEREBY GIVEN** pursuant to Federal Rules of Bankruptcy Procedure 3020(c) that an order confirming the plan of the above–named Debtor(s) was entered on **March 11, 2020** .

_____
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated:  March 11, 2020

Form 11c