# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER:    16-71479-jrs |
| | } | |
| QUENTIN ALEXANDER STEPHENS | } | |
| | } | JUDGE    James R. Sacca |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

**DEBTOR'S  POST-CONFIRMATION**
**QUARTERLY OPERATING REPORT**
**FOR THE PERIOD**

FROM    1-Apr-20    TO    30-Jun-20

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP

2015.

Dated:    4-Aug-20                                    /s/ Howard P. Slomka, Esq.
                                                                Attorney for Debtor

Debtor's Address                                    Attorney's Address
and Phone Number:                                 and Phone Number:
3294 Kylee Dawn Circle                          3500 Riverwood Parkway, Ste 2100
Lawrenceville, Georgia 30045                   Bar No.: 652875
Tel: (404) 606-9871                                 Tel: (404) 800-4001

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the
United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States
Trustee website:    http://www.justice.gov/ust/r20/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | | X | |
| | | | |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | X | |
| 2. Are all premium payments current? | | X | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY     and     CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Country Financial 008661086 | 1/21/2020-1/21/2021 | Monthly          $255.76 | |
| Amica 003691182 | 1/20/2020 - 1/20/2021 | Monthly          $208 | |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

**Estimated Date of Filing the Application for Final Decree:**  September 1, 2020

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This  16th day of June, 2020.

/s/  Quentin Stephens

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 2**

### CHAPTER 11 POST-CONFIRMATION
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | In re: Quentin Alexander Stephens |
| **Case Number:** | 16-71479-jrs |
| **Date of Plan Confirmation:** | 3/11/2020 |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | | | Quarterly | Post Confirmation Total |
|---|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | | $ 5212.8 | $ |
| | | | | |
| 2. | **INCOME or RECEIPTS during the Period** | | $ 52388.91 | $ |
| | | | | |
| 3. | **DISBURSEMENTS** | | | |
| | a. | **Operating Expenses (Fees/Taxes):** | | |
| | | (i)    U.S. Trustee Quarterly Fees | $ $0.00 | $ 0 |
| | | (ii)   Federal Taxes | N/A | N/A |
| | | (iii)  State Taxes | N/A | N/A |
| | | (iv)   Other Taxes | N/A | N/A |
| | b. | **All Other Operating Expenses:** | $ 42611.7 | $ 42611.7 |
| | | | | |
| | c. | **Plan Payments:** | | |
| | | (i)    Administrative Claims | $ 0 | $ 0 |
| | | (ii)   Class One | | |
| | | (iii)  Class Two | | |
| | | (iv)   Class Three | | |
| | | (v)    Class Four | | |
| | | (vi)   Class Five | | |
| | | (Attach additional pages as needed) | | |
| | | Total | | |
| | **Total Disbursements (Operating & Plan)** | | $ | $ |
| | | | | |
| 1. | **CASH (End of Period)** | | $ 14990.01 | 14990.01 |

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 3**

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
#### Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account April | Account May | Account June | |
|---|---|---|---|---|
| Name of Bank: | Regions Bank | Regions Bank | Regions Bank | |
| Account Number: | 253264967 | 253264967 | 253264967 | |
| Purpose of Account (Operating/Payroll/Tax) | DIP | DIP | DIP | |
| Type of Account (e.g. checking) | Checking | Checking | Checking | |
| | | | | |
| 1.  **Balance per Bank Statement** | $5,212.80 | $11,260.80 | $11,260.80 | |
| 2.  **ADD**:  Deposits not credited | | | | |
| 3.  **SUBTRACT**:  Outstanding Checks | | | | |
| 4.  Other Reconciling Items | | | | |
| 5.  **Month End Balance** (Must Agree with Books) | $5,212.80 | $11,260.80 | $14,990.01 | |
| | | | | |

**Note:  Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach copy of each investment account statement.**

**Regions Bank**
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

### ACCOUNT #

|  |  |
|---|---|
|  | 060 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 1 of 4 |

## LIFEGREEN CHECKING
February 15, 2020 through March 18, 2020

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$5,122.06** | Minimum Balance | $700 |
| Deposits & Credits | $14,302.92 + | Average Balance | $3,398 |
| Withdrawals | $9,991.29 − | | |
| Fees | $44.85 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $7,400.00 − | | |
| **Ending Balance** | **$1,988.84** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 02/21 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,058.81 |
| 02/28 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,058.80 |
| 03/02 | Zelle Credit From Michael Back Ref# 005900202iaw | 1,600.00 |
| 03/06 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.38 |
| 03/06 | Sons Bavarian Ll Direct Pay Stephens, Quen | 4,470.54 |
| 03/13 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.39 |
| | Total Deposits & Credits | $14,302.92 |

### WITHDRAWALS

| | | |
|---|---|---|
| 02/18 | Card Purchase Country Inn & S  3829 Fairburn      GA 30213    0149 | 126.83 |
| 02/19 | Card Purchase Peachtree Road   5921 404-2343832   GA 30309    0149 | 92.51 |
| 02/21 | Card Purchase New York Prime   5812 Atlanta       GA 30326    0149 | 141.62 |
| 02/21 | Card Purchase Chevron 0043021  5541 Atlanta       GA 30309    0149 | 11.41 |
| 02/24 | Card Purchase Cash App*quenti  4829 8774174551    CA 94103    0149 | 1,122.00 |
| 02/24 | PIN Purchase Cracker Barrel    5812 McDonough     GA           0149 | 62.77 |
| 02/28 | Card Purchase Usa*snack Soda   5814 Union City    GA 30291     0149 | 1.25 |
| 03/02 | Card Purchase Usa*snack Soda   5814 Union City    GA 30291     0149 | 0.90 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**For new purchase or refinance mortgage information, contact your
Mortgage Production Manager, Randy Styles, NMLS 546618, at (678)845-5777
or online at www.regionsmortgage.com/randymstyles.**

**For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for  Home Equity loans call 1- 800-231-7493.**



**Thank You For Banking With Regions!**
2020 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

**ACCOUNT #** 

|  |  |
|---|---|
|  | 060 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 2 of 4 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 03/02 | Card Purchase Cash App*quenti  4829 8774174551    CA 94103    0149 | 569.00 |
| 03/02 | Card Purchase Cash App*quenti  4829 8774174551    CA 94103    0149 | 525.00 |
| 03/02 | Card Purchase Mellow Mushroom  5812 Stockbridge    GA 30281    0149 | 83.47 |
| 03/02 | Card Purchase Sq *Woody S 2 L  5812 Atlanta        GA 30305    0149 | 25.43 |
| 03/03 | Card Purchase Chai-Yo          5812 Atlanta        GA 30305    0149 | 340.67 |
| 03/03 | Card Purchase Usa*snack Soda   5814 Union City     GA 30291    0149 | 0.90 |
| 03/03 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043    0149 | 1,200.00 |
| 03/03 | Country Mutual  Insurance. Quentin Stephe | 225.63 |
| 03/04 | Paypal         Transfer Quentin Stephe 5sr22aw2mw8s8 | 399.96 |
| 03/05 | Card Purchase Package Depot    5921 Fairburn       GA 30213    0149 | 60.32 |
| 03/09 | Zelle Debit to Detron  Hammond Ref# 0067005041nj | 425.00 |
| 03/09 | Card Purchase The Juicy Crab   5812 678-7827210    GA 30253    0149 | 44.48 |
| 03/09 | Card Purchase 1925 Extra Spac  4225 Snellville     GA 30078    0149 | 269.00 |
| 03/09 | Card Purchase U-Haul Moving &  4225 800-789-3638  GA 30078    0149 | 279.80 |
| 03/09 | Card Purchase Usa*snack Soda   5814 Union City     GA 30291    0149 | 1.20 |
| 03/09 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043    0149 | 1,000.00 |
| 03/09 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043    0149 | 350.00 |
| 03/09 | Card Purchase Best Buy Mht  0  5732 Atlanta        GA 30324    0149 | 196.01 |
| 03/10 | Card Purchase New York Prime   5812 Atlanta        GA 30326    0149 | 274.43 |
| 03/10 | Card Purchase Usa*snack Soda   5814 Union City     GA 30291    0149 | 2.50 |
| 03/10 | Card Purchase Sp * Grandvoyag  5734 Www.Thegrandv CA 90069    0149 | 320.00 |
| 03/11 | Zelle Debit to Detron  Hammond Ref# 007100505jf4 | 400.00 |
| 03/11 | Card Purchase Piece of Cake    5462 Atlanta        GA 30318    0149 | 64.52 |
| 03/11 | Card Purchase Wholefds Wpf 10  5411 Atlanta        GA 30305    0149 | 376.54 |
| 03/12 | Card Purchase Usa*snack Soda   5814 Union City     GA 30291    0149 | 0.70 |
| 03/16 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043    0149 | 149.00 |
| 03/16 | Card Purchase LA Parrilla #11  5812 McDonough      GA 30253    0149 | 67.88 |
| 03/16 | Paypal         Transfer Quentin Stephe 5sr22aw5q5efc | 402.22 |
| 03/17 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043    0149 | 350.00 |
| 03/18 | Card Purchase Usa*snack Soda   5814 Union City     GA 30291    0149 | 0.60 |
| 03/18 | Card Purchase Waffle House 87  5812 Union City     GA 30291    0149 | 27.74 |
|  | **Total Withdrawals** | **$9,991.29** |

## FEES

| Date | Description | Amount |
|---|---|---|
| 02/19 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| 02/26 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| 03/09 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
|  | **Total Fees** | **$44.85** |

|  | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 36.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 02/19 |  | 45.00 | 02/24 |  | 75.00 |
| 02/21 |  | 120.00 | 03/02 |  | 200.00 |



Regions Bank
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

**ACCOUNT #**

|  |  |
|---|---|
|  | 060 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 3 of 4 |

## CHECKS (CONTINUED)

| Date | Check No. | Amount | Date | Check No. | Amount |
|------|-----------|--------|------|-----------|--------|
| 03/04 |  | 80.00 | 02/20 | 995066 | 1,950.00 |
| 03/09 |  | 120.00 | 02/25 | 995067 | 2,000.00 |
| 03/11 |  | 100.00 | 03/03 | 995069 * | 650.00 |
| 03/16 |  | 60.00 | 03/10 | 995071 * | 2,000.00 |
|  |  |  |  | Total Checks | $7,400.00 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 02/18 | 4,995.23 | 02/28 | 3,461.38 | 03/10 | 1,930.65 |
| 02/19 | 4,842.77 | 03/02 | 3,657.58 | 03/11 | 989.59 |
| 02/20 | 2,892.77 | 03/03 | 1,240.38 | 03/12 | 988.89 |
| 02/21 | 4,678.55 | 03/04 | 760.42 | 03/13 | 3,046.28 |
| 02/24 | 3,418.78 | 03/05 | 700.10 | 03/16 | 2,367.18 |
| 02/25 | 1,418.78 | 03/06 | 7,228.02 | 03/17 | 2,017.18 |
| 02/26 | 1,403.83 | 03/09 | 4,527.58 | 03/18 | 1,988.84 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

**REGIONS**

**Regions Bank**
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

**ACCOUNT #**

|  |  |
|---|---|
|  | 060 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 1 of 4 |

## LIFEGREEN CHECKING
March 19, 2020 through April 17, 2020

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$1,988.84** | Minimum Balance | $1,598 |
| Deposits & Credits | $19,520.37 + | Average Balance | $5,027 |
| Withdrawals | $9,908.96 − | | |
| Fees | $44.85 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $5,326.00 − | | |
| **Ending Balance** | **$6,229.40** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 03/20 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.38 |
| 03/23 | Zelle Credit From Terry Collin Ref# 00810050a0d6 | 500.00 |
| 03/23 | Wire Transfer Collins Allian | 3,500.00 |
| 03/27 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.37 |
| 03/30 | Zelle Credit From Michael Back Ref# 00900020fcch | 1,600.00 |
| 04/03 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.38 |
| 04/10 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.38 |
| 04/10 | Sons Bavarian Ll Direct Pay Stephens, Quen | 3,633.48 |
| 04/17 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.38 |
| | Total Deposits & Credits | $19,520.37 |

### WITHDRAWALS

| | | |
|---|---|---|
| 03/19 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043    0149 | 1.00 |
| 03/23 | Card Purchase Usa*snack Soda    5814 Union City    GA 30291    0149 | 2.70 |
| 03/23 | Card Purchase Cash App*quenti 4829 8774174551    CA 94103    0149 | 1,122.00 |
| 03/23 | Card Purchase Cash App*quenti 4829 8774174551    CA 94103    0149 | 225.00 |
| 03/23 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043    0149 | 140.00 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**For new purchase or refinance mortgage information, contact your
Mortgage Production Manager, Randy Styles, NMLS 546618, at (678)845-5777
or online at www.regionsmortgage.com/randymstyles.**

**For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for  Home Equity loans call 1- 800-231-7493.**



**Thank You For Banking With Regions!**
2020 Regions Bank Member FDIC. All loans subject to credit approval.



Regions Bank
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

### ACCOUNT #

| | |
|---|---|
| | 060 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 2 of 4 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 03/23 | Card Purchase Usa*snack Soda  5814 Union City    GA 30291    0149 | 1.80 |
| 03/26 | Card Purchase Shell Oil 57529 5541 Atlanta      GA 30309    0149 | 2.93 |
| 03/26 | Card Purchase Waffle House 87  5812 Union City    GA 30291    0149 | 20.79 |
| 03/26 | Card Purchase Waffle House 87  5812 Union City    GA 30291    0149 | 13.90 |
| 03/27 | Card Purchase Peachtree Road   5921 404-2343832   GA 30309    0149 | 149.16 |
| 03/30 | Card Purchase Houston S (404)  5812 Atlanta       GA 30327    0149 | 248.29 |
| 03/30 | Card Purchase Chick-Fil-A #01  5814 Fairburn      GA 30213    0149 | 44.09 |
| 03/30 | Card Purchase Usa*snack Soda   5814 Union City    GA 30291    0149 | 1.80 |
| 03/30 | Card Purchase Google *Pay     4829 G.CO/Walleth# CA 94043    0149 | 158.00 |
| 03/30 | Card Purchase Cash App*quenti 4829 8774174551    CA 94103    0149 | 688.00 |
| 03/30 | Country Mutual   Insurance. Quentin Stephe | 264.46 |
| 03/31 | Card Purchase Usa*snack Soda   5814 Union City    GA 30291    0149 | 0.90 |
| 04/02 | Card Purchase Cash App*quenti 4829 8774174551    CA 94103    0149 | 1,422.00 |
| 04/02 | Card Purchase Google *Pay     4829 G.CO/Walleth# CA 94043    0149 | 1,200.00 |
| 04/03 | Card Purchase Cash App*quenti 4829 8774174551    CA 94103    0149 | 525.00 |
| 04/06 | Card Purchase Google *Pay     4829 G.CO/Walleth# CA 94043    0149 | 140.00 |
| 04/09 | Card Purchase Cash App*quenti 4829 8774174551    CA 94103    0149 | 1,494.44 |
| 04/09 | Card Purchase Google *Pay     4829 G.CO/Walleth# CA 94043    0149 | 1,000.00 |
| 04/13 | Card Purchase Google *Pay     4829 G.CO/Walleth# CA 94043    0149 | 140.00 |
| 04/13 | Card Purchase Verizon Wrl My  4814 800-9220204   CA 95630    0149 | 500.00 |
| 04/15 | Zelle Debit to Detron  Hammond Ref# 01060080i8qq | 400.00 |
| 04/16 | Card Purchase Usa*snack Soda   5814 Union City    GA 30291    0149 | 2.70 |
| | Total Withdrawals | $9,908.96 |

## FEES

| Date | Description | Amount |
|---|---|---|
| 03/24 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| 04/02 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| 04/14 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| | Total Fees | $44.85 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 36.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 03/25 | | 40.00 | 03/20 | 995072 | 200.00 |
| 03/31 | | 40.00 | 03/24 | 995074 * | 1,999.00 |
| 04/02 | | 100.00 | 04/06 | 995076 * | 887.00 |
| 04/13 | | 40.00 | 04/14 | 995078 * | 2,000.00 |
| 04/17 | | 20.00 | | | |
| | | | | Total Checks | $5,326.00 |

* Break In Check Number Sequence.



**Regions Bank**
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

**ACCOUNT #**

060

| | |
|---|---|
| Cycle | 09 |
| Enclosures | 0 |
| Page | 3 of 4 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 03/19 | 1,987.84 | 03/30 | 6,365.72 | 04/10 | 7,289.67 |
| 03/20 | 3,845.22 | 03/31 | 6,324.82 | 04/13 | 6,609.67 |
| 03/23 | 6,353.72 | 04/02 | 3,587.87 | 04/14 | 4,594.72 |
| 03/24 | 4,339.77 | 04/03 | 5,120.25 | 04/15 | 4,194.72 |
| 03/25 | 4,299.77 | 04/06 | 4,093.25 | 04/16 | 4,192.02 |
| 03/26 | 4,262.15 | 04/09 | 1,598.81 | 04/17 | 6,229.40 |
| 03/27 | 6,170.36 | | | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
|---|---|---|---|---|
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |



**Regions Bank**
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

### ACCOUNT #

|  |  |
|---|---|
|  | 060 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN CHECKING
April 18, 2020 through May 15, 2020

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$6,229.40** | Minimum Balance | $5,212 |
| Deposits & Credits | $10,829.52 + | Average Balance | $6,796 |
| Withdrawals | $6,542.35 − | | |
| Fees | $14.95 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $2,715.00 − | | |
| **Ending Balance** | **$7,786.62** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 04/20 | Zelle Credit From McSmith Home Ref# 01080060lbqe | 1,000.00 |
| 04/24 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.37 |
| 05/01 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.39 |
| 05/08 | Zelle Credit From Michael Back Ref# 012900708h0g | 1,600.00 |
| 05/08 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.38 |
| 05/15 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.38 |
| | Total Deposits & Credits | $10,829.52 |

### WITHDRAWALS

| | | |
|---|---|---|
| 04/20 | Card Purchase Google *Pay     4829 G.CO/Walleth# CA 94043    0149 | 135.00 |
| 04/20 | Paypal        Transfer Quentin Stephe 5sr22awfmdf3n | 1,000.00 |
| 04/27 | Card Purchase Google *Pay     4829 G.CO/Walleth# CA 94043    0149 | 138.00 |
| 04/27 | PIN Purchase Salem Spirits   5921 Conyers      GA      0149 | 40.65 |
| 04/28 | Card Purchase Racetrac110   0  5542 Union City   GA 30291   0149 | 15.00 |
| 04/28 | Card Purchase Qt 770        5541 Conyers      GA 30013  0149 | 50.48 |
| 04/28 | Card Purchase Qt 802        5541 Conyers      GA 30013  0149 | 27.73 |
| 04/28 | Card Purchase Bojangles 1203  5814 Fairburn    GA 30213   0149 | 47.71 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**For new purchase or refinance mortgage information, contact your
Mortgage Production Manager, Randy Styles, NMLS 546618, at (678)845-5777
or online at www.regionsmortgage.com/randymstyles.**

**For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for  Home Equity loans call 1- 800-231-7493.**



**Thank You For Banking With Regions!**
2020 Regions Bank Member FDIC. All loans subject to credit approval.



Regions Bank
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

**ACCOUNT #**

|  |  |
|---|---|
|  | 060 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 2 of 3 |

## WITHDRAWALS (CONTINUED)

| | | | |
|---|---|---|---|
| 04/28 | Country Mutual   Insurance. Quentin Stephe | | 264.45 |
| 05/04 | Card Purchase Vzwrlss*bill PA   4814 800-9220204   CA 95630   0149 | | 241.05 |
| 05/04 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043   0149 | | 1,225.00 |
| 05/11 | Card Purchase Cash App*quenti 4829 8774174551   CA 94103   0149 | | 988.00 |
| 05/11 | Card Purchase Sq *Grub Truck   5814 Union City    GA 30291   0149 | | 62.67 |
| 05/11 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043   0149 | | 1,000.00 |
| 05/11 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043   0149 | | 136.00 |
| 05/11 | Paypal        Transfer Quentin Stephe 5sr22awmqqey8 | | 699.24 |
| 05/14 | Card Purchase Racetrac110  0 5541 Union City    GA 30291   0149 | | 14.86 |
| 05/14 | Card Purchase Qt 770      5541 Conyers     GA 30013   0149 | | 38.85 |
| 05/15 | Card Purchase Shell Oil 57542 5541 Conyers      GA 30013   0149 | | 10.13 |
| 05/15 | Card Purchase Chick-Fil-A #01 5814 Fairburn     GA 30213   0149 | | 21.53 |
| 05/15 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043   0149 | | 386.00 |
| | | Total Withdrawals | $6,542.35 |

## FEES

| | | |
|---|---|---|
| 04/28 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 36.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 04/20 | | 100.00 | 05/11 | | 55.00 |
| 04/27 | | 240.00 | 05/15 | | 40.00 |
| 05/04 | | 240.00 | 04/29 | 995080 | 2,000.00 |
| 05/11 | | 40.00 | | | |
| | | | | Total Checks | $2,715.00 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/20 | 5,994.40 | 04/29 | 5,212.80 | 05/11 | 6,240.61 |
| 04/24 | 8,051.77 | 05/01 | 7,270.19 | 05/14 | 6,186.90 |
| 04/27 | 7,633.12 | 05/04 | 5,564.14 | 05/15 | 7,786.62 |
| 04/28 | 7,212.80 | 05/08 | 9,221.52 | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for  further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |




**Regions Bank**
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

**ACCOUNT #**

|  |  |
|---|---|
|  | 060 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 1 of 4 |

### LIFEGREEN CHECKING
June 18, 2020 through July 20, 2020

## SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$11,686.42** | Minimum Balance | $6,076 |
| Deposits & Credits | $31,510.19 + | Average Balance | $13,909 |
| Withdrawals | $11,058.63 − | | |
| Fees | $29.90 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $17,755.05 − | | |
| **Ending Balance** | **$14,353.03** | | |

## DEPOSITS & CREDITS

| | | |
|---|---|---|
| 06/18 | Mobile Deposit-Avail Tonight | 500.00 |
| 06/19 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.38 |
| 06/22 | Mobile Deposit-Avail Tonight | 1,000.00 |
| 06/26 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.38 |
| 06/30 | Zelle Credit From Michael Back Ref# 01820030fq80 | 1,600.00 |
| 07/01 | Zelle Credit From Michael Back Ref# 01830030gi7q | 200.00 |
| 07/03 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.38 |
| 07/06 | Card Credit Cash App*cash O  4829 VISA Direct   CA 94103    0149 | 9,357.50 |
| 07/10 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.39 |
| 07/10 | Sons Bavarian Ll Direct Pay Stephens, Quen | 6,965.78 |
| 07/13 | Zelle Credit From Henry, Latoy Ref# 01930080jjqg | 1,600.00 |
| 07/17 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.38 |
| | Total Deposits & Credits | $31,510.19 |

## WITHDRAWALS

| | | |
|---|---|---|
| 06/18 | Card Purchase Vzwrlss*bill PA  4814 800-9220204   CA 95630    0149 | 400.00 |
| 06/22 | Card Purchase Cash App*quenti  4829 8774174551   CA 94103    0149 | 1,365.00 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**For new purchase or refinance mortgage information, contact your
Mortgage Production Manager, Randy Styles, NMLS 546618, at (678)845-5777
or online at www.regionsmortgage.com/randymstyles.**

**For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for  Home Equity loans call 1- 800-231-7493.**


**Thank You For Banking With Regions!**
2020 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

**ACCOUNT #**

| | |
|---|---|
| | 060 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 2 of 4 |

## WITHDRAWALS (CONTINUED)

| Date | Description | | Amount |
|---|---|---|---|
| 06/22 | Card Purchase Google *Pay | 4829 G.CO/Walleth# CA 94043   0149 | 130.00 |
| 06/29 | Card Purchase Google *Pay | 4829 G.CO/Walleth# CA 94043   0149 | 130.00 |
| 06/29 | Card Purchase Google *Pay | 4829 G.CO/Walleth# CA 94043   0149 | 120.00 |
| 06/29 | Paypal       Transfer Quentin Stephe 5sr22ax2ey9wq | | 808.00 |
| 06/30 | Card Purchase Cigars | 5993 484-285-0400 PA 18015   0149 | 238.77 |
| 06/30 | Country Mutual  Insurance. Quentin Stephe | | 264.45 |
| 07/03 | Card Purchase Cash App*quenti 4829 8774174551   CA 94103   0149 | | 788.99 |
| 07/03 | Card Purchase Google *Pay | 4829 G.CO/Walleth# CA 94043   0149 | 1,225.00 |
| 07/03 | Card Purchase Cash App*quenti 4829 8774174551   CA 94103   0149 | | 2,955.00 |
| 07/03 | Paypal       Transfer Quentin Stephe 5sr22ax3e9enc | | 355.25 |
| 07/06 | Card Purchase McDonald S F174  5814 Fairburn    GA 30213   0149 | | 26.31 |
| 07/06 | Card Purchase Google *Pay | 4829 G.CO/Walleth# CA 94043   0149 | 128.00 |
| 07/09 | Card Purchase U-Haul Moving &  4225 800-789-3638  GA 30078   0149 | | 364.75 |
| 07/13 | Card Purchase Google *Pay | 4829 G.CO/Walleth# CA 94043   0149 | 135.00 |
| 07/13 | Paypal       Transfer Quentin Stephe 5sr22ax5lmq42 | | 1,325.00 |
| 07/16 | Card Purchase Five Guys 0404  5814 703-339-2671  GA 30331   0149 | | 94.06 |
| 07/17 | Card Purchase Vn Pho | 5812 Morrow      GA 30260   0149 | 70.05 |
| 07/20 | Card Purchase Google *Pay | 4829 G.CO/Walleth# CA 94043   0149 | 135.00 |
| | | Total Withdrawals | $11,058.63 |

## FEES

| Date | Description | Amount |
|---|---|---|
| 06/29 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| 07/10 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| | Total Fees | $29.90 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 36.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 06/18 | | 240.00 | 07/10 | | 240.00 |
| 06/24 | | 50.00 | 07/15 | | 140.00 |
| 06/26 | | 100.00 | 07/20 | | 100.00 |
| 06/29 | | 50.00 | 07/02 | 995090 | 1,985.05 |
| 07/02 | | 200.00 | 07/16 | 995093 * | 2,150.00 |
| 07/09 | | 12,500.00 | | | |
| | | | | Total Checks | $17,755.05 |

\* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/18 | 11,546.42 | 06/24 | 13,058.80 | 06/30 | 14,990.01 |
| 06/19 | 13,603.80 | 06/26 | 15,016.18 | 07/01 | 15,190.01 |
| 06/22 | 13,108.80 | 06/29 | 13,893.23 | 07/02 | 13,004.96 |



Regions Bank
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

**ACCOUNT #**



| | 060 |
|---|---|
| Cycle | 09 |
| Enclosures | 0 |
| Page | 3 of 4 |

## DAILY BALANCE SUMMARY (CONTINUED)

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07/03 | 9,738.10 | 07/10 | 14,844.76 | 07/16 | 12,600.70 |
| 07/06 | 18,941.29 | 07/13 | 14,984.76 | 07/17 | 14,588.03 |
| 07/09 | 6,076.54 | 07/15 | 14,844.76 | 07/20 | 14,353.03 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for  further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

**REGIONS**

**Regions Bank**
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805



1

**ACCOUNT #**

| | 060 |
|---|---|
| Cycle | 09 |
| Enclosures | 0 |
| Page | 1 of 4 |

## LIFEGREEN CHECKING
May 16, 2020 through June 17, 2020

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$7,786.62** | Minimum Balance | $5,183 |
| Deposits & Credits | $20,881.63 + | Average Balance | $10,236 |
| Withdrawals | $10,477.03 − | | |
| Fees | $59.80 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $6,445.00 − | | |
| **Ending Balance** | **$11,686.42** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 05/22 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.37 |
| 05/26 | Mobile Deposit-Avail Tonight | 3,000.00 |
| 05/27 | Mobile Deposit-Avail Tonight | 2,000.00 |
| 05/29 | Zelle Credit From Michael Back Ref# 01500080ho3n | 1,600.00 |
| 05/29 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.38 |
| 06/05 | Sons Bavarian Ll Direct Pay Stephens, Quen | 1,252.13 |
| 06/05 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.38 |
| 06/11 | Mobile Deposit-Avail Tonight | 1,300.00 |
| 06/11 | Mobile Deposit-Avail Tonight | 3,500.00 |
| 06/12 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.37 |
| | Total Deposits & Credits | $20,881.63 |

### WITHDRAWALS

| | | |
|---|---|---|
| 05/18 | Card Purchase Google *Pay    4829 G.CO/Walleth# CA 94043    0149 | 148.00 |
| 05/21 | Card Purchase Vzwrlss*bill PA 4814 800-9220204   CA 95630    0149 | 400.00 |
| 05/26 | Card Purchase Google *Pay    4829 G.CO/Walleth# CA 94043    0149 | 140.00 |
| 05/26 | Paypal        Transfer Quentin Stephe 5sr22awr3seq4 | 1,001.00 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**For new purchase or refinance mortgage information, contact your
Mortgage Production Manager, Randy Styles, NMLS 546618, at (678)845-5777
or online at www.regionsmortgage.com/randymstyles.**

**For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for  Home Equity loans call 1- 800-231-7493.**



**Thank You For Banking With Regions!**
2020 Regions Bank Member FDIC. All loans subject to credit approval.


**Regions Bank**
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

1

**ACCOUNT #**

| | |
|---|---|
| | 060 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 2 of 4 |

## WITHDRAWALS (CONTINUED)

| | | |
|---|---|---|
| 05/28 | Country Mutual   Insurance. Quentin Stephe | 264.45 |
| 05/29 | Paypal       Transfer Quentin Stephe 5sr22awskaal8 | 1,222.22 |
| 06/01 | Card Purchase Google *Pay     4829 G.CO/Walleth# CA 94043   0149 | 140.00 |
| 06/02 | Card Purchase Bluffmycall.Com  7299 234-2220179  NJ 08701   0149 | 10.00 |
| 06/03 | Card Purchase Google *Pay     4829 G.CO/Walleth# CA 94043   0149 | 1,225.00 |
| 06/08 | Card Purchase Google *Pay     4829 G.CO/Walleth# CA 94043   0149 | 140.00 |
| 06/08 | Card Purchase 1925 Extra Spac 4225 Snellville   GA 30078   0149 | 300.00 |
| 06/08 | PIN Purchase Racetrac110     5542 Union City   GA       0149 | 35.33 |
| 06/09 | Card Purchase Google *Pay     4829 G.CO/Walleth# CA 94043   0149 | 1,325.00 |
| 06/11 | Card Purchase Amzn Mktp Us*my  5942 Amzn.Com/Bill WA 98109   0149 | 38.15 |
| 06/12 | Paypal        Transfer Quentin Stephe 5sr22awwb5nly | 944.44 |
| 06/15 | Card Purchase Qt 770       5541 Conyers    GA 30013   0149 | 38.37 |
| 06/15 | Card Purchase Google *Pay     4829 G.CO/Walleth# CA 94043   0149 | 130.00 |
| 06/15 | Card Purchase Cash App*quenti 4829 8774174551   CA 94103   0149 | 1,622.00 |
| 06/15 | Paypal        Transfer Quentin Stephe 5sr22awwx35ac | 1,125.00 |
| 06/16 | Card Purchase Cigars       5993 484-285-0400  PA 18015   0149 | 228.07 |
| | Total Withdrawals | $10,477.03 |

## FEES

| | | |
|---|---|---|
| 05/18 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| 05/28 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| 06/11 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| 06/11 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| | Total Fees | $59.80 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 36.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 05/19 | | 40.00 | 05/18 | 995082 | 2,000.00 |
| 06/01 | | 70.00 | 05/28 | 995084 * | 1,995.00 |
| 06/04 | | 100.00 | 06/11 | 995086 * | 2,000.00 |
| 06/08 | | 240.00 | | | |
| | | | | Total Checks | $6,445.00 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/18 | 5,623.67 | 05/27 | 11,100.04 | 06/03 | 9,815.80 |
| 05/19 | 5,583.67 | 05/28 | 8,825.64 | 06/04 | 9,715.80 |
| 05/21 | 5,183.67 | 05/29 | 11,260.80 | 06/05 | 13,025.31 |
| 05/22 | 7,241.04 | 06/01 | 11,050.80 | 06/08 | 12,309.98 |
| 05/26 | 9,100.04 | 06/02 | 11,040.80 | 06/09 | 10,984.98 |



**Regions Bank**
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

1

**ACCOUNT #** 

060

| | |
|---|---|
| Cycle | 09 |
| Enclosures | 0 |
| Page | 3 of 4 |

## DAILY BALANCE SUMMARY (CONTINUED)

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/11 | 13,716.93 | 06/15 | 11,914.49 | 06/16 | 11,686.42 |
| 06/12 | 14,829.86 | | | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for  further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |



**Account: PAYMENT**    PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER    $1,999.00

7074/2611

Please Direct Any Questions To
(800) 243-2508
Online Bill Payment Processing Center    0000995074

REGIONS BANK    March 24, 2020

QUENTIN A STEPHENS
293 JONESBORO RD 559
MCDONOUGH, GA 30253

Pay  ONE THOUSAND NINE HUNDRED NINETY NINE AND 00/100 _____    **DOLLARS**

$ |****1,999.00

Void After 180 DAYS.
Signature On File
This check has been authorized
by your depositor

TO
THE
ORDER
OF

DELICIA COWAN
771 SUNSET PARK DR
SUWANEE, GA 30024-5528

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. [VOID] FEATURE, SIMULATED WATERMARK (REVERSE SIDE), MICRO-PRINT BORDER

80

**84062848**

3/24/2020 - 11:21:37
MOBILE
GEORGIA UNITED CU
>261171305<

MC1142 [Rev 11/12] M 3866834

**REGIONS**
(FOR INTERNAL USE ONLY)

**Checking Withdrawal**

NON-NEGOTIABLE

DATE 3-25-2020

$ 40.00

Four ty  And  00/100                                    DOLLARS

Transfer / Payment To:

Account Type          Account Number
Regin Is'n s-

Print Name
Rose B. yer

Signature

0 2 5 3 2 4 6 4 9 6 7
Withdrawal Account Number

⑆5000⑈0005⑆

Regions Bank >062000019<



PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account:  1202 QUENTIN INVOICE SSS-8348**                                    **$200.00**

7074/2611

Please Direct Any Questions To
(800) 243-2506
Online Bill Payment Processing Center

QUENTIN A STEPHENS
289 JONESBORO RD 559
MCDONOUGH, GA 30253                                                    **0000995072**

REGIONS BANK                                                    **March 13, 2020**
04494 7418946 804506 004506 00010001 k004494

Pay  TWO HUNDRED AND 00/100 ------------------------------------------          **DOLLARS**

TO
THE
ORDER
OF
SPACE SHOP SELF STORAGE- SNELLVI
2350 RONALD REAGAN PKWY # 1202
SNELLVILLE, GA 30078-5638
04494

$  *********200.00

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

7⎵"    80

68306223

PAY TO THE ORDER OF
Regions Bank

062000019
FOR DEPOSIT ONLY
EXTRA SPACE STORAGE #1925
0135110056

MC1142 (Rev 11/12) M 2901852

▲ REGIONS
(FOR INTERNAL USE ONLY)

**Checking Withdrawal**

NON-NEGOTIABLE

DATE 3/31/20

$ 40.00

_____ **DOLLARS**

Transfer / Payment To:

Account Type        Account Number

Pmt Name

Signature

0 2 5 3 2 6 4 5 6 7

Withdrawal Account Number

⑆5000⑈0005⑆

Regions Bank >062000019<

MC1142 (Rev 11/18) M 3001558

**▲ REGIONS**
(FOR INTERNAL USE ONLY)

**Checking Withdrawal**

NON-NEGOTIABLE

DATE 4- 17 202

$ 20.00

*Twenty* _____ **DOLLARS**

Transfer / Payment To:

Account Type _____ Account Number
*Resh Berk*

Prnt Name
*Resh Berk*

Signature

Withdrawal Account Number*

⑆5000⑈0005⑉

Regions Bank >062000019<

MC-1142 (Rev 13/12) M 3901859

**▲ REGIONS**
(FOR INTERNAL USE ONLY)

**Checking Withdrawal**
NON-NEGOTIABLE

DATE *4-20-2020*

$ *100.00*

**DOLLARS**

Transfer / Payment To:

Account Type _____   Account Number _____

Print Name _____

Signature _____

Withdrawal Account Number

⑈5000⑈0005⑈

Regions Bank >062000019<

MC1142 (Rev 11/12) M 3801098

**▲ REGIONS**
(FOR INTERNAL USE ONLY)

**Checking Withdrawal**

NON-NEGOTIABLE

DATE _4-22-20_

$ _240.00_

_Two Hundred & Fourty_ _____ **DOLLARS**

Transfer / Payment To:

Account Type _____  Account Number _____

_R GSU B122_

Print Name

_Ron Rus_

Signature

Withdrawal Account Number

⑆ 5000 ⑈ 000 5 ⑆

Regions Bank >062000019<



**Account: PAYMENT**   PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

$2,000.00

7074/2611

Please Direct Any Questions To
(800) 243-2508
Online Bill Payment Processing Center

0000995080

April 28, 2020

QUENTIN A STEPHENS
282 JONESBORO RD 559
MCDONOUGH, GA 30253

REGIONS BANK

Pay  TWO THOUSAND AND 00/100 ———————————

DOLLARS

$ ••••••2,000.00

TO
THE
ORDER
OF

DELICIA COWAN
771 SUNSET PARK DR
SUWANEE, GA 30024-5528

Void After 180 DAYS.
Signature On File
This check has been authorized
by your depositor

84038758

4/29/2020 - 15:51:52
MOBILE
GEORGIA UNITED CU

BO

MC11.62 (Rev 11/12) M 990189W

**▲ REGIONS**
(FOR INTERNAL USE ONLY)

**Checking Withdrawal**

NON-NEGOTIABLE

DATE 5-4-2020

$ 240.00

_Two Hundred Forty and 00/100_ **DOLLARS**

Transfer / Payment To:

Account Type: _Cash B!ox_    Account Number

Print Name: _Butler_

Signature: _Butler_

Withdrawal Account Number

⑆5000⑈0005⑆

Regions Bank >062000019<

MC1142 (Rev. 11/12) M 300123

**▲ REGIONS**
(FOR INTERNAL USE ONLY)

**Checking Withdrawal**

NON-NEGOTIABLE

DATE 5/11/20

$ 40.00

_____ **DOLLARS**

Transfer / Payment To:

Account Type        Account Number

Print Name

Signature

0 2 5 3 2 6 4 9 6 7

Withdrawal Account Number

Regions Bank >062000019<

MC1142 (Rev 11/12) M 3602260

**▲ REGIONS**
(FOR INTERNAL USE ONLY)

**Checking Withdrawal**

NON-NEGOTIABLE

DATE 5-15-2020

$ 40.00

Fourty and no/ _____ **DOLLARS**

Transfer / Payment To:

Account Type / Account Number

Print Name

Signature

Withdrawal Account Number

⑈5000⑈0005⑈

Regions Bank >062000019<

Regions Bank >062000019<

MC1142 (Rev 11/12)  M 3804888

**▲ REGIONS**
(FOR INTERNAL USE ONLY)

**Checking Withdrawal**

NON-NEGOTIABLE

DATE 5-9-2020

$ 55.00

Fifty Five and ⁰⁰/₁₀₀ _____ **DOLLARS**

**Transfer / Payment To:**

Account Type _____ Account Number _____

Rosy Binag
Print Name

Signature

Withdrawal Account Number

⑆5000⑈0005⑆

Regions Bank >062000019<

Account: PAYMENT

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

$1,995.00

7074/2611

Please Direct Any Questions To
(800) 243-2508
Online Bill Payment Processing Center

0000995084

QUENTIN A STEPHENS
289 JONESBORO RD 559
MCDONOUGH, GA 30253

REGIONS BANK

May 28, 2020

Pay ONE THOUSAND NINE HUNDRED NINETY FIVE AND 00/100 —

DOLLARS

$ *****1,995.00

TO
THE
ORDER
OF

CELICIA @OWAN
771 SUNSET PARK DR
SUWANEE, GA 30924-5526

Void After 180 DAYS.
Signature On File
This check has been authorized
by your depositor

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER, EVOKE FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

84036961

5/28/2020 - 12:14:07
MOBILE
GEORGIA UNITED CU
>261171309<

**Account: PAYMENT**

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

$2,000.00

7074/2611

QUENTIN A STEPHENS
239 JONESBORO RD 559
MCDONOUGH, GA 30253

Please Direct Any Questions To
(800) 243-2508
Online Bill Payment Processing Center

REGIONS BANK

0000995082

May 18, 2020

Pay TWO THOUSAND AND 00/100 ——————————————————————— DOLLARS

$ *****2,000.00

TO
THE
ORDER
OF

DELICIA COWAN
771 SUNSET PARK DR
SUWANEE, GA 30024-5528

Void After 180 DAYS.
Signature On File
This check has been authorized
by your depositor

80

84050291

5/18/2020 - 10:24:57
MOBILE
GEORGIA UNITED CU
>261171309<

MC1142 (Rev 11/13)  NI 3390290

**REGIONS**
(FOR INTERNAL USE ONLY)

**Checking Withdrawal**

NON-NEGOTIABLE

DATE _5-19.2020_

$ _40.00_

_Fourty and uy_

**DOLLARS**

Transfer / Payment To:

Account Type _____    Account Number _____

_RCS4 B/20_

Print Name

_Rose Dnfe,_

Signature _____    Withdrawal Account Number

Regions Bank >062000019<

2020051974062771538 01 0946
Regions Bank >062000019<



9303F6 (08/16)

**Account**

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**$887.00**

7074/2611

Please Direct Any Questions To
(800) 243-2508
Online Bill Payment Processing Center

**0000995076**

QUENTIN A STEPHENS
289 JONESBORO RD 559
MCDONOUGH, GA 30253

**REGIONS BANK**

**April 02, 2020**

Pay  EIGHT HUNDRED EIGHTY SEVEN AND 00/100 ————————————————

**DOLLARS**

$ *******887.00

TO
THE
ORDER
OF

ALLSTATE LIFE INSURANCE
1326 CONCORD RD SE
SMYRNA, GA 30080-5309

Void After 180 DAYS
*Signature On File*
This check has been authorized
by your depositor

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER, "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

80

77499176

ENDORSE HERE

FOR DEPOSIT ONLY

ALLSTATE INSURANCE CO

HUNTINGTON NATIONAL BANK
> 044115090 <
CENTRALIZED RETURNS
01891751907

WELLS FARGO BANK
4439421750

2188663444

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC