# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

| | | | | |
|---|---|---|---|---|
| IN RE: | **QUENTIN ALEXANDER STEPHENS** | } | **CASE NUMBER:** | **16-71479-jrs** |
| | | } | | |
| | | } | | |
| | | } | **JUDGE** | **James R. Sacca** |
| | | } | | |
| | **DEBTOR.** | } | **CHAPTER 11** | |

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD

**FROM**          7/1/2020          **TO**          7/31/2020

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:          8/4/2020

/s/ Howard P. Slomka
Attorney for Debtor

Debtor's Address
and Phone Number:
3294 Kylee Dawn Circle
Lawrenceville, Georgia 30045
Tel. (404) 606-9871

Attorney's Address
and Phone Number:
3500 Riverwood Parkway. Ste 2100
Bar No: 652875
Tel: (404) 800-4017

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: Quentin Alexander Stephens |
|---|
| Case Number: 16-71479-jrs |

Note:  The information requested below is a summary of the information reported the various Schedules and Attachments  contained within this report.

| | Month July | Cumulative Total |
|---|---|---|
| **CASH- Beginning of Month (Household)** | $14,990.01 | $14,990.01 |
| **CASH- Beginning of Month (Business)** | | |
| | | |
| **Total Household Receipts** | $29,017.73 | $29,017.73 |
| **Total Business Receipts** | | |
| **Total Receipts** | $44,007.74 | $29,017.73 |
| | | |
| **Total Household Disbursements** | $25,783.16 | $25,783.16 |
| **Total Business Disbursements** | . | |
| **Total Disbursements** | $25,783.16 | $25,783.16 |
| | | |
| NET CASH FLOW  (Total Receipts minus Total Disbursements) | $18,224.58 | $18,224.58 |
| | | |
| **CASH- End of Month (Individual)** | $18,224.58 | $18,224.58 |
| **CASH- End of Month (Business)** | | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | | |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | |
| | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 4th  day of August 2020.

/s/ Quentin Stephens

Debtor's Signature

**SCHEDULE OF HOUSEHOLD**
**CASH RECEIPTS AND CASH DISBURSEMENTS**

| | Month | Cumulative |
|---|---|---|
| | July | Total |
| **CASH** - Beginning of Month | $14,990.01 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | $29,017.73 | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **TOTAL RECEIPTS** | $44,007.74 | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | 5012.38 | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | 1986.1 | |
| Household Repairs & Maintenance | | |
| Insurance | 290.42 | |
| IRA Contribution | | |
| Lease/Rent Payments | 1222.22 | |
| Medical/Dental Payments | | |
| Other Secured Payments | | |
| Mortgage Payment(s) | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | 2801.74 | |
| Tuition/Education | 12225 | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 2245.3 | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | | |
| Bank Fees | | |
| Paypal | | |
| U. S. Trustee Quarterly Fees | | |
| Miscelanous | | |
| Cash | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| Moving Expenses | | |
| | | |
| | | |
| **Total Household Disbursements** | $25,783.16 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | $18,224.58 | |

MONTHLY OPERATING REPORT - INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post-petition state or federal income taxes past due? | | X |
| 8. Are any post-petition state or local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | | X |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wage payments past due? | | X |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY        and        CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Country Financial 008661086 | 1/21/2020- 1/21/2021 | Monthly $255.76 | |
| Amica N003691182 | 1/20/2020- 1/20/2021 | Monthly $208 | |
| | | | |
| | | | |
| | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: Filed

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 2**

### BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Regions Bank | | | |
| Account Number: | 253264967 | | | |
| Purpose of Account (Business/Personal) | DIP | | | |
| Type of Account (e.g. checking) | Checking | | | |
| | | | | |
| 1. **Balance per Bank Statement** | $18,224.58 | | | |
| 2. **ADD**: Deposits not credited (attach list to this report) | | | | |
| 3. **SUBTRACT**: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. **Month End Balance** (Must Agree with Books) | $18,224.58 | | | |
| TOTAL OF ALL ACCOUNTS | $18,224.58 | | | |
| | | | | |

**Note: Attach a copy of the bank statement and bank reconciliation for each account.**

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach a copy of each investment account statement.**

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | None | |
| Plus:  Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | None | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| **Total Accounts Receivable**\*\* | | |

\*  **Attach explanation of  any adjustment or writeoff.**

\*\* **The "current month" of these two lines must equal.**

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | None | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | | |
| **Total Post-Petition Taxes** | | |

\*   The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\*  Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| **Accounts Payable Beginning Balance\*** | None | | |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs\*\* | | | |
| **Accounts Payable Ending Balance** | | | |

\*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]\*\*\* | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**REGIONS**

Regions Bank
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

**ACCOUNT #**

|  |  |
|---|---|
|  | 060 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 1 of 4 |

## LIFEGREEN CHECKING
June 18, 2020 through July 20, 2020

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$11,686.42** | Minimum Balance | $6,076 |
| Deposits & Credits | $31,510.19 + | Average Balance | $13,909 |
| Withdrawals | $11,058.63 − | | |
| Fees | $29.90 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $17,755.05 − | | |
| **Ending Balance** | **$14,353.03** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 06/18 | Mobile Deposit-Avail Tonight | 500.00 |
| 06/19 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.38 |
| 06/22 | Mobile Deposit-Avail Tonight | 1,000.00 |
| 06/26 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.38 |
| 06/30 | Zelle Credit From Michael Back Ref# 01820030fq80 | 1,600.00 |
| 07/01 | Zelle Credit From Michael Back Ref# 01830030gi7q | 200.00 |
| 07/03 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.38 |
| 07/06 | Card Credit Cash App*cash O  4829 VISA Direct   CA 94103    0149 | 9,357.50 |
| 07/10 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.39 |
| 07/10 | Sons Bavarian Ll Direct Pay Stephens, Quen | 6,965.78 |
| 07/13 | Zelle Credit From Henry, Latoy Ref# 01930080jjqg | 1,600.00 |
| 07/17 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.38 |
| | Total Deposits & Credits | $31,510.19 |

### WITHDRAWALS

| | | |
|---|---|---|
| 06/18 | Card Purchase Vzwrlss*bill PA  4814 800-9220204   CA 95630   0149 | 400.00 |
| 06/22 | Card Purchase Cash App*quenti  4829 8774174551   CA 94103   0149 | 1,365.00 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**For new purchase or refinance mortgage information, contact your
Mortgage Production Manager, Randy Styles, NMLS 546618, at (678)845-5777
or online at www.regionsmortgage.com/randymstyles.**

**For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for  Home Equity loans call 1- 800-231-7493.**



**Thank You For Banking With Regions!**
2020 Regions Bank Member FDIC. All loans subject to credit approval.



Regions Bank
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

**ACCOUNT #**

| | |
|---|---|
| | 060 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 2 of 4 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 06/22 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043    0149 | 130.00 |
| 06/29 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043    0149 | 130.00 |
| 06/29 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043    0149 | 120.00 |
| 06/29 | Paypal        Transfer Quentin Stephe 5sr22ax2ey9wq | 808.00 |
| 06/30 | Card Purchase Cigars      5993 484-285-0400  PA 18015    0149 | 238.77 |
| 06/30 | Country Mutual  Insurance. Quentin Stephe | 264.45 |
| 07/03 | Card Purchase Cash App*quenti 4829 8774174551    CA 94103    0149 | 788.99 |
| 07/03 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043    0149 | 1,225.00 |
| 07/03 | Card Purchase Cash App*quenti 4829 8774174551    CA 94103    0149 | 2,955.00 |
| 07/03 | Paypal        Transfer Quentin Stephe 5sr22ax3e9enc | 355.25 |
| 07/06 | Card Purchase McDonald S F174  5814 Fairburn     GA 30213    0149 | 26.31 |
| 07/06 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043    0149 | 128.00 |
| 07/09 | Card Purchase U-Haul Moving &  4225 800-789-3638  GA 30078    0149 | 364.75 |
| 07/13 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043    0149 | 135.00 |
| 07/13 | Paypal        Transfer Quentin Stephe 5sr22ax5lmq42 | 1,325.00 |
| 07/16 | Card Purchase Five Guys 0404  5814 703-339-2671  GA 30331    0149 | 94.06 |
| 07/17 | Card Purchase Vn Pho      5812 Morrow      GA 30260    0149 | 70.05 |
| 07/20 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043    0149 | 135.00 |
| | Total Withdrawals | $11,058.63 |

## FEES

| Date | Description | Amount |
|---|---|---|
| 06/29 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| 07/10 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| | Total Fees | $29.90 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 36.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 06/18 | | 240.00 | 07/10 | | 240.00 |
| 06/24 | | 50.00 | 07/15 | | 140.00 |
| 06/26 | | 100.00 | 07/20 | | 100.00 |
| 06/29 | | 50.00 | 07/02 | 995090 | 1,985.05 |
| 07/02 | | 200.00 | 07/16 | 995093 * | 2,150.00 |
| 07/09 | | 12,500.00 | | Total Checks | $17,755.05 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/18 | 11,546.42 | 06/24 | 13,058.80 | 06/30 | 14,990.01 |
| 06/19 | 13,603.80 | 06/26 | 15,016.18 | 07/01 | 15,190.01 |
| 06/22 | 13,108.80 | 06/29 | 13,893.23 | 07/02 | 13,004.96 |

REGIONS

Regions Bank
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

**ACCOUNT #**

| | |
|---|---|
| | 060 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 3 of 4 |

## DAILY BALANCE SUMMARY (CONTINUED)

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07/03 | 9,738.10 | 07/10 | 14,844.76 | 07/16 | 12,600.70 |
| 07/06 | 18,941.29 | 07/13 | 14,984.76 | 07/17 | 14,588.03 |
| 07/09 | 6,076.54 | 07/15 | 14,844.76 | 07/20 | 14,353.03 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

**4a** List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for  further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

## QUENTIN A STEPHENS

## LIFEGREEN CHECKING *4967

| POSTED BALANCE | PENDING | AVAILABLE BALANCE | TOTAL OFFERS | EARNED REWARDS |
|---|---|---|---|---|
| $15,912.58 | -$1,569.11 | $14,343.47 | 14 | $0.00 |

**Activity**     Statements & Docs

Date Range:  Last 90 days

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| *Pending...* | PU | GRAND HYATT ATL | −$212.11 | $14,343.47 |
| *Pending...* | PU | GOOGLE *Pay | −$1,225.00 | $14,555.58 |
| *Pending...* | PU | GRAND HYATT ATL | −$132.00 | $15,780.58 |
| 8/3/2020 | Card Purchase | GOOGLE *Pay 0149 | −$162.00 | $15,912.58 |
| 8/3/2020 | Check | CHECK #995094 | −$2,150.00 | $16,074.58 |
| 7/31/2020 | Payment | ZELLE DEBIT TO DETRON HAMMOND | −$400.00 | $18,224.58 |
| 7/31/2020 | Electronic Credit | **SONS BAVARIAN LL DIRECT PAY** | **$2,247.35** | $18,624.58 |
| 7/31/2020 | Credit | **ZELLE CREDIT FROM MICHAEL BACK** | **$1,600.00** | $16,377.23 |
| 7/30/2020 | Check | CHECK #0 | −$40.00 | $14,777.23 |
| 7/28/2020 | Debit | COUNTRY MUTUAL INSURANCE. | −$290.42 | $14,817.23 |
| 7/28/2020 | Credit | **ZELLE CREDIT FROM MAISHA BECKH** | **$800.00** | $15,107.65 |
| 7/24/2020 | Card Purchase | GOOGLE *Pay 0149 | −$135.00 | $14,307.65 |
| 7/24/2020 | Card Purchase | GOOGLE *Pay 0149 | −$125.00 | $14,442.65 |
| 7/24/2020 | Check | CHECK #0 | −$200.00 | $14,567.65 |
| 7/24/2020 | Electronic Credit | **SONS BAVARIAN LL DIRECT PAY** | **$2,132.39** | $14,767.65 |
| 7/23/2020 | Debit | PAYPAL TRANSFER | −$1,222.22 | $12,635.26 |
| 7/22/2020 | Card Purchase | VZWRLSS*BILL PA 0149 | −$355.55 | $13,857.48 |
| *New Offer!* | Earn $25 Cash Back! | | | See Details |
| 7/22/2020 | Check | CHECK #0 | −$140.00 | $14,213.03 |
| 7/20/2020 | Card Purchase | GOOGLE *Pay 0149 | −$135.00 | $14,353.03 |
| 7/20/2020 | Check | CHECK #0 | −$100.00 | $14,488.03 |
| 7/17/2020 | Card Purchase | VN Pho 0149 | −$70.05 | $14,588.03 |
| *New Offer!* | Earn 10% Cash Back! | | | |

Message Us

| Date | Type | Description | Amount | Balance |
|------|------|-------------|--------|---------|
| 7/17/2020 | Electronic Credit | **SONS BAVARIAN LL DIRECT PAY** | **$2,057.38** | $14,658.08 |
| 7/16/2020 | Card Purchase | FIVE GUYS 0404 0149 | –$94.06 | $12,600.70 |
| 7/16/2020 | Check | CHECK #995093 | –$2,150.00 | $12,694.76 |
| 7/15/2020 | Check | CHECK #0 | –$140.00 | $14,844.76 |
| 7/13/2020 | Debit | PAYPAL TRANSFER | –$1,325.00 | $14,984.76 |
| 7/13/2020 | Card Purchase | GOOGLE *Pay 0149 | –$135.00 | $16,309.76 |
| 7/13/2020 | Credit | **ZELLE CREDIT FROM HENRY, LATOY** | **$1,600.00** | $16,444.76 |
| 7/10/2020 | Fee | OVERNITE CHK PMT OVERNTFEE | –$14.95 | $14,844.76 |
| 7/10/2020 | Check | CHECK #0 | –$240.00 | $14,859.71 |
| 7/10/2020 | Electronic Credit | **SONS BAVARIAN LL DIRECT PAY** | **$6,965.78** | $15,099.71 |
| 7/10/2020 | Electronic Credit | **SONS BAVARIAN LL DIRECT PAY** | **$2,057.39** | $8,133.93 |
| 7/9/2020 | Card Purchase | U-HAUL MOVING & 0149 | –$364.75 | $6,076.54 |
| 7/9/2020 | Check | CHECK #0 | –$12,500.00 | $6,441.29 |
| 7/6/2020 | Card Purchase | GOOGLE *Pay 0149 | –$128.00 | $18,941.29 |
| 7/6/2020 | Card Purchase | MCDONALD S F174 0149 | –$26.31 | $19,069.29 |
| 7/6/2020 | Electronic Credit | **Cash App*Cash O 4829** | **$9,357.50** | $19,095.60 |
| 7/3/2020 | Debit | PAYPAL TRANSFER | –$355.25 | $9,738.10 |
| 7/3/2020 | Card Purchase | CASH APP*QUENTI 0149 | –$2,955.00 | $10,093.35 |
| 7/3/2020 | Card Purchase | GOOGLE *Pay 0149 | –$1,225.00 | $13,048.35 |
| 7/3/2020 | Card Purchase | CASH APP*QUENTI 0149 | –$788.99 | $14,273.35 |
| 7/3/2020 | Electronic Credit | **SONS BAVARIAN LL DIRECT PAY** | **$2,057.38** | $15,062.34 |
| 7/2/2020 | Check | CHECK #0 | –$200.00 | $13,004.96 |
| 7/2/2020 | Check | CHECK #995090 | –$1,985.05 | $13,204.96 |
| 7/1/2020 | Credit | **ZELLE CREDIT FROM MICHAEL BACK** | **$200.00** | $15,190.01 |
| 6/30/2020 | Debit | COUNTRY MUTUAL INSURANCE. | –$264.45 | $14,990.01 |
| 6/30/2020 | Card Purchase | CIGARS 0149 | –$238.77 | $15,254.46 |
| 6/30/2020 | Credit | **ZELLE CREDIT FROM MICHAEL BACK** | **$1,600.00** | $15,493.23 |
| 6/29/2020 | Fee | OVERNITE CHK PMT OVERNTFEE | –$14.95 | $13,893.23 |
| 6/29/2020 | Debit | PAYPAL TRANSFER | –$808.00 | $13,908.18 |
| 6/29/2020 | Card Purchase | GOOGLE *Pay 0149 | –$120.00 | |

Message Us

| Date | Type | Description | Amount | Balance |
|------|------|-------------|--------|---------|
| 6/29/2020 | Card Purchase | GOOGLE *Pay 0149 | –$130.00 | $14,836.18 |
| 6/29/2020 | Check | CHECK #0 | –$50.00 | $14,966.18 |
| 6/26/2020 | Check | CHECK #0 | –$100.00 | $15,016.18 |
| 6/26/2020 | Electronic Credit | **SONS BAVARIAN LL DIRECT PAY** | **$2,057.38** | $15,116.18 |
| 6/24/2020 | Check | CHECK #0 | –$50.00 | $13,058.80 |
| 6/22/2020 | Card Purchase | GOOGLE *Pay 0149 | –$130.00 | $13,108.80 |
| 6/22/2020 | Card Purchase | CASH APP*QUENTI 0149 | –$1,365.00 | $13,238.80 |
| 6/22/2020 | Credit | **MOBILE DEPOSIT-AVAIL TONIGHT** | **$1,000.00** | $14,603.80 |
| 6/19/2020 | Electronic Credit | **SONS BAVARIAN LL DIRECT PAY** | **$2,057.38** | $13,603.80 |
| 6/18/2020 | Card Purchase | VZWRLSS*BILL PA 0149 | –$400.00 | $11,546.42 |
| 6/18/2020 | Check | CHECK #0 | –$240.00 | $11,946.42 |
| 6/18/2020 | Credit | **MOBILE DEPOSIT-AVAIL TONIGHT** | **$500.00** | $12,186.42 |
| 6/16/2020 | Card Purchase | CIGARS 0149 | –$228.07 | $11,686.42 |
| 6/15/2020 | Debit | PAYPAL TRANSFER | –$1,125.00 | $11,914.49 |
| 6/15/2020 | Card Purchase | CASH APP*QUENTI 0149 | –$1,622.00 | $13,039.49 |
| 6/15/2020 | Card Purchase | GOOGLE *Pay 0149 | –$130.00 | $14,661.49 |
| 6/15/2020 | Card Purchase | QT 770 0149 | –$38.37 | $14,791.49 |
| 6/12/2020 | Debit | PAYPAL TRANSFER | –$944.44 | $14,829.86 |
| 6/12/2020 | Electronic Credit | **SONS BAVARIAN LL DIRECT PAY** | **$2,057.37** | $15,774.30 |
| 6/11/2020 | Fee | OVERNITE CHK PMT OVERNTFEE | –$14.95 | $13,716.93 |
| 6/11/2020 | Fee | OVERNITE CHK PMT OVERNTFEE | –$14.95 | $13,731.88 |
| 6/11/2020 | Card Purchase | AMZN Mktp US*MY 0149 | –$38.15 | $13,746.83 |
| 6/11/2020 | Check | CHECK #995086 | –$2,000.00 | $13,784.98 |
| 6/11/2020 | Credit | **MOBILE DEPOSIT-AVAIL TONIGHT** | **$3,500.00** | $15,784.98 |
| 6/11/2020 | Credit | **MOBILE DEPOSIT-AVAIL TONIGHT** | **$1,300.00** | $12,284.98 |
| 6/9/2020 | Card Purchase | GOOGLE *Pay 0149 | –$1,325.00 | $10,984.98 |
| 6/8/2020 | Card Purchase | RACETRAC110 0149 | –$35.33 | $12,309.98 |
| 6/8/2020 | Card Purchase | 1925 EXTRA SPAC 0149 | –$300.00 | $12,345.31 |
| 6/8/2020 | Card Purchase | GOOGLE *Pay 0149 | –$140.00 | $12,645.31 |
| 6/8/2020 | Check | CHECK #0 | –$240.00 | |

Message Us

| Date | Type | Description | Amount | Balance |
|------|------|-------------|--------|---------|
| 6/5/2020 | Electronic Credit | **SONS BAVARIAN LL DIRECT PAY** | **$2,057.38** | $13,025.31 |
| 6/5/2020 | Electronic Credit | **SONS BAVARIAN LL DIRECT PAY** | **$1,252.13** | $10,967.93 |
| 6/4/2020 | Check | CHECK #0 | –$100.00 | $9,715.80 |
| 6/3/2020 | Card Purchase | GOOGLE *Pay 0149 | –$1,225.00 | $9,815.80 |
| 6/2/2020 | Card Purchase | BLUFFMYCALL.COM 0149 | –$10.00 | $11,040.80 |
| 6/1/2020 | Card Purchase | GOOGLE *Pay 0149 | –$140.00 | $11,050.80 |
| 6/1/2020 | Check | CHECK #0 | –$70.00 | $11,190.80 |
| 5/29/2020 | Debit | PAYPAL TRANSFER | –$1,222.22 | $11,260.80 |
| 5/29/2020 | Electronic Credit | **SONS BAVARIAN LL DIRECT PAY** | **$2,057.38** | $12,483.02 |
| 5/29/2020 | Credit | **ZELLE CREDIT FROM MICHAEL BACK** | **$1,600.00** | $10,425.64 |
| 5/28/2020 | Fee | OVERNITE CHK PMT OVERNTFEE | –$14.95 | $8,825.64 |
| 5/28/2020 | Debit | COUNTRY MUTUAL INSURANCE. | –$264.45 | $8,840.59 |
| 5/28/2020 | Check | CHECK #995084 | –$1,995.00 | $9,105.04 |
| 5/27/2020 | Credit | **MOBILE DEPOSIT-AVAIL TONIGHT** | **$2,000.00** | $11,100.04 |
| 5/26/2020 | Debit | PAYPAL TRANSFER | –$1,001.00 | $9,100.04 |
| 5/26/2020 | Card Purchase | GOOGLE *Pay 0149 | –$140.00 | $10,101.04 |
| 5/26/2020 | Credit | **MOBILE DEPOSIT-AVAIL TONIGHT** | **$3,000.00** | $10,241.04 |
| 5/22/2020 | Electronic Credit | **SONS BAVARIAN LL DIRECT PAY** | **$2,057.37** | $7,241.04 |
| 5/21/2020 | Card Purchase | VZWRLSS*BILL PA 0149 | –$400.00 | $5,183.67 |
| 5/19/2020 | Check | CHECK #0 | –$40.00 | $5,583.67 |
| 5/18/2020 | Fee | OVERNITE CHK PMT OVERNTFEE | –$14.95 | $5,623.67 |
| 5/18/2020 | Card Purchase | GOOGLE *Pay 0149 | –$148.00 | $5,638.62 |
| 5/18/2020 | Check | CHECK #995082 | –$2,000.00 | $5,786.62 |
| 5/15/2020 | Card Purchase | GOOGLE *Pay 0149 | –$386.00 | $7,786.62 |
| 5/15/2020 | Card Purchase | CHICK-FIL-A #01 0149 | –$21.53 | $8,172.62 |
| 5/15/2020 | Card Purchase | SHELL OIL 57542 0149 | –$10.13 | $8,194.15 |
| 5/15/2020 | Check | CHECK #0 | –$40.00 | $8,204.28 |
| 5/15/2020 | Electronic Credit | **SONS BAVARIAN LL DIRECT PAY** | **$2,057.38** | $8,244.28 |
| 5/14/2020 | Card Purchase | QT 770 0149 | –$38.85 | $6,186.90 |
| 5/14/2020 | Card Purchase | RACETRAC110 0 0149 | –$14.86 | |

Message Us

| Date | Type | Description | Amount | Balance |
|------|------|-------------|--------|---------|
| 5/11/2020 | Debit | PAYPAL TRANSFER | –$699.24 | $6,240.61 |
| 5/11/2020 | Card Purchase | GOOGLE *Pay 0149 | –$136.00 | $6,939.85 |
| 5/11/2020 | Card Purchase | GOOGLE *Pay 0149 | –$1,000.00 | $7,075.85 |
| 5/11/2020 | Card Purchase | SQ *GRUB TRUCK 0149 | –$62.67 | $8,075.85 |
| 5/11/2020 | Card Purchase | CASH APP*QUENTI 0149 | –$988.00 | $8,138.52 |
| 5/11/2020 | Check | CHECK #0 | –$55.00 | $9,126.52 |
| 5/11/2020 | Check | CHECK #0 | –$40.00 | $9,181.52 |
| 5/8/2020 | Electronic Credit | SONS BAVARIAN LL DIRECT PAY | $2,057.38 | $9,221.52 |
| 5/8/2020 | Credit | ZELLE CREDIT FROM MICHAEL BACK | $1,600.00 | $7,164.14 |

Message Us