### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA

| | | | |
|---|---|---|---|
| IN RE: | } | CASE NUMBER: | 16-71479-jrs |
| | } | | |
| QUENTIN ALEXANDER STEPHENS | } | | |
| | } | JUDGE    James R. Sacca | |
| | } | | |
| DEBTOR. | } | CHAPTER 11 | |

---

### DEBTOR'S  POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD

FROM    <u>1-Jul-20</u>    TO    <u>30-Sep-20</u>

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP

2015.

Dated:    <u>7-Oct-20</u>

<u>/s/ Howard P. Slomka, Esq.</u>
Attorney for Debtor

Debtor's Address
and Phone Number:
3294 Kylee Dawn Circle
Lawrenceville, Georgia 30045
Tel: (404) 606-9871

Attorney's Address
and Phone Number:
3500 Riverwood Parkway, Ste 2100
Bar No.: 652875
Tel: (404) 800-4001

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the
United States Trustee.  Operating Reports must be filed by the last day of the month following the reporting period.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States
Trustee website:   http://www.justice.gov/ust/r20/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | | X | |
| | | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.*

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | X | |
| 2. Are all premium payments current? | | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.*

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY      and      CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Country Financial 008661086 | 1/21/2020-1/21/2021 | Monthly      $255.76 | |
| Amica 003691182 | 1/20/2020 - 1/20/2021 | Monthly      $208 | |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

**Application for Final Decree Filed: August 4, 2020**

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This  7th day of October, 2020.

/s/  Quentin Stephens

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 2**

### CHAPTER 11 POST-CONFIRMATION
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | In re: Quentin Alexander Stephens |
| **Case Number:** | 16-71479-jrs |
| **Date of Plan Confirmation:** | 3/11/2020 |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | | | Quarterly | Post Confirmation Total |
|---|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | | $ $14,990.01 | $ |
| 2. | **INCOME or RECEIPTS during the Period** | | $ 148,079.54 | $ |
| 3. | **DISBURSEMENTS** | | | |
| | a. | **Operating Expenses (Fees/Taxes):** | | |
| | (i) | U.S. Trustee Quarterly Fees | $ $1,293.04 | $ |
| | (ii) | Federal Taxes | N/A | |
| | (iii) | State Taxes | N/A | |
| | (iv) | Other Taxes | N/A | |
| | | | | |
| | b. | **All Other Operating Expenses:** | $ 107,774.80 | $ |
| | | | | |
| | c. | **Plan Payments:** | | |
| | (i) | Administrative Claims | $ 0 | $ |
| | (ii) | Class One | 7573.34 | |
| | (iii) | Class Two | 0 | |
| | (iv) | Class Three | 0 | |
| | (v) | Class Four | 0 | |
| | (vi) | Class Five | **0** | |
| | | (Attach additional pages as needed) | | |
| | | Total | | |
| | **Total Disbursements (Operating & Plan)** | | $ | $ |
| 1. | **CASH (End of Period)** | | $ 31,438.36 | |

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 3**

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
**Prepare Reconcilation for each Month of the Quarter**

| Bank Account Information | Account July | Account August | Account September | |
|---|---|---|---|---|
| Name of Bank: | Regions Bank | Regions Bank | Regions Bank | |
| Account Number: | 253264967 | 253264967 | 253264967 | |
| Purpose of Account (Operating/Payroll/Tax) | DIP | DIP | DIP | |
| Type of Account (e.g. checking) | Checking | Checking | Checking | |
| | | | | |
| 1. **Balance per Bank Statement** | $14,990.01 | $18,224.58 | $29,439.35 | |
| 2. **ADD:** Deposits not credited | | | | |
| 3. **SUBTRACT:** Outstanding Checks | | | | |
| 4. Other Reconciling Items | | | | |
| 5. **Month End Balance** (Must Agree with Books) | $18,224.58 | $29,439.35 | $31,438.36 | |

**Note: Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**

**REGIONS**

Regions Bank
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

1

### ACCOUNT #    0253264967

|  |  |
|---|---|
|  | 060 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 1 of 4 |

## LIFEGREEN CHECKING
May 16, 2020 through June 17, 2020

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$7,786.62** | Minimum Balance | $5,183 |
| Deposits & Credits | $20,881.63 + | Average Balance | $10,236 |
| Withdrawals | $10,477.03 − | | |
| Fees | $59.80 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $6,445.00 − | | |
| **Ending Balance** | **$11,686.42** | | |

### DEPOSITS & CREDITS

| | | | |
|---|---|---|---|
| 05/22 | Sons Bavarian Ll Direct Pay Stephens, Quen | | 2,057.37 |
| 05/26 | Mobile Deposit-Avail Tonight | | 3,000.00 |
| 05/27 | Mobile Deposit-Avail Tonight | | 2,000.00 |
| 05/29 | Zelle Credit From Michael Back Ref# 01500080ho3n | | 1,600.00 |
| 05/29 | Sons Bavarian Ll Direct Pay Stephens, Quen | | 2,057.38 |
| 06/05 | Sons Bavarian Ll Direct Pay Stephens, Quen | | 1,252.13 |
| 06/05 | Sons Bavarian Ll Direct Pay Stephens, Quen | | 2,057.38 |
| 06/11 | Mobile Deposit-Avail Tonight | | 1,300.00 |
| 06/11 | Mobile Deposit-Avail Tonight | | 3,500.00 |
| 06/12 | Sons Bavarian Ll Direct Pay Stephens, Quen | | 2,057.37 |
| | | Total Deposits & Credits | $20,881.63 |

### WITHDRAWALS

| | | | | |
|---|---|---|---|---|
| 05/18 | Card Purchase Google *Pay | 4829 G.CO/Walleth# CA 94043 | 0149 | 148.00 |
| 05/21 | Card Purchase Vzwrlss*bill PA | 4814 800-9220204   CA 95630 | 0149 | 400.00 |
| 05/26 | Card Purchase Google *Pay | 4829 G.CO/Walleth# CA 94043 | 0149 | 140.00 |
| 05/26 | Paypal | Transfer Quentin Stephe 5sr22awr3seq4 | | 1,001.00 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**For new purchase or refinance mortgage information, contact your
Mortgage Production Manager, Randy Styles, NMLS 546618, at (678)845-5777
or online at www.regionsmortgage.com/randymstyles.**

**For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for  Home Equity loans call 1- 800-231-7493.**



**Thank You For Banking With Regions!**
2020 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

Regions Bank
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

1

**ACCOUNT #**   `0253264967`

| | 060 |
|---|---|
| Cycle | 09 |
| Enclosures | 0 |
| Page | 2 of 4 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 05/28 | Country Mutual   Insurance. Quentin Stephe | 264.45 |
| 05/29 | Paypal       Transfer Quentin Stephe 5sr22awskaal8 | 1,222.22 |
| 06/01 | Card Purchase Google *Pay     4829 G.CO/Walleth# CA 94043    0149 | 140.00 |
| 06/02 | Card Purchase Bluffmycall.Com 7299 234-2220179  NJ 08701    0149 | 10.00 |
| 06/03 | Card Purchase Google *Pay     4829 G.CO/Walleth# CA 94043    0149 | 1,225.00 |
| 06/08 | Card Purchase Google *Pay     4829 G.CO/Walleth# CA 94043    0149 | 140.00 |
| 06/08 | Card Purchase 1925 Extra Spac 4225 Snellville   GA 30078   0149 | 300.00 |
| 06/08 | PIN Purchase Racetrac110     5542 Union City   GA          0149 | 35.33 |
| 06/09 | Card Purchase Google *Pay     4829 G.CO/Walleth# CA 94043    0149 | 1,325.00 |
| 06/11 | Card Purchase Amzn Mktp Us*my  5942 Amzn.Com/Bill WA 98109    0149 | 38.15 |
| 06/12 | Paypal        Transfer Quentin Stephe 5sr22awwb5nly | 944.44 |
| 06/15 | Card Purchase Qt 770        5541 Conyers     GA 30013   0149 | 38.37 |
| 06/15 | Card Purchase Google *Pay     4829 G.CO/Walleth# CA 94043    0149 | 130.00 |
| 06/15 | Card Purchase Cash App*quenti 4829 8774174551   CA 94103   0149 | 1,622.00 |
| 06/15 | Paypal        Transfer Quentin Stephe 5sr22awwx35ac | 1,125.00 |
| 06/16 | Card Purchase Cigars      5993 484-285-0400  PA 18015   0149 | 228.07 |
| | Total Withdrawals | $10,477.03 |

## FEES

| Date | Description | Amount |
|---|---|---|
| 05/18 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| 05/28 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| 06/11 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| 06/11 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| | Total Fees | $59.80 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 36.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 05/19 | | 40.00 | 05/18 | 995082 | 2,000.00 |
| 06/01 | | 70.00 | 05/28 | 995084 * | 1,995.00 |
| 06/04 | | 100.00 | 06/11 | 995086 * | 2,000.00 |
| 06/08 | | 240.00 | | | |
| | | | | Total Checks | $6,445.00 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/18 | 5,623.67 | 05/27 | 11,100.04 | 06/03 | 9,815.80 |
| 05/19 | 5,583.67 | 05/28 | 8,825.64 | 06/04 | 9,715.80 |
| 05/21 | 5,183.67 | 05/29 | 11,260.80 | 06/05 | 13,025.31 |
| 05/22 | 7,241.04 | 06/01 | 11,050.80 | 06/08 | 12,309.98 |
| 05/26 | 9,100.04 | 06/02 | 11,040.80 | 06/09 | 10,984.98 |

**REGIONS**

Regions Bank
Conyers Main
1848 Highway 138
Conyers, GA 30094

1

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

**ACCOUNT #**    `0253264967`

060

| | |
|---|---|
| Cycle | 09 |
| Enclosures | 0 |
| Page | 3 of 4 |

| DAILY BALANCE SUMMARY (CONTINUED) | | | | | |
|---|---|---|---|---|---|
| Date | Balance | Date | Balance | Date | Balance |
| 06/11 | 13,716.93 | 06/15 | 11,914.49 | 06/16 | 11,686.42 |
| 06/12 | 14,829.86 | | | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

|     |                                                          | Checking Account |
| --- | -------------------------------------------------------- | ---------------- |
| 1.  | Write here the amount shown on statement for **ENDING BALANCE** | $              |
| 2.  | Enter any deposits which have not been credited on this statement. | $ +            |
| 3.  | Total lines 1 & 2                                        | $ =              |
| 4.  | Enter total from 4a (column on right side of page)       | $ -              |
| 5.  | Subtract line 4 from line 3. This should be your checkbook balance. | $ =     |

| Check No. | Amount |  |
| --------- | ------ | -- |
|           | $      |  |
|           | $      |  |
|           | $      |  |
|           | $      |  |
|           | $      |  |
|           | $      |  |
|           | $      |  |
|           | $      |  |
|           | $      |  |
|           | $      |  |
|           | $      |  |
|           | $      |  |
|           | $      |  |
|           | $      |  |
| Total Enter in Line 4 at Left | |  |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| ---------------- | ---------------- | ----------- | ------------------- | -------------- |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

**Regions Bank**
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

**ACCOUNT #**    `0253264967`

|  |  |
|---|---|
|  | 060 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 1 of 4 |

### LIFEGREEN CHECKING
June 18, 2020 through July 20, 2020

| SUMMARY | | | |
|---|---|---|---|
| **Beginning Balance** | **$11,686.42** | Minimum Balance | $6,076 |
| Deposits & Credits | $31,510.19 + | Average Balance | $13,909 |
| Withdrawals | $11,058.63 − | | |
| Fees | $29.90 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $17,755.05 − | | |
| **Ending Balance** | **$14,353.03** | | |

| DEPOSITS & CREDITS | | |
|---|---|---|
| 06/18 | Mobile Deposit-Avail Tonight | 500.00 |
| 06/19 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.38 |
| 06/22 | Mobile Deposit-Avail Tonight | 1,000.00 |
| 06/26 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.38 |
| 06/30 | Zelle Credit From Michael Back Ref# 01820030fq80 | 1,600.00 |
| 07/01 | Zelle Credit From Michael Back Ref# 01830030gi7q | 200.00 |
| 07/03 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.38 |
| 07/06 | Card Credit Cash App*cash O  4829 VISA Direct   CA 94103    0149 | 9,357.50 |
| 07/10 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.39 |
| 07/10 | Sons Bavarian Ll Direct Pay Stephens, Quen | 6,965.78 |
| 07/13 | Zelle Credit From Henry, Latoy Ref# 01930080jjqg | 1,600.00 |
| 07/17 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,057.38 |
| | Total Deposits & Credits | $31,510.19 |

| WITHDRAWALS | | |
|---|---|---|
| 06/18 | Card Purchase Vzwrlss*bill PA  4814 800-9220204   CA 95630    0149 | 400.00 |
| 06/22 | Card Purchase Cash App*quenti  4829 8774174551   CA 94103    0149 | 1,365.00 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**For new purchase or refinance mortgage information, contact your
Mortgage Production Manager, Randy Styles, NMLS 546618, at (678)845-5777
or online at www.regionsmortgage.com/randymstyles.**

**For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for  Home Equity loans call 1- 800-231-7493.**



**Thank You For Banking With Regions!**
2020 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

Regions Bank
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

**ACCOUNT #**    **0253264967**

| | |
|---|---|
| Cycle | 060 |
| | 09 |
| Enclosures | 0 |
| Page | 2 of 4 |

## WITHDRAWALS (CONTINUED)

| | | | |
|---|---|---|---:|
| 06/22 | Card Purchase Google *Pay | 4829 G.CO/Walleth# CA 94043   0149 | 130.00 |
| 06/29 | Card Purchase Google *Pay | 4829 G.CO/Walleth# CA 94043   0149 | 130.00 |
| 06/29 | Card Purchase Google *Pay | 4829 G.CO/Walleth# CA 94043   0149 | 120.00 |
| 06/29 | Paypal      Transfer Quentin Stephe 5sr22ax2ey9wq | | 808.00 |
| 06/30 | Card Purchase Cigars | 5993 484-285-0400  PA 18015   0149 | 238.77 |
| 06/30 | Country Mutual  Insurance. Quentin Stephe | | 264.45 |
| 07/03 | Card Purchase Cash App*quenti 4829 8774174551    CA 94103   0149 | | 788.99 |
| 07/03 | Card Purchase Google *Pay | 4829 G.CO/Walleth# CA 94043   0149 | 1,225.00 |
| 07/03 | Card Purchase Cash App*quenti 4829 8774174551    CA 94103   0149 | | 2,955.00 |
| 07/03 | Paypal      Transfer Quentin Stephe 5sr22ax3e9enc | | 355.25 |
| 07/06 | Card Purchase McDonald S F174  5814 Fairburn    GA 30213   0149 | | 26.31 |
| 07/06 | Card Purchase Google *Pay | 4829 G.CO/Walleth# CA 94043   0149 | 128.00 |
| 07/09 | Card Purchase U-Haul Moving &  4225 800-789-3638  GA 30078   0149 | | 364.75 |
| 07/13 | Card Purchase Google *Pay | 4829 G.CO/Walleth# CA 94043   0149 | 135.00 |
| 07/13 | Paypal      Transfer Quentin Stephe 5sr22ax5lmq42 | | 1,325.00 |
| 07/16 | Card Purchase Five Guys 0404  5814 703-339-2671  GA 30331   0149 | | 94.06 |
| 07/17 | Card Purchase Vn Pho | 5812 Morrow        GA 30260   0149 | 70.05 |
| 07/20 | Card Purchase Google *Pay | 4829 G.CO/Walleth# CA 94043   0149 | 135.00 |
| | | Total Withdrawals | $11,058.63 |

## FEES

| | | |
|---|---|---:|
| 06/29 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| 07/10 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| | Total Fees | $29.90 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees (may include waived fees) | 0.00 | 36.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---:|---|---|---:|
| 06/18 | | 240.00 | 07/10 | | 240.00 |
| 06/24 | | 50.00 | 07/15 | | 140.00 |
| 06/26 | | 100.00 | 07/20 | | 100.00 |
| 06/29 | | 50.00 | 07/02 | 995090 | 1,985.05 |
| 07/02 | | 200.00 | 07/16 | 995093 * | 2,150.00 |
| 07/09 | | 12,500.00 | | | |
| | | | | Total Checks | $17,755.05 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 06/18 | 11,546.42 | 06/24 | 13,058.80 | 06/30 | 14,990.01 |
| 06/19 | 13,603.80 | 06/26 | 15,016.18 | 07/01 | 15,190.01 |
| 06/22 | 13,108.80 | 06/29 | 13,893.23 | 07/02 | 13,004.96 |



**Regions Bank**
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

**ACCOUNT #**    0253264967

|  |  |
|---|---|
|  | 060 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 3 of 4 |

## DAILY BALANCE SUMMARY (CONTINUED)

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07/03 | 9,738.10 | 07/10 | 14,844.76 | 07/16 | 12,600.70 |
| 07/06 | 18,941.29 | 07/13 | 14,984.76 | 07/17 | 14,588.03 |
| 07/09 | 6,076.54 | 07/15 | 14,844.76 | 07/20 | 14,353.03 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for  further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

**REGIONS**

Regions Bank
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

**ACCOUNT #**     **0253264967**

|  |  |
|---|---|
|  | 060 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 1 of 4 |

## LIFEGREEN CHECKING
July 21, 2020 through August 18, 2020

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$14,353.03** | Minimum Balance | $12,635 |
| Deposits & Credits | $76,869.16 + | Average Balance | $23,023 |
| Withdrawals | $9,413.07 − | | |
| Fees | $29.90 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $46,020.00 − | | |
| **Ending Balance** | **$35,759.22** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 07/24 | Sons Bavarian LI Direct Pay Stephens, Quen | 2,132.39 |
| 07/28 | Zelle Credit From Maisha Beckh Ref# 021000f07we1 | 800.00 |
| 07/31 | Zelle Credit From Michael Back Ref# 021300a0ap19 | 1,600.00 |
| 07/31 | Sons Bavarian LI Direct Pay Stephens, Quen | 2,247.35 |
| 08/05 | Card Credit Grand Hyatt Atl  3640 8885872877    GA 30305    0149 | 84.00 |
| 08/07 | Sons Bavarian LI Direct Pay Stephens, Quen | 2,247.35 |
| 08/07 | Sons Bavarian LI Direct Pay Stephens, Quen | 4,510.72 |
| 08/14 | Sons Bavarian LI Direct Pay Stephens, Quen | 2,247.35 |
| 08/14 | Deposit - Thank You | 60,000.00 |
| 08/17 | Zelle Credit From Derek Frye Ref# 022900h0j7ke | 1,000.00 |
| | Total Deposits & Credits | $76,869.16 |

### WITHDRAWALS

| | | |
|---|---|---|
| 07/22 | Card Purchase Vzwrlss*bill PA  4814 800-9220204   CA 95630    0149 | 355.55 |
| 07/23 | Paypal       Transfer Quentin Stephe 5sr22ax7w36rw | 1,222.22 |
| 07/24 | Card Purchase Google *Pay    4829 G.CO/Walleth# CA 94043    0149 | 125.00 |
| 07/24 | Card Purchase Google *Pay    4829 G.CO/Walleth# CA 94043    0149 | 135.00 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**For new purchase or refinance mortgage information, contact your
Mortgage Production Manager, Randy Styles, NMLS 546618, at (678)845-5777
or online at www.regionsmortgage.com/randymstyles.**

**For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for  Home Equity loans call 1- 800-231-7493.**



**Thank You For Banking With Regions!**
2020 Regions Bank Member FDIC. All loans subject to credit approval.



Regions Bank
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

**ACCOUNT #**    `0253264967`

| | |
|---|---|
| | 060 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 2 of 4 |

## WITHDRAWALS (CONTINUED)

| | | | | | |
|---|---|---|---|---|---|
| 07/28 | Country Mutual   Insurance. Quentin Stephe | | | | 290.42 |
| 07/31 | Zelle Debit to Detron  Hammond Ref# 021300c0b8fi | | | | 400.00 |
| 08/03 | Card Purchase Google *Pay | 4829 G.CO/Walleth# CA 94043 | 0149 | | 162.00 |
| 08/04 | Card Purchase Google *Pay | 4829 G.CO/Walleth# CA 94043 | 0149 | | 1,225.00 |
| 08/05 | Card Purchase Grand Hyatt Atl | 3640 8885872877 | GA 30305 | 0149 | 514.84 |
| 08/05 | Quarterly Fee    Payment Quentin Alexan 6o25p92d641 | | | | 1,293.04 |
| 08/07 | Paypal         Transfer Quentin Stephe 5sr22axalsabn | | | | 1,220.00 |
| 08/10 | Zelle Debit to Detron  Hammond Ref# 022100d0gbzj | | | | 500.00 |
| 08/10 | Card Purchase Google *Pay | 4829 G.CO/Walleth# CA 94043 | 0149 | | 135.00 |
| 08/10 | Card Purchase Google *Pay | 4829 G.CO/Walleth# CA 94043 | 0149 | | 1,325.00 |
| 08/12 | Zelle Debit to Detron  Hammond Ref# 022500a0igov | | | | 300.00 |
| 08/17 | Card Purchase Google *Pay | 4829 G.CO/Walleth# CA 94043 | 0149 | | 210.00 |

Total Withdrawals    $9,413.07

## FEES

| | | |
|---|---|---|
| 08/11 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| 08/18 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |

Total Fees    $29.90

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 36.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 07/22 | | 140.00 | 08/17 | | 40,530.00 |
| 07/24 | | 200.00 | 08/18 | | 120.00 |
| 07/30 | | 40.00 | 08/03 | 995094 | 2,150.00 |
| 08/10 | | 100.00 | 08/12 | 995095 | 450.00 |
| 08/13 | | 100.00 | 08/12 | 995097 * | 2,150.00 |
| 08/17 | | 40.00 | | | |
| | | | | Total Checks | $46,020.00 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/22 | 13,857.48 | 08/03 | 15,912.58 | 08/12 | 13,526.82 |
| 07/23 | 12,635.26 | 08/04 | 14,687.58 | 08/13 | 13,426.82 |
| 07/24 | 14,307.65 | 08/05 | 12,963.70 | 08/14 | 75,674.17 |
| 07/28 | 14,817.23 | 08/07 | 18,501.77 | 08/17 | 35,894.17 |
| 07/30 | 14,777.23 | 08/10 | 16,441.77 | 08/18 | 35,759.22 |
| 07/31 | 18,224.58 | 08/11 | 16,426.82 | | |

# REGIONS

Regions Bank
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

**ACCOUNT #**    0253264967

060

Cycle    09
Enclosures    0
Page    3 of 4

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

**REGIONS**

Regions Bank
Conyers Main
1848 Highway 138
Conyers, GA 30094

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

1

**ACCOUNT #**      `0253264967`

|  |  |
|---|---|
| | 060 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 1 of 4 |

## LIFEGREEN CHECKING
August 19, 2020 through September 17, 2020

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$35,759.22** | Minimum Balance | $14,384 |
| Deposits & Credits | $38,210.97 + | Average Balance | $27,941 |
| Withdrawals | $10,812.15 − | | |
| Fees | $89.70 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $34,874.28 − | | |
| **Ending Balance** | **$28,194.06** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 08/21 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,247.35 |
| 08/25 | Zelle Credit From Nekeisha Ban Ref# 023700e02to9 | 500.00 |
| 08/25 | Deposit - Thank You | 5,000.00 |
| 08/28 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,247.35 |
| 08/31 | Zelle Credit From Michael Back Ref# 024400b09684 | 1,600.00 |
| 09/04 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,247.35 |
| 09/08 | Zelle Credit From Kchn Caterin Ref# 024800f0afgr | 3,500.00 |
| 09/10 | Zelle Credit From Kchn Caterin Ref# 025400e0e8oo | 1,100.00 |
| 09/11 | Sons Bavarian Ll Direct Pay Stephens, Quen | 2,247.35 |
| 09/11 | Sons Bavarian Ll Direct Pay Stephens, Quen | 8,021.57 |
| 09/14 | Mobile Deposit-Avail Tonight | 1,500.00 |
| 09/14 | Zelle Credit From Bondij Inc, Ref# 025600g0ewoo | 3,000.00 |
| 09/16 | Zelle Credit From Kchn Caterin Ref# 026000a0j5qb | 5,000.00 |
| | Total Deposits & Credits | $38,210.97 |

### WITHDRAWALS

| | | |
|---|---|---|
| 08/20 | Card Purchase Vzwrlss*bill PA  4814 800-9220204   CA 95630   0149 | 375.00 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**For new purchase or refinance mortgage information, contact your
Mortgage Production Manager, Randy Styles, NMLS 546618, at (678)845-5777
or online at www.regionsmortgage.com/randymstyles.**

**For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for  Home Equity loans call 1- 800-231-7493.**



**Thank You For Banking With Regions!**
2020 Regions Bank Member FDIC. All loans subject to credit approval.



QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

1

**ACCOUNT #** ___0253264967___

| | |
|---|---|
| | 060 |
| Cycle | 09 |
| Enclosures | 0 |
| Page | 2 of 4 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 08/24 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043    0149 | 135.00 |
| 08/27 | Card Purchase Ann Street Pace  5542 Montgomery    AL 36107    0149 | 41.88 |
| 08/27 | Paypal          Transfer Quentin Stephe 5sr22axd69jgc | 1,555.11 |
| 08/28 | Country Mutual   Insurance. Quentin Stephe | 290.40 |
| 08/31 | Card Purchase Usa*vend at Air  5814 McDonough    GA 30253    0149 | 1.50 |
| 08/31 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043    0149 | 170.00 |
| 09/03 | Bank Debit | 4,500.00 |
| 09/03 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043    0149 | 1,225.00 |
| 09/08 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043    0149 | 125.00 |
| 09/08 | Card Purchase Doordash*smallc  5812 6506819470    CA 94103    0149 | 34.59 |
| 09/08 | Card Purchase Doordash*morell  5812 6506819470    CA 94103    0149 | 77.30 |
| 09/09 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043    0149 | 1,325.00 |
| 09/10 | Zelle Debit to Carlton  Curry Ref# 025400e0ed4b | 250.00 |
| 09/10 | PIN Purchase Salem Spirits  5921 Conyers      GA        0149 | 91.24 |
| 09/14 | Card Purchase Buckhead Butche 5411 Atlanta      GA 30305    0149 | 464.13 |
| 09/15 | Card Purchase Google *Pay      4829 G.CO/Walleth# CA 94043    0149 | 151.00 |
| | Total Withdrawals | $10,812.15 |

## FEES

| Date | Description | Amount |
|---|---|---|
| 08/27 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| 08/27 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| 08/31 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| 08/31 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| 09/02 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| 09/10 | Overnite Chk Pmt Overntfee Stephens,Quent Ckf024437216pos | 14.95 |
| | Total Fees | $89.70 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 36.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 08/24 | | 140.00 | 09/17 | 995088 | 630.00 |
| 08/26 | | 60.00 | 09/17 | 995092 * | 330.00 |
| 08/31 | | 160.00 | 08/28 | 995099 * | 12,500.00 |
| 09/02 | | 220.00 | 09/11 | 995101 * | 2,500.00 |
| 09/03 | | 6,000.00 | 09/11 | 995103 * | 2,208.40 |
| 09/09 | | 280.00 | 08/31 | 995105 * | 2,150.00 |
| 09/11 | | 160.00 | 08/31 | 995107 * | 275.88 |
| 09/17 | | 260.00 | 09/08 | 995109 * | 7,000.00 |
| | | | | Total Checks | $34,874.28 |

* Break In Check Number Sequence.

**REGIONS**

Regions Bank
Conyers Main
1848 Highway 138
Conyers, GA 30094

1

QUENTIN A STEPHENS
ROSA M BINION
1910 CLACK RD
MADISON GA 30650-4805

**ACCOUNT #**    `0253264967`

| | | | |
|---|---|---|---|
| | | | 060 |
| | | Cycle | 09 |
| | | Enclosures | 0 |
| | | Page | 3 of 4 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 08/20 | 35,384.22 | 08/31 | 29,439.35 | 09/10 | 15,128.67 |
| 08/21 | 37,631.57 | 09/02 | 29,204.40 | 09/11 | 20,529.19 |
| 08/24 | 37,356.57 | 09/03 | 17,479.40 | 09/14 | 24,565.06 |
| 08/25 | 42,856.57 | 09/04 | 19,726.75 | 09/15 | 24,414.06 |
| 08/26 | 42,796.57 | 09/08 | 15,989.86 | 09/16 | 29,414.06 |
| 08/27 | 41,169.68 | 09/09 | 14,384.86 | 09/17 | 28,194.06 |
| 08/28 | 30,626.63 | | | | |

**COVID RELIEF CHANGE: EXCESSIVE WITH-
DRAWAL/ITEM FEES ON SAVINGS/MONEY MARKET
WILL BE REFUNDED AT CUSTOMER REQUEST
ONLY BEGINNING WITH ACTIVITY APPEARING
ON YOUR JANUARY 2021 STATEMENT. CD EARLY
WITHDRAWAL PENALTIES WILL ONLY BE WAIVED
AT CUSTOMER REQUEST BEGINNING 1-2-2021.
ALL WAIVERS/REFUNDS ARE AT THE BANK'S
DISCRETION. FOR MORE ON REGIONS' COVID
RESPONSE, VISIT REGIONS.COM/CORONAVIRUS.**

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for  further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |