

**IT IS ORDERED as set forth below:**

**Date: October 9, 2020**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| QUENTIN ALEXANDER STEPHENS | ) | CASE NO.: 16-71479-JRS |
| | ) | |
| Debtor. | ) | |

==================================================================

**ORDER GRANTING
DEBTOR'S APPLICATION FOR FINAL DECREE
SUBJECT TO OBJECTION**

Before the Court is Debtor's Application for Final decree filed August 4, 2020 (Doc. No. 122) (the "Application").

It appears the Application has been properly served and no party in interest has filed an objection. Debtor has filed its monthly operating reports, is paying all creditors in accordance with the confirmed plan of reorganization and is substantially current with its quarterly payments to the

3

US Trustee. Debtor has filed its Final Administrative Report in accordance with BLR 3022-1. No issues of jurisdiction have been raised, the relief requested is appropriate, and the United States Trustee has indicated its to consent the Application and to this Order. Accordingly, it is

ORDERED that:

(1) Debtor's Application is GRANTED; and

(2) The provisions of Debtor's Plan are and continue to be binding on Debtor, its creditors and equity security holders, and any other parties in interest, whether or not such claim or interest was impaired by the Plan and whether or not such creditors or equity holders or partied in interest accepted the Plan; and

(3) The Court shall retain jurisdiction to enter a discharge Order and reopen the case for that limited purpose without Debtor's paying a fee to reopen the case solely for the purpose of entry of a discharge Order upon completion of all Plan payments.

(4) Debtor's counsel shall serve a copy of this Order on (a) the Office of the United States Trustee; (b) all secured and unsecured creditors in the case and their counsel; and (c) any other parties or entities requesting service. Any such parties shall have 14 days from the date of such service to file an objection to this Order, and the Court may then schedule a hearing to consider any such objections to the Order.

(5) If no objections to this Order are timely filed, the Clerk shall close this case reasonably promptly thereafter.

[END OF ORDER]

Draft prepared and submitted by:

Debtor in Possession, by
BUSCH SLIPAKOFF MILLS
& SLOMKA, LLC

By: /s/ _____
Howard P. Slomka, Esquire
Georgia Bar No. 652875
3350 Riverside Pkwy. Ste #2100
Atlanta, GA 30339
(404) 800-4014 (telephone)
hs@bsms.law (e-mail)

By: /s _____
With Express Consent
David S. Weidenbaum
GA Bar 745892
Office of the U.S. Trustee
75 Ted Turner Drive, S.W.
Atlanta, GA 30303
(404) 331-4437

**Distribution List**

Howard P. Slomka, Esquire
Georgia Bar No. 652875
3350 Riverside Pkwy.
Ste #2100
Atlanta, GA 30339
(404) 800-4014 (telephone)
hs@bsms.law (e-mail)

3